**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

| | | |
|---|---|---|
| 1. | **Debtor's name** | Ascentra Holdings, Inc. |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___<br>☑ Other 283719. Describe identifier Registration Number.<br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– ___ ___ ___ ___<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___<br>☐ Other _____. Describe identifier _____. |
| 3. | **Name of foreign representative(s)** | Graham Robinson and Ivy Chua |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Section 124 of the Companies Act of the Cayman Islands (2021 Revision) |
| 5. | **Nature of the foreign proceeding** | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>Grand Court of the Cayman Islands Supervision Order, dated September 17, 2021 (cause no. FSD 189 of 2021) |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Debtor   Ascentra Holdings, Inc.
         <sub>Name</sub>

Case number (*if known*)_____

8. **Others entitled to notice**   Attach a list containing the names and addresses of:

   (i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Cayman Islands

   **Debtor's registered office:**

   JTC (Cayman) Ltd., 94 Solaris Avenue
   Number        Street

   Camana Bay, P.O. Box 30745
   P.O. Box

   Grand Cayman
   City        State/Province/Region        ZIP/Postal Code

   Cayman Islands, KY1-1203
   Country

   **Individual debtor's habitual residence:**

   _____
   Number        Street

   _____
   P.O. Box

   _____
   City        State/Province/Region        ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   JTC (Cayman) Ltd., 94 Solaris Avenue
   Number        Street

   Camana Bay, P.O. Box 30745
   P.O. Box

   Grand Cayman
   City        State/Province/Region        ZIP/Postal Code

   Cayman Islands, KY1-1203
   Country

10. **Debtor's website** (URL)   _____

11. **Type of debtor**

    *Check one:*

    ☐ Non-individual (*check one*):

      ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

      ☐ Partnership

      ☐ Other. Specify: _____

    ☐ Individual

Official Form 401        Chapter 15 Petition for Recognition of a Foreign Proceeding        page 2

Debtor  **Ascentra Holdings, Inc.**
Name

Case number (*if known*) _____

**12. Why is venue proper in *this* district?**

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ Graham Robinson
Signature of foreign representative

Graham Robinson
Printed name

Executed on  10/27/2021
MM / DD / YYYY

✗ /s/ Ivy Chua
Signature of foreign representative

Ivy Chua
Printed name

Executed on  10/27/2021
MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ John A. Pintarelli
Signature of Attorney for foreign representative

Date  10/27/2021
MM / DD / YYYY

John A. Pintarelli
Printed name

Pillsbury Winthrop Shaw Pittman LLP
Firm name

31 West 52nd Street
Number        Street

New York                              NY           10019
City                                  State        ZIP Code

(212) 858-1213
Contact phone

john.pintarelli@pillsburylaw.com
Email address

4481123                               NY
Bar number                            State