| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| Southern District of New York |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

1. **Debtor's name**  Ascentra Holdings, Inc.

2. **Debtor's unique identifier**

   **For non-individual debtors:**
   ☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___
   ☑ Other 283719 . Describe identifier Registration Number .

   **For individual debtors:**
   ☐ Social Security number: xxx – xx– ____ ____ ____ ____
   ☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ____ ____ ____ ____
   ☐ Other _____ . Describe identifier _____ .

3. **Name of foreign representative(s)**  Graham Robinson and Ivy Chua

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**  Section 124 of the Companies Act of the Cayman Islands (2021 Revision)

5. **Nature of the foreign proceeding**

   *Check one:*
   ☑ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   Grand Court of the Cayman Islands Supervision Order, dated September 17, 2021 (cause no. FSD 189 of 2021)

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**
   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☑ Yes

| Debtor | Ascentra Holdings, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

8. **Others entitled to notice**  Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Cayman Islands

   **Debtor's registered office:**

   JTC (Cayman) Ltd., 94 Solaris Avenue
   Number        Street

   Camana Bay, P.O. Box 30745
   P.O. Box

   Grand Cayman
   City        State/Province/Region      ZIP/Postal Code

   Cayman Islands, KY1-1203
   Country

   **Individual debtor's habitual residence:**

   _____
   Number        Street

   _____
   P.O. Box

   _____
   City        State/Province/Region      ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   Crowe Cayman Ltd. 94 Solaris Avenue
   Number        Street

   Camana Bay, P.O. Box 30851
   P.O. Box

   Grand Cayman
   City        State/Province/Region      ZIP/Postal Code

   Cayman Islands, KY1-1204
   Country

10. **Debtor's website** (URL)  _____

11. **Type of debtor**

    *Check one:*

    ❑ Non-individual (*check one*):

    ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ❑ Partnership

    ❑ Other. Specify: _____

    ❑ Individual

| Debtor | Ascentra Holdings, Inc. | Case number (if known) _____ |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this district*?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ /s/ Graham Robinson     Graham Robinson
Signature of foreign representative     Printed name

Executed on   10/26/2021
              MM / DD / YYYY

✗ /s/ Ivy Chua     Ivy Chua
Signature of foreign representative     Printed name

Executed on   10/26/2021
              MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ John A. Pintarelli     Date   10/26/2021
Signature of Attorney for foreign representative            MM / DD / YYYY

John A. Pintarelli
Printed name

Pillsbury Winthrop Shaw Pittman LLP
Firm name

31 West 52nd Street
Number      Street

New York                              NY         10019
City                                  State      ZIP Code

(212) 858-1213                        john.pintarelli@pillsburylaw.com
Contact phone                         Email address

4481123                               NY
Bar number                            State