**Declaration of Graham Robinson**

**EXHIBIT D**

(Memorandum of Understanding)

# MEMORANDUM OF UNDERSTANDING

The following terms are for the legal framework by which Ascentra Holdings, Inc., a Cayman Islands company ("*Ascentra*") can implement an Exclusive Distribution Agreement with Shang Peng Gao Ke, Inc., a Cayman Island company ("*Shang Peng*"), which is beneficially owned in total by Motohiko Homma:
以下は Ascentra Holdings Inc（ケイマン籍法人）（以下"Ascentra"とする）が最終所有者 Motohiko Homma 氏が保有する Shang Peng Gao Ke Inc (ケイマン籍法人)（以下"Shang Peng"とする）に対して独占販売契約を導入する上で、その法務観点からのストラクチャーを議論するための文章になります。

1. **Pre-Transaction Shareholdings in Ascentra.** Motohiko Homma, Yoshio Matsuura and Martin J. Matthews beneficially own 23%, 23% and 43.2%, respectively, of the capital stock of Ascentra. They beneficially hold their ownership in Ascentra via their ownership of shares of the capital stock of IR-P Holdings, Inc., a Cayman Islands company ("*IR-P*") which in turn owns 58.5% of Ascentra's outstanding capital stock. Mr. Homma, in turn, holds his beneficial ownership in IR-P via New South East Traders, Ltd., a BVI corporation solely owned by him ("*NSET*"). In addition to beneficially owning shares of the capital stock of Ascentra via his ownership of shares of IR-P, Mr. Matthews also has beneficial holdings in Ascentra separately from his ownership of shares of IR-P.
**取引前の Ascentra の株式保有状況**  Motohiko Homma, Yoshio Matsuura, Martin J. Matthews が Ascentra の株式をそれぞれ 23%, 23%, 43.2%保有しています。彼らは Ascentra の株式を、IR-P Holdings, Inc.,（ケイマン籍法人）（以下"IR-P"とする）を経由して保有しています。IR-P は Ascentra の株式を 58.5%保有しています。Motohiko Homma は IR-P の株式を Motohiko Homma が一人で所有する New South East Traders Ltd （BVI 籍法人）（以下"NSET"とする）経由で保有しています。Martin Matthews は IR-P 経由での Ascentra の所有以外に、Ascentra の株式を直接所有しています。

2. **Mr. Homma Relinquishes his Beneficial Ownership in Ascentra.** NSET transfers all of its 1,800,000 shares of preferred stock in IR-P (the "*Shares*") to Shang Peng. Mr. Homma holds his beneficial ownership in Shang Peng via his ownership of shares of the capital stock of Growth Today Inc., a Cayman Islands company ("*Growth Today*"). Mr. Homma is the sole owner of Growth Today and Growth Today is the sole owner of Shang Peng.
**Motohiko Homma は Ascentra の株式を放棄します。**  NSET は IR-P の優先株式 1,800,000 株を全て Shang Peng に移転します。Motohiko Homma は Shang Peng の所有権を  Growth Today Inc.,（ケイマン籍法人）（以下"Growth Today"とする）の株式を所有することにより、間接的に所有しています。Motohiko Homma が Growth Today の唯一の株主です。また、Growth Today が Shang Peng の唯一の株主です。

3. **Ascentra Acquires the Shares in Exchange for an Exclusive Distribution Agreement ("*Distribution Agreement*").** The Distribution Agreement confers exclusive rights to Shang Peng in the People's Republic of China (the "*PRC*") market as follows:
   a. Shang Peng is granted exclusive right to use Ascentra's PRC affiliate list;
   b. Shang Peng is granted exclusive rights to sell Ascentra tangible products in the PRC under Shang Peng's proprietary brand names, and Shang Peng agrees not to offer or sell non-Ascentra products without Ascentra's prior written consent;
   c. Shang Peng is granted an exclusive license to sell Ascentra software in the PRC in exchange for a royalty on all software revenues under Shang Peng's proprietary brand names, and Shang Peng agrees not to offer or sell non-Ascentra software without Ascentra's prior written consent;
   d. Shang Peng gets exclusive offshore services to support its business systems and operations; and
   e. Ascentra retains all Ascentra liabilities. No liabilities are transferred to Shang Peng.
**Ascentra は独占販売代理権(以下"販売契約"とする)と引き替えに株式を買い取ります。**
販売契約は Shang Peng が中国市場において：

1

# MEMORANDUM OF UNDERSTANDING

    a. Shang Peng は Ascentra の中国アフィリエイトリストを独占的に使用できる権利が与えられます。

    b. Shang Peng は Shang Peng のブランド名を使用して Ascentra の有形商品を中国にて独占販売する権利が与えられます。また Shang Peng は Ascentra の書面での承諾なく、非 Ascentra 商品を販売または提供することはできないということに同意します。

    c. Shang Peng は Shang Peng のブランド名を使用して、ソフトウェアの全売上のロイヤルティと引き替えに、Ascentra のソフトウェア商品を中国にて独占販売する権が与えられます。また Shang Peng は Ascentra の書面での承諾なく、非 Ascentra ソフトウェアを販売または提供することはできないということに同意します。

    d. Shang Peng はビジネスシステム及びオペレーションのサポートを受けるための独占オフショアサービスの権利が与えられます。

    e. Ascentra は全ての Ascentra の負債を請け負います。一切の負債は Shang Peng に移転されません。

**4. <u>Financial Terms of the Distribution Agreement</u>.**
    a. Ascentra tangible products sold under the Distribution Agreement are sold at cost plus an agreed percentage markup and Ascentra software products are sold with an agreed royalty percentage on all software revenues;

    b. Within 25 days after the end of each calendar month of the Distribution Agreement, Ascentra and Shang Peng shall exchange, and shall provide Messrs. Homma, Matsuura and Matthews, their unaudited financial statements relating to the prior month completed. The sum of Ascentra's aggregate consolidated operating income before taxes for the month completed ("***Ascentra's Monthly IBT***") and Shang Peng's aggregate consolidated operating income before taxes for the month completed ("***Shang Peng's Monthly IBT***") shall be calculated (the "***Combined Monthly IBT***"). If 23% of the Combined Monthly IBT is less than Shang Peng's Monthly IBT, Shang Peng shall reimburse the difference to Ascentra. Conversely, if 23% of the Combined Monthly IBT is greater than Shang Peng's Monthly IBT, Ascentra shall reimburse the difference to Shang Peng; and

    c. Within 180 days after the end of each calendar year of the Distribution Agreement, Ascentra Shang Peng shall exchange, and shall provide Messrs. Homma, Matsuura and Matthews, their audited financial statements. The sum of all Combined Monthly IBT amounts for the calendar year completed shall be calculated ("***Combined Annual IBT***"). If 23% of the Combined Annual IBT is less than Shang Peng's operating income before taxes for said calendar year, Shang Peng shall reimburse the difference to Ascentra. Conversely, if 23% of the Combined Annual IBT is greater than Shang Peng's operating income before taxes for said calendar year, Ascentra shall reimburse the difference to Shang Peng.

販売契約の金銭条項

    a. 販売契約に基づいて販売される Ascentra の有形商品は、合意された原価に上乗せされるマークアップの上販売されます。また Ascentra のソフトウェア商品は合意されたロイヤルティパーセントが全てのソフトウェア売り上げに課金されます。

    b. 販売契約に基づく月末最終日から 25 日以内に、Ascentra と Shang Peng は前月の未監査財務報告書を交換します。同報告書を Motohiko Homma, Yoshio Matsuura, Martin Matthews にも共有します。前月の Ascentra の合計税前営業利益（以下"Ascentra's Monthly IBT"とする）と Shang Peng の合計税前営業利益（以下"Shang Peng Monthly IBT"とする）が計算されます（以下"Combined Monthly IBT 合計月次 IBT"とする）。もし Combined Monthly IBT の 23％が Shang Peng Monthly IBT より小さい場合、Shang Peng はその差額を Ascentra に支払います。逆に、もし Combined Monthly IBT の 23％が Shang Peng Monthly IBT より大きい場合、Ascentra はその差額を Shang Peng に支払います。

    c. 販売契約に基づく年末最終日から 180 日以内に、Ascentra と Shang Peng は未監査財務報告書を交換します。同報告書を Motohiko Homma, Yoshio Matsuura, Martin Matthews にも共有

## MEMORANDUM OF UNDERSTANDING

します。Combined Monthly IBT(月次)を1年分合計します（以下"Combined Annual IBT 合計年間 IBT"とする）が計算されます。もし Combined Monthly IBT の 23%が Shang Peng の年間税前営業利益より小さい場合、Shang Peng はその差額を Ascentra に支払います。逆に、もし Combined Monthly IBT の 23%が Shang Peng の年間税前営業利益より大きい場合、Ascentra はその差額を Shang Peng に支払います。

5. **Breach.** If Shang Peng materially breaches or terminates the Distribution Agreement, then on an annual basis Shang Peng shall be required to pay Ascentra from its aggregate consolidated gross revenue that amount which is equal to 77% of the aggregate consolidated net income of Ascentra for said calendar year. 違反 もし Shang Peng が販売契約を違反もしくは破棄した場合、Shang Peng は Ascentra に対して、Shang Peng の売り上げから Ascentra の連結純利益の 77%相当の金額を年間単位で支払う事が求められます。

6. **Option to Re-Integrate.** Growth Today shall have the right at any time after one year from the date of the Distribution Agreement to exchange all shares of Shang Peng held by it for 23% of the capital stock of Ascentra on a fully-diluted basis, having the right to have such capital stock be of the same class and with identical rights, preferences and privileges to that of any capital stock held by Mr. Matsuura. 再編入のオプション。Growth Today は販売契約締結から1年以降であれば、いつでも Shang Peng の株式と引き替えに、完全希薄化時の Ascentra の株式の 23%と交換する事ができます。受け取る株式は Yoshio Matsuura の所有する株式と同様の種類、権利、特権となります。

7. **Private Controls.** Messrs. Homma, Matsuura and Matthews enter a Holders' Agreement binding them at the Ascentra level, under terms substantially similar to their Holders' Agreement for Shang Peng. 個別コントロール。Motohiko Homma, Yoshio Matsuura, Martin Matthews は Ascentra において所有者契約を締結します。こちらは Shang Peng の所有者契約とほぼ同じ条項となります。

We, the undersigned, have read the terms of this Memorandum of Understanding and approve of them. 我々はこの覚書条項を読み、合意したものとします。

**MOTOHIKO HOMMA:**

_____
Signature

**YOSHIO MATSUURA:**

_____
Signature

**MARTIN MATTHEWS:**

_____
Signature

3

# MEMORANDUM OF UNDERSTANDING

します。Combined Monthly IBT(月次) を 1 年分合計します（以下"Combined Annual IBT 合計年間 IBT"とする）が計算されます。もし Combined Monthly IBT の 23%が Shang Peng の年間税前営業利益より小さい場合、Shang Peng はその差額を Ascentra に支払います。逆に、もし Combined Monthly IBT の 23%が Shang Peng の年間税前営業利益より大きい場合、Ascentra はその差額を Shang Peng に支払います。

5. **Breach**. If Shang Peng materially breaches or terminates the Distribution Agreement, then on an annual basis Shang Peng shall be required to pay Ascentra from its aggregate consolidated gross revenue that amount which is equal to 77% of the aggregate consolidated net income of Ascentra for said calendar year. 違反 もし Shang Peng が販売契約を違反もしくは破棄した場合、Shang Peng は Ascentra に対して、Shang Peng の売り上げから Ascentra の連結純利益の 77%相当の金額を年間単位で支払う事が求められます。

6. **Option to Re-Integrate**. Growth Today shall have the right at any time after one year from the date of the Distribution Agreement to exchange all shares of Shang Peng held by it for 23% of the capital stock of Ascentra on a fully-diluted basis, having the right to have such capital stock be of the same class and with identical rights, preferences and privileges to that of any capital stock held by Mr. Matsuura. 再編入のオプション。Growth Today は販売契約締結から 1 年以降であれば、いつでも Shang Peng の株式と引き替えに、完全希薄化時の Ascentra の株式の 23%と交換する事ができます。受け取る株式は Yoshio Matsuura の所有する株式と同様の種類、権利、特権となります。

7. **Private Controls**. Messrs. Homma, Matsuura and Matthews enter a Holders' Agreement binding them at the Ascentra level, under terms substantially similar to their Holders' Agreement for Shang Peng. 個別コントロール。Motohiko Homma, Yoshio Matsuura, Martin Matthews は Ascentra において所有者契約を締結します。こちらは Shang Peng の所有者契約とほぼ同じ条項となります。

We, the undersigned, have read the terms of this Memorandum of Understanding and approve of them. 我々はこの覚書条項を読み、合意したものとします。

**MOTOHIKO HOMMA:**

_____
Signature

**YOSHIO MATSUURA:**

_____
Signature

**MARTIN MATTHEWS:**

_____
Signature

3

## MEMORANDUM OF UNDERSTANDING

します。Combined Monthly IBT(月次) を1年分合計します（以下"Combined Annual IBT 合計年間 IBT"とする）が計算されます。もし Combined Monthly IBT の23%が Shang Peng の年間税前営業利益より小さい場合、Shang Peng はその差額を Ascentra に支払います。逆に、もし Combined Monthly IBT の23%が Shang Peng の年間税前営業利益より大きい場合、Ascentra はその差額を Shang Peng に支払います。

5. **Breach.** If Shang Peng materially breaches or terminates the Distribution Agreement, then on an annual basis Shang Peng shall be required to pay Ascentra from its aggregate consolidated gross revenue that amount which is equal to 77% of the aggregate consolidated net income of Ascentra for said calendar year. 違反 もし Shang Peng が販売契約を違反もしくは破棄した場合、Shang Peng は Ascentra に対して、Shang Peng の売り上げから Ascentra の連結純利益の77%相当の金額を年間単位で支払う事が求められます。

6. **Option to Re-Integrate.** Growth Today shall have the right at any time after one year from the date of the Distribution Agreement to exchange all shares of Shang Peng held by it for 23% of the capital stock of Ascentra on a fully-diluted basis, having the right to have such capital stock be of the same class and with identical rights, preferences and privileges to that of any capital stock held by Mr. Matsuura. 再編入のオプション。 Growth Today は販売契約締結から1年以降であれば、いつでも Shang Peng の株式と引き替えに、完全希薄化時の Ascentra の株式の23%と交換する事ができます。受け取る株式は Yoshio Matsuura の所有する株式と同様の種類、権利、特権となります。

7. **Private Controls.** Messrs. Homma, Matsuura and Matthews enter a Holders' Agreement binding them at the Ascentra level, under terms substantially similar to their Holders' Agreement for Shang Peng. 個別コントロール。 Motohiko Homma, Yoshio Matsuura, Martin Matthews は Ascentra において所有者契約を締結します。こちらは Shang Peng の所有者契約とほぼ同じ条項となります。

We, the undersigned, have read the terms of this Memorandum of Understanding and approve of them. 我々はこの覚書条項を読み、合意したものとします。

**MOTOHIKO HOMMA:**

_____
Signature

**YOSHIO MATSUURA:**

_____
Signature

**MARTIN MATTHEWS:**
*[signature]*
_____
Signature

3