**Declaration of Graham Robinson**

**EXHIBIT F**

(SPGK Summary Income Statement 2016 to 2020)

Summary Income Statement
Shang Peng Gao Ke Inc

| | | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|
| R1000 | Membership Fees Revenue | $ 22,259,425.70 | $ 57,429,325.84 | $ 41,092,180.31 | $ 122,804,204.03 | $ 594,756,601.41 |
| R1200 | Advertising Revenue | $ - | $ - | $ - | $ - | $ - |
| R1300 | Product Revenue Total | $ 1,639,915.31 | $ 3,343,388.03 | $ 2,250,272.75 | $ 3,460,866.98 | $ 46,510,158.96 |
| R1400 | QIOVOIP Revenue Total | $ - | $ 2,250,085.30 | $ 11,087,746.30 | $ 54,478,874.49 | $ 3.17 |
| R1600 | Management Fee and Royalty Revenue Total | $ - | $ - | $ 2,669.45 | $ - | $ - |
| **GS100** | **Total Sales** | **$ 23,899,341.01** | **$ 63,022,799.17** | **$ 54,432,868.81** | **$ 180,743,945.50** | **$ 641,266,763.54** |
| OIE104 | Foreign Currency (Gain) Loss | $ 981,110.58 | $ 1,434,774.74 | $ 764,546.39 | $ 16,698.13 | $ 45,372.99 |
| OIE100 | Other Income and Expense Total | $ (441.83) | $ (36,021.74) | $ (1,518.74) | $ (55,218.63) | $ (15,424.39) |
| OIE103 | Disposal of Assets (Gain)/Loss Total | $ - | $ - | $ - | $ 52,399.23 | $ 0.10 |
| COS107 | Production Expense Total | $ 6,266,917.39 | $ 20,177,072.20 | $ 9,543,337.67 | $ 18,526,794.12 | $ 113,813,096.95 |
| COS111 | Outside Services | $ - | $ 237,062.54 | $ - | $ - | $ - |
| COS200 | Total Cost Of Sales | $ 7,247,586.14 | $ 21,812,887.74 | $ 10,306,365.32 | $ 18,540,672.85 | $ 113,843,045.65 |
| SM100 | Markeing, Advertising & Promotion Exp Total | $ 273,529.69 | $ 2,040,121.69 | $ 2,151,885.35 | $ 1,872,026.38 | $ 682,571.91 |
| SM103 | Commissions Expense Total | $ 10,468,101.76 | $ 34,438,508.14 | $ 25,294,990.32 | $ 91,991,448.98 | $ 275,168,256.92 |
| GA100 | Salaries and Benefits Total | $ - | $ 147,908.85 | $ 277,032.73 | $ 451,208.33 | $ 496,111.06 |
| GA101 | Travel and Entertainment Total | $ - | $ 118,832.64 | $ 154,419.35 | $ 115,131.02 | $ 25,205.51 |
| GA102 | Professional and Consulting Expense Total | $ 662,452.24 | $ 4,261,813.47 | $ 1,440,613.63 | $ 1,205,499.11 | $ 1,770,769.45 |
| GA103 | General and Office Total | $ 25,124.11 | $ 518,719.78 | $ 550,880.02 | $ 442,704.24 | $ 775,605.03 |
| GA104 | Depreciation and Amortization Expense Total | $ - | $ - | $ - | $ 79,515.77 | $ 20,988.27 |
| GA104 | Bank and Other Service Charges Total | $ 1,212,187.42 | $ 2,766,945.68 | $ 2,473,968.18 | $ 7,548,487.31 | $ 22,290,945.73 |
| OIE100 | Interest Expense Total | $ - | $ - | $ - | $ - | $ - |
| OIE102 | Bad Debt Expense Total | $ - | $ - | $ - | $ - | $ - |
| | **Total cost** | **$ 19,888,981.36** | **$ 66,105,737.99** | **$ 42,650,154.90** | **$ 122,246,693.99** | **$ 415,073,499.53** |
| NI100 | Net Income Before Income Taxes | $ 4,010,359.65 | $ (3,082,938.82) | $ 11,782,713.91 | $ 58,497,251.51 | $ 226,193,264.01 |
| TAX100 | Taxes | $ - | $ - | $ - | $ 2,891,326.00 | $ 12,165,245.00 |
| 9999 | **US - Net Income/Loss** | 4,010,359.65 | (3,082,938.82) | 11,782,713.91 | 55,605,925.51 | 214,028,019.01 |