**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Ascentra Holdings, Inc. (In Official Liquidation),<br><br>      Debtor in a Foreign Proceeding.[1] | Case No. 21-11854 (DSJ)<br><br>Chapter 15 |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER SHORTENING NOTICE WITH RESPECT TO EMERGENCY REQUEST FOR PROVISIONAL RELIEF**

Upon consideration of the Motion[2] filed by Graham Robinson and Ivy Chua, the duly appointed joint official liquidators ("**Petitioners**") of Ascentra Holdings, Inc. (In Official Liquidation) ("**Ascentra**"), pursuant to Rule 9006(c); the *Verified Petition for Recognition of Foreign Insolvency Proceeding and Application for Additional Relief under Chapter 15 of the Bankruptcy Code, and Memorandum of Law in Support Thereof*; the *Declaration of Graham Robinson*; the record established at the hearing on the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 112(b), 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P); and venue being proper before this Court pursuant to 28 U.S.C. § 1410; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of Ascentra and its creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor:

---

[1] The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Camana Bay, Grand Cayman, KY1-1204 Cayman Islands.

[2] Capitalized used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED:**

1. The Motion is **GRANTED** as set forth herein.

2. Responses or Objections to the Motion must be made (a) be in writing, (b) set forth in detail the factual and legal bases therefor, (c) be filed with the Court electronically in accordance with General Order M-399 (a copy of which may be viewed on the Court's website at www.nysb.uscourts.gov), and (d) served on counsel to the Petitioners so as to be received by **November 1, 2021 at 9:00 a.m. (Prevailing Eastern Time).** Service upon counsel to the Petitioners must be addressed to John A. Pintarelli, Esq., and sent via e-mail to john.pintarelli@pillsburylaw.com.

3. A hearing on the Motion shall be heard **via Zoom for Government** on **November 1, 2021, at 11:00 a.m. (Prevailing Eastern Time)** before the Honorable David S. Jones, United States Bankruptcy Judge in the Southern District of New York. ~~and will be conducted telephonically in accordance with General Order M-543 (Morris, C.J.), dated March 20, 2020 (Morris, C.J.). Any parties wishing to participate must do so telephonically by making arrangements through CourtSolutions LLC (www.court-solutions.com). Instructions to register for CourtSolutions LLC are attached to General Order M-543.~~ **Those wishing to appear before the Court at the November 1st Hearing must register their appearance utilizing the Electronic Appearance portal located at the Court's website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than October 31, 2021 at 4:00 p.m. (Prevailing Eastern Time). [DSJ 10/28/21]**

4. Notice of the Motion and Provisional Relief Application as provided therein shall be deemed good and sufficient notice of such motion and application.

5. The Petitioners are authorized to take all actions necessary or appropriate to give effect to this Order.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: New York, New York
October 28, 2021

    *s/ David S. Jones*
Honorable David S. Jones
United States Bankruptcy Judge