**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Ascentra Holdings, Inc. (In Official Liquidation),<br><br>Debtor in a Foreign Proceeding.[1] | Case No. 21-11854 (DSJ)<br><br>Chapter 15 |

**CERTIFICATE OF SERVICE OF EMERGENCY REQUEST FOR PROVISIONAL RELIEF, MOTION FOR ENTRY OF ORDER SHORTENING NOTICE WITH RESPECT TO EMERGENCY REQUEST FOR PROVISIONAL RELIEF, AND ORDER GRANTING MOTION FOR ENTRY OF AN ORDER SHORTENING NOTICE WITH RESPECT TO EMERGENCY REQUEST FOR PROVISIONAL RELIEF**

I, John A. Pintarelli, am a Partner at Pillsbury Winthrop Shaw Pittman LLP. I hereby certify that on October 28, 2021, I caused a true and correct copy of the *Emergency Request for Provisional Relief Pursuant to Sections 1519 and 105(a) of the Bankruptcy Code* [Docket No. 9], *Motion for Entry of an Order Shortening Notice with Respect to Emergency Request for Provisional Relief* [Docket No. 11], and *Order Granting the Motion for Entry of an Order Shortening Notice with Respect to Emergency Request for Provisional Relief* [Docket No. 12], to be served via electronic mail to the parties listed in **Exhibit A** attached hereto and by first-class overnight priority express mail to the Office of the United States Trustee, Region 2.

DATED: October 28, 2021         /s/ *John A. Pintarelli*
                                                              John A. Pintarelli
                                                              Pillsbury Winthrop Shaw Pittman LLP
                                                              31 West 52nd Street
                                                              New York, New York 10019-6131
                                                              Tel: 212.858.1213

---

[1] The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

**<u>Exhibit A</u>**

Service List

## Chapter 15 Notice Parties

| Name | Address | E-Mail Address |
|---|---|---|
| Office of the United States Trustee, Region 2 | U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |
| INTL Media Holdings, LLC | 1 Park Plaza, Suite 800<br>Irvine, CA 92614 | martinjmatthews@outlook.com |
| Martin J. Matthews | 1 Park Plaza, Suite 800<br>Irvine, CA 92614 | martinjmatthews@outlook.com |
| Mari B. Matthews | 1570 Via Corsica<br>Laguna Beach, CA 92651-1333 | maribmatthews@outlook.com |
| IR-P Holdings, Inc. | c/o Crowe Cayman Ltd.<br>94 Solaris Avenue, Camana Bay<br>Grand Cayman, Cayman Islands | Graham.robinson@crowe.com |
| Shang Peng Gao Ke, Inc. | c/o Harneys Harney Westwood & Riegels<br>3501 The Center<br>99 Queen's Road Central<br>Hong Kong | andrew.johnstone@harneys.com<br>jessica.williams@harneys.com<br>james.eggleton@harneys.com |
| Ryunosuke Yoshida | Room 703, 7th Floor, Block B, Harbourfront Horizon, 8 Hung Luen Road, Hung Hom Bay, Kowloon, Hong Kong | ryu@tiraworks.com |
| Yoshio Matsuura | 96 Somerset Road,<br>#09-13, Singapore 238163 | webdream@abox4.so-net.ne.jp |
| Alex Oliva | 3741 Brilliant Place<br>Los Angeles, CA 90065 | aoliva62@gmail.com |
| Ryosuke Kojima | 313 St. Vincent<br>Irvine, CA 92618 | raspberrypark@gmail.com |
| Jeffrey Boshears | 2332 Baypointe Drive<br>Newport Beach, CA 92660 | jd.sdco@gmail.com |
| Ever Innovation, Inc. | 400 Spectrum Center Dr., Suite 1900<br>Irvine, CA 92618 | masami@ever-innovation.com<br>aaron@morfairlaw.com |
| Exigo Office, Inc. | Attn: Justin White | jwhite@exigo.com |

| Name | Address | E-Mail Address |
|---|---|---|
| | 1600 Viceroy Drive, Suite 125<br>Dallas, TX 75235 | |
| SPGK International, Inc. | 300 Spectrum Center Dr., Suite 400<br>Irvine, CA 92618 | ts@asianoffshoreservices.com |
| Theodore Sanders | 22441 Canyon Crest Drive<br>Mission Viejo, CA 92692 | ts@asianoffshoreservices.com |
| Planet Payment, Inc. | 670 Long Beach Blvd.<br>Long Beach, NY 11561<br>Attn: Mr. Caspar Branson | caspar.branson@planetpayment.com<br>plevine@planetpayment.com |
| Asian Offshore Services | 300 Spectrum Center Dr., Suite 400<br>Irvine, CA 92618 | ts@asianoffshoreservices.com |
| AOS Property Ventures | 300 Spectrum Center Dr., Suite 400<br>Irvine, CA 92618 | ts@asianoffshoreservices.com |
| HEC International, LLC | 300 Spectrum Center Dr., Suite 400<br>Irvine, CA 92618 | ts@asianoffshoreservices.com |
| HEC International, Ltd. | c/o JTC (Cayman) Ltd.<br>94 Solaris Avenue, Camana Bay<br>Grand Cayman, KY1-1204<br>Cayman Islands. | Graham.robinson@crowe.com |
| iHealthScience, LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Graham.robinson@crowe.com |