ARNOLD & PORTER KAYE SCHOLER LLP
250 W. 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Benjamin Mintz
Eric N. Whitney
Diana Mahoney
Email: Benjamin.Mintz@arnoldporter.com
       Eric.Whitney@arnoldporter.com
       Diana.Mahoney@arnoldporter.com

*Attorneys for Shang Peng Gao Ke Inc. SEZC and SPGK Pte Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 21-11854 (DSJ) |
| Ascentra Holdings, Inc. (In Official Liquidation), | Chapter 15 |
| Debtor in a Foreign Proceeding.[1] | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICE AND PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appear on behalf of Shang Peng Gao Ke Inc. SEZC and SPGK Pte Ltd. in the above-captioned chapter 15 case. Pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned respectfully request that all notices and papers filed or entered in this case be given to and served upon thefollowing:

---

[1] The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Camana Bay, Grand Cayman, KY1-1204 Cayman Islands.

US 170656224

        Benjamin Mintz
        Eric N. Whitney
        Diana Mahoney
        ARNOLD & PORTER KAYE SCHOLER LLP
        250 W. 55th Street
        New York, NY 10019-9710
        Telephone: (212) 836-8000
        Facsimile: (212) 836-8689
        Email: Benjamin.Mintz@arnoldporter.com
                Eric.Whitney@arnoldporter.com
                Diana.Mahoney@arnoldporter.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands or requests transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telecopier, or otherwise filed or made, with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Notices and Papers* (this "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgement consistent with Article III of the United States Constitution, (ii) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (iii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) any

objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (vi) any election of remedy, or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 1, 2021    By: /s/ *Benjamin Mintz*

**ARNOLD & PORTER KAYE SCHOLER LLP**

Benjamin Mintz
Eric N. Whitney
Diana Mahoney
250 W. 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Email: Benjamin.Mintz@arnoldporter.com
Eric.Whitney@arnoldporter.com
Diana.Mahoney@arnoldporter.com

*Attorneys for Shang Peng Gao Ke Inc. SEZC and SPGK Pte Ltd.*