UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Ascentra Holdings, Inc. (In Official Liquidation),<br><br>Debtor in a Foreign Proceeding.[1] | Case No. 21-11854 (DSJ)<br><br>Chapter 15 |

**ORDER SPECIFYING FORM AND MANNER OF SERVICE OF
NOTICE AND SCHEDULING RECOGNITION HEARING**

Upon the *Motion for Order Specifying Form and Manner of Service of Notice and Scheduling Recognition Hearing* (the "**Motion**")[2] filed by Petitioners Graham Robinson and Ivy Chua, duly appointed joint official liquidators ("**Petitioners**") of Ascentra Holdings, Inc. (in Official Liquidation) ("**Ascentra**" or the "**Debtor**") through their counsel, Pillsbury Winthrop Shaw Pittman LLP, and the *Verified Petition for Recognition of Foreign Insolvency Proceeding and Application for Additional Relief Under Chapter 15 of the Bankruptcy Code, and Memorandum of Law in Support Thereof* (the "**Verified Petition**" and together with the Official Form Petition, the "**Petition**"), and all documents filed in support of the Petition; and the Court having determined that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and section 1501 of the Bankruptcy Code, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b), and (c) venue is proper in this district pursuant to 28 U.S.C. § 1410, and after due deliberation and good and sufficient cause appearing for the relief requested in the Motion:

**NOW, THEREFORE, IT IS HEREBY ORDERED** as follows:

---

[1] The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1. The Motion is granted as set forth herein.

2. The form of Notice attached as <u>Exhibit B</u> to the Motion is hereby approved.

3. Copies of the Notice, the Petition, and all documents submitted in support of the Petition shall be served within three business days after entry of this Order.  The Petitioners may serve such documents (a) on the Grand Court of the Cayman Islands and (b) the Chapter 15 Notice Parties by e-mail (if a valid e-mail address for such party is known to the Petitioners), or alternatively, via the United States mail or overnight courier, and (c) on the Known Interested Parties by e-mail and Publication Notice.

4. A hearing on the Petition is scheduled for **December 3, 2021, at 10:00 a.m. (prevailing Eastern time)** (the "**Recognition Hearing**"). **[DSJ 11/2/2021]**

5. The Recognition Hearing will be held before the Honorable David S. Jones of the United States Bankruptcy Court for the Southern District of New York and will be conducted virtually.  Any party wishing to appear and participate at the Recognition Hearing whether in a "live" or "listen only" capacity, must make an electronic appearance through the "eCourtAppearances" tab on the Court's website (http://www.nysb.uscourts.gov/content/judge-david-s-jones) **no later than 4:00 P.M. (Prevailing Eastern Time)** the business day before the Recognition Hearing (the "**Appearance Deadline**"). Following the Appearance Deadline, the Court will circulate by email the Zoom link for the hearing to those parties who have made an electronic appearance. Parties wishing to appear at the Recognition Hearing must submit an electronic appearance through the Court's website by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

6. Any responses, answers, or objections to the Petition must (a) be in writing, (b) set forth in detail the factual and legal bases therefor, (c) be filed with the Court electronically in accordance with General Order M-399 (a copy of which may be viewed on the Court's website at www.nysb.uscourts.gov), and (d) served on counsel to the Petitioners so as to be received by **November 22, 2021 at 4:00 p.m. ET**.  Service upon counsel to the Petitioners must be addressed to John A. Pintarelli, Esq., and sent via e-mail to john.pintarelli@pillsburylaw.com.  A courtesy copy shall be served upon the Chambers of the Honorable David S. Jones, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 1004-1408 in accordance with the Court's Chambers Procedures.

7. All notice requirements set forth in section 1514(c) of the Bankruptcy Code are hereby waived.

8. The Petitioners are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9. This Court shall retain jurisdiction with respect to any and all matters arising out of or relating to the interpretation or implementation of this Order.


Dated: New York, New York
      November 2, 2021

                                                              *s/ David S. Jones*
                                                            Honorable David S. Jones
                                                            United States Bankruptcy Judge