**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Ascentra Holdings, Inc. (In Official Liquidation),<br><br>Debtor in a Foreign Proceeding.[1] | Case No. 21-11854 (DSJ)<br><br>Chapter 15 |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **Reservation of Rights of Shang Peng Gao Ke Inc. SEZC and SPGK Pte Ltd. to Verified Petition for Recognition of Foreign Insolvency Proceeding and Application for Additional Relief Under Chapter 15 of the Bankruptcy Code**, attached hereto as **Exhibit A**, was furnished by electronic mail on November 22, 2021 to: John Pintarelli, Pillsbury Winthrop Shaw Pittman LLP.

By: */s/ Benjamin Mintz*
Benjamin Mintz
Arnold & Porter Kaye Scholer LLP
250 W. 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212)-836-8689
Email: Benjamin.Mintz@arnoldporter.com

*Attorney for Shang Peng Gao Ke Inc. SEZC and SPGK Pte Ltd.*

---

[1] The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

# **<u>EXHIBIT A</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Ascentra Holdings, Inc. (In Official Liquidation),<br><br>Debtor in a Foreign Proceeding.[1] | Case No. 21-11854 (DSJ)<br><br>Chapter 15 |

**RESERVATION OF RIGHTS OF SHANG PENG GAO KE INC. SEZC AND SPGK PTE LTD. TO VERIFIED PETITION FOR RECOGNITION OF FOREIGN INSOLVENCY PROCEEDING AND APPLICATION FOR ADDITIONAL RELIEF UNDER CHAPTER 15 OF THE BANKRUPTCY CODE**

Shang Peng Gao Ke Inc. SEZC ("**SPGK Cayman**") and SPGK Pte Ltd. ("**SPGK Singapore**", and together with SPGK Cayman, "**SPGK**") by and through their undersigned counsel files this reservation of rights to the *Verified Petition for Recognition of Foreign Insolvency Proceeding and Application for Additional Relief Under Chapter 15 of the Bankruptcy Code, And Memorandum of Law in Support Thereof* [Docket No. 3] (the "**Petition for Recognition** ").

**RESERVATION OF RIGHTS**

While SPGK does not objection to the Petition for Recognition, it remains in discussion with the Debtors as to the form of order to address the same concerns raised by SPGK in the *Limited Objection and Reservation of Rights of Shang Peng Gao Ke Inc. SEZC and SPGK Pte. Ltd. to Emergency Request for Provisional Relief Pursuant to Section 1519 and 105(a) of the Bankruptcy Code* [Docket No. 15]. SPGK anticipates that the form of order will be resolved by the hearing on December 3, 2021, but in the event a resolution is not achieved, SPGK reserves its rights to seek modification of the proposed form of order.

*[Remainder of Page Intentionally Left Blank]*

Dated: November 22, 2021         By: /s/ *Benjamin Mintz*

**ARNOLD & PORTER KAYE SCHOLER LLP**

Benjamin Mintz
Eric N. Whitney
Diana Mahoney
250 W. 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Email: Benjamin.Mintz@arnoldporter.com
         Eric.Whitney@arnoldporter.com
         Diana.Mahoney@arnoldporter.com

*Attorneys for Shang Peng Gao Ke Inc. SEZC and SPGK Pte Ltd.*