**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Ascentra Holdings, Inc. (In Official Liquidation),<br><br>Debtor in a Foreign Proceeding.[1] | Case No. 21-11854 (DSJ)<br><br>Chapter 15 |

## SCHEDULING ORDER

**WHEREAS**, on October 27, 2021, Graham Robinson and Ivy Chua, duly appointed joint official liquidators of Ascentra Holdings, Inc. (in Official Liquidation) (the "**Debtor**"), a company in official liquidation in the Cayman Islands (the "**Cayman Proceeding**"), filed with the Court a verified petition (the "**Petition**") requesting, *inter alia*, recognition of the Cayman Proceeding as a foreign main proceeding [ECF Nos. 2 and 3]; and a hearing having been held on December 3, 2021 to consider the Petition;

**WHEREAS**, on December 6, 2021, the Court entered the *Order Granting Recognition and Relief in Aid of a Foreign Main Proceeding Pursuant to Sections 1504, 1509, 1515, 1517, 1520 and 1521 of the Bankruptcy Code* [ECF No. 22] (the "**Recognition Order**");

**WHEREAS**, the Recognition Order, *inter alia*, recognized Graham Robinson and Ivy Chua as the Debtor's foreign representatives (the "**Foreign Representatives**"); and

**NOW, THEREFORE, IT IS:**

**ORDERED** that the Foreign Representatives shall file a status report in the form of a letter to the Court stating: (a) the nature of the activities in the instant case and the Cayman Proceeding; (b) the procedural status of the instant case and the Cayman Proceeding; and (c) what is anticipated

---

[1] The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

in the ensuing six months, on or before the last business day in June and December (subject to modification if and as needed), each year that this case remains pending.

New York, New York
Dated: December 6, 2021

                                                    *s/ David S. Jones*
                                                    Honorable David S. Jones
                                                    United States Bankruptcy Judge