**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Ascentra Holdings, Inc. (In Official Liquidation),<br><br>Debtor in a Foreign Proceeding.[1] | Case No. 21-11854 (DSJ)<br><br>Chapter 15<br><br>Related Dkt. Nos. 22 and 23 |

**CERTIFICATE OF SERVICE OF NOTICE OF ORDER**
**GRANTING RECOGNITION AND RELIEF IN AID OF A**
**FOREIGN MAIN PROCEEDING AND SCHEDULING ORDER**

I, John A. Pintarelli, am a Partner at Pillsbury Winthrop Shaw Pittman LLP. I hereby certify that on December 6, 2021, I caused a true and correct copy of the following documents to be served by email on the parties listed on **Exhibit A** and by regular mail to the Office of the United States Trustee Region 2:

a. Order Signed on 12/6/2021 Granting the Debtor's Request for Recognition and Relief in Aid of a Foreign Main Proceeding [Docket No. 22]

b. Order Signed on 12/6/2021 Directing Foreign Representatives to File a Status Letter Report to the Court [Docket No. 23]

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated: December 7, 2021            */s/ John A. Pintarelli*
                                                   John A. Pintarelli

---

[1] The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

# EXHIBIT A

## Chapter 15 Notice Parties

| Name | Address | E-Mail Address |
|---|---|---|
| Office of the United States Trustee, Region 2 | U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | |
| INTL Media Holdings, LLC | 1 Park Plaza, Suite 800<br>Irvine, CA 92614 | martinjmatthews@outlook.com |
| Martin J. Matthews | 1 Park Plaza, Suite 800<br>Irvine, CA 92614 | martinjmatthews@outlook.com |
| Mari B. Matthews | 1570 Via Corsica<br>Laguna Beach, CA 92651-1333 | maribmatthews@outlook.com |
| IR-P Holdings, Inc. | c/o Crowe Cayman Ltd.<br>94 Solaris Avenue, Camana Bay<br>Grand Cayman, Cayman Islands | Graham.robinson@crowe.com |
| Shang Peng Gao Ke, Inc. | c/o Harneys Harney Westwood & Riegels<br>3501 The Center<br>99 Queen's Road Central<br>Hong Kong | andrew.johnstone@harneys.com<br>jessica.williams@harneys.com<br>james.eggleton@harneys.com |
| Ryunosuke Yoshida | Room 703, 7th Floor, Block B, Harbourfront Horizon, 8 Hung Luen Road, Hung Hom Bay, Kowloon, Hong Kong | ryu@tiraworks.com |
| Yoshio Matsuura | 96 Somerset Road,<br>#09-13, Singapore 238163 | webdream@abox4.so-net.ne.jp |
| Alex Oliva | 3741 Brilliant Place<br>Los Angeles, CA 90065 | aoliva62@gmail.com |
| Ryosuke Kojima | 313 St. Vincent<br>Irvine, CA 92618 | raspberrypark@gmail.com |
| Jeffrey Boshears | 2332 Baypointe Drive<br>Newport Beach, CA 92660 | jd.sdco@gmail.com |
| Ever Innovation, Inc. | 400 Spectrum Center Dr., Suite 1900<br>Irvine, CA 92618 | masami@ever-innovation.com<br>aaron@morfairlaw.com |
| Exigo Office, Inc. | Attn: Justin White<br>1600 Viceroy Drive, Suite 125<br>Dallas, TX 75235 | jwhite@exigo.com |

| Name | Address | E-Mail Address |
|---|---|---|
| Exigo Office, Inc. | Attn: Jay Boyer<br>1600 Viceroy Drive, Suite 125<br>Dallas, TX 75235 | jayb@exigo.com |
| SPGK International, Inc. | 300 Spectrum Center Dr., Suite 400<br>Irvine, CA 92618 | ts@asianoffshoreservices.com |
| Theodore Sanders | 22441 Canyon Crest Drive<br>Mission Viejo, CA 92692 | ts@asianoffshoreservices.com |
| Planet Payment, Inc. | 670 Long Beach Blvd.<br>Long Beach, NY 11561<br>Attn: Mr. Caspar Branson | caspar.branson@planetpayment.com<br>plevine@planetpayment.com |
| Allegaert Berger & Vogel LLP | 111 Broadway, 20th Floor<br>New York, NY 10006<br>Attn: Richard L. Crisona | rcrisona@abv.com |
| Asian Offshore Services | 300 Spectrum Center Dr., Suite 400<br>Irvine, CA 92618 | ts@asianoffshoreservices.com |
| AOS Property Ventures | 300 Spectrum Center Dr., Suite 400<br>Irvine, CA 92618 | ts@asianoffshoreservices.com |
| HEC International, LLC | 300 Spectrum Center Dr., Suite 400<br>Irvine, CA 92618 | ts@asianoffshoreservices.com |
| HEC International, Ltd. | c/o JTC (Cayman) Ltd.<br>94 Solaris Avenue, Camana Bay<br>Grand Cayman, KY1-1204<br>Cayman Islands. | Graham.robinson@crowe.com |
| iHealthScience, LLC | c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Graham.robinson@crowe.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Benjamin Mintz<br>250 West 55th Street<br>New York, NY 1009-9710 | Benjamin.Mintz@arnoldporter.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Eric N. Whitney<br>250 West 55th Street<br>New York, NY 1009-9710 | Eric.Whitney@arnoldporter.com |
| Arnold & Porter Kaye Scholer LLP | Attn: Diana Mahoney<br>250 West 55th Street<br>New York, NY 1009-9710 | Diana.Mahoney@arnoldporter.com |