Jeffrey M. Dine
PACHULSKI STANG ZIEHL &
    JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
E-Mail: jdine@pszjlaw.com

*Counsel for Shang Peng Gao*
  *Ke Inc. SEZC and SPGK Pte Ltd*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Ascentra Holdings, Inc. (In Official Liquidation),<br><br>Debtor in a Foreign Proceeding.[1] | Case No. 21-11854 (DSJ)<br><br>Chapter 15 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Shang Peng Gao Ke Inc. SEZC ("SPGK Cayman") and SPGK Pte Ltd ("SPGK Singapore," and together with SPGK Cayman, "SPGK"), by and through their undersigned counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ"). PSZJ hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the undersigned be added to the official mailing matrix and service lists in this case. PSZJ requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in this chapter 15 case and copies of all papers served or required to be served in this

---

[1] The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Camana Bay, Grand Cayman, KY1-1204 Cayman Islands.

chapter 15 case, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, and all other matters arising herein or in any related adversary proceeding, be given and served upon SPGK through service upon PSZJ at the addresses, telephone, and facsimile numbers set forth below:

> Jeffrey M. Dine
> PACHULSKI STANG ZIEHL & JONES LLP
> 780 Third Avenue, 34th Floor
> New York, New York 10017
> Telephone: (212) 561-7700
> Facsimile:  (212) 561-7777
> E-Mail:  jdine@pszjlaw.com

**PLEASE TAKE FURTHER NOTICE** that neither this Notice (the "Notice") nor any later appearance, pleading, claim, or suit shall constitute a waiver of (i) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgement consistent with Article III of the United States Constitution, (ii) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (iii) the right to trial by jury in any proceeding triable in this case or  any case, controversy, or proceeding related to this case, (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (vi) any election of remedy, or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 30, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Jeffrey M. Dine*
Jeffrey M. Dine
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777
E-Mail:  jdine@pszjlaw.com

*Counsel for Shang Peng Gao Ke Inc. SEZC
  and SPGK Pte Ltd*

# **CERTIFICATE OF SERVICE**

I, La Asia S. Canty, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On June 30, 2023, I caused a true and correct copy of the *Notice of Appearance and Request For Service Pursuant to Fed. R. Bankr. P. 2002* to be served via electronic mail and/or First Class US Mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**.

                                                                      */s/ La Asia S. Canty*
                                                                       La Asia S. Canty

# EXHIBIT 1

**Via First Class Mail and/or Electronic Mail**

Office of the United
States Trustee, Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
ustpregion02.nyecf@usdoj.gov

INTL Media Holdings, LLC
1 Park Plaza, Suite 800
Irvine, CA 92614
martinjmatthews@outlook.com

Martin J. Matthews
1 Park Plaza, Suite 800
Irvine, CA 92614
martinjmatthews@outlook.com

Mari B. Matthews
1570 Via Corsica
Laguna Beach, CA 92651-1333
maribmatthews@outlook.com

IR-P Holdings, Inc. c/o Crowe Cayman Ltd.
94 Solaris Avenue, Camana Bay
Grand Cayman, Cayman Islands
Graham.robinson@crowe.com

Ryunosuke Yoshida
Room 703, 7th Floor, Block B,
Harbourfront Horizon, 8 Hung Luen Road
Hung Hom Bay, Kowloon, Hong Kong
ryu@tiraworks.com

Yoshio Matsuura
96 Somerset Road, #09-13
Singapore 238163
webdream@abox4.so-net.ne.jp

Alex Oliva
3741 Brilliant Place
Los Angeles, CA 90065
aoliva62@gmail.com

Ryosuke Kojima
313 St. Vincent
Irvine, CA 92618
raspberrypark@gmail.com

Jeffrey Boshears
2332 Baypointe Drive
Newport Beach, CA 92660
jd.sdco@gmail.com

Ever Innovation, Inc.
400 Spectrum Center Dr., Suite 1900
Irvine, CA 92618
masami@ever-innovation.com
aaron@morfairlaw.com

Exigo Office, Inc.
Attn: Justin White, Jay Boyer
1600 Viceroy Drive, Suite 125
Dallas, TX 75235
jwhite@exigo.com
jayb@exigo.com

Theodore Sanders
22441 Canyon Crest Drive
Mission Viejo, CA 92692
ts@asianoffshoreservices.com

Planet Payment, Inc.
Attn: Mr. Caspar Branson
670 Long Beach Blvd.
Long Beach, NY 11561
caspar.branson@planetpayment.com
plevine@planetpayment.com

Allegaert Berger & Vogel LLP
Attn: Richard L. Crisona
111 Broadway, 20th Floor
New York, NY 10006
rcrisona@abv.com

Asian Offshore Services
300 Spectrum Center Dr., Suite 400
Irvine, CA 92618
ts@asianoffshoreservices.com

AOS Property Ventures
HEC International, LLC
300 Spectrum Center Dr., Suite 400
Irvine, CA 92618
ts@asianoffshoreservices.com

HEC International, Ltd. c/o JTC (Cayman) Ltd.
94 Solaris Avenue, Camana Bay
Grand Cayman, KY1-1204
Cayman Islands
Graham.robinson@crowe.com

iHealthScience, LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
Graham.robinson@crowe.com

Milbank LLP
Attn: Adam Fee, Ben Nicholson, David Jonas
2029 Century Park East, 33rd Floor
Los Angeles, CA US 90067-3019
AFee@milbank.com
BNicholson@milbank.com
DJonas@milbank.com

Pillsbury Winthrop Shaw Pittman LLP
Attn: John A Pintarelli
31 West 52nd Street
New York, NY 10019
john.pintarelli@pillsburylaw.com

Pillsbury Winthrop Shaw Pittman LLP
Attn: Claire K. Wu
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
claire.wu@pillsburylaw.com