Robert J. Feinstein
Bradford J. Sandler
Jeffrey M. Dine
Pachulski Stang Ziehl & Jones LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone:    (212) 561-7700
Facsimile:    (212) 561-7777
E-Mail:    rfeinstein@pszjlaw.com
    bsandler@pszjlaw.com
    jdine@pszjlaw.com

*Counsel for Shang Peng Gao Ke Inc. SEZC and SPGK Pte Ltd*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>ASCENTRA HOLDINGS, INC. (in Official Liquidation),<br><br>Debtor in a<br>Foreign Proceeding.[1] | Case No. 21-11854-dsj<br><br>Chapter 15 |

**DECLARATION OF JEFFREY M. DINE IN SUPPORT OF MOTION OF SHANG PENG GAO KE INC. SEZC AND SPGK PTE LTD. PURSUANT TO 11 U.S.C. §§ 1517(d) AND 1520(c) FOR AN ORDER TERMINATING THE RECOGNITION ORDER**

I, Jeffrey M. Dine, declare as follows:

1. I am an attorney with the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), with offices located at 780 Third Avenue, 34th Floor, New York, New York 10017, and with other offices in Texas, California, and Delaware.

---

[1] The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

2. PSZJ is counsel to Shang Peng Gao Ke Inc. SEZC ("SPGK Cayman") and SPGK Pte Ltd ("SPGK Singapore", and together with SPGK Cayman, "SPGK") in the above-captioned chapter 15 case.

3. I am duly admitted to practice law in, among other places, the State of New York and the United States District Court for the Southern District of New York.

4. I submit this declaration in support of the *Motion of Shang Peng Gao Ke Inc. SEZC and SPGK Pte Ltd. Pursuant to 11 U.S.C. §§ 1517(d) and 1520(c) for an Order Terminating the Recognition Order* (the "Motion").[2]

5. A copy of the documents titled *Cross-Border Insolvency: Guide to Enactment of the UNCITRAL Model Law on Cross-Border Insolvency* (1997) is attached hereto as **Exhibit 1**.

6. A copy of the *UNCITRAL Model Law on Cross-Border Insolvency with Guide to Enactment and Interpretation* (2013) is attached hereto as **Exhibit 2**.

7. A copy of the *Letter to Court re Status Report* [ECF No. 26] (June 30, 2022) is attached hereto as **Exhibit 3**.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed thereto in the Motion.

DOCS_DE:243380.3 78263/001

8.	A copy of the *Second Letter to Court re Status Report* [ECF No. 29] (Dec. 30, 2022) is attached hereto as **Exhibit 4**.

9.	A copy of a summary report for March 2023 of BMO Harris Bank, N.A. for the SPGK Planet Payment Funds, provided to SPGK's counsel by Planet Payment, is attached hereto as **Exhibit 5**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 30, 2023
    New York, New York

                                        */s/ Jeffrey M. Dine*
                                        Jeffrey M. Dine