# EXHIBIT 5

# BMO

## Summary Report
Generated By: 30080689_DBARRY
Generated On: 04/04/23 11:33:15 AM EST
Date Range: 03/01/23 to 03/31/23

### PLANET PAYMENT SOLUTIONS LLC - ▮338 USD (HARRIS - DDA)

**Date: 03/31/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

**Date: 03/30/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

**PLANET PAYMENT SOLUTIONS LLC - ▮338 USD (HARRIS - DDA)**

**Date: 03/29/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals | |
|---|---|---|
| Total Credits | $0.00 | (0) |
| Total Debits | $0.00 | (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

**Date: 03/28/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals | |
|---|---|---|
| Total Credits | $0.00 | (0) |
| Total Debits | $0.00 | (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

**PLANET PAYMENT SOLUTIONS LLC - ▇338 USD (HARRIS - DDA)**

**Date: 03/27/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

**Date: 03/24/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

PLANET PAYMENT SOLUTIONS LLC - ▮338 USD (HARRIS - DDA)

Date: 03/23/23

### Balances

| | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

### Summary Totals

| | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

Date: 03/22/23

### Balances

| | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

### Summary Totals

| | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

**PLANET PAYMENT SOLUTIONS LLC** ▮338 USD (HARRIS - DDA)

**Date: 03/21/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

**Date: 03/20/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

**PLANET PAYMENT SOLUTIONS LLC - ▮338 USD (HARRIS - DDA)**

**Date: 03/17/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

**Date: 03/16/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

**PLANET PAYMENT SOLUTIONS LLC** ▮338 USD (HARRIS - DDA)

**Date: 03/15/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

**Date: 03/14/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

**PLANET PAYMENT SOLUTIONS LLC - ▮338 USD (HARRIS - DDA)**

**Date: 03/13/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

**Date: 03/10/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

**PLANET PAYMENT SOLUTIONS LLC** ███ 338 USD (HARRIS - DDA)

**Date: 03/09/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

**Date: 03/08/23**

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

PLANET PAYMENT SOLUTIONS LLC - ▮338 USD (HARRIS - DDA)

Date: 03/07/23

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

Date: 03/06/23

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available

PLANET PAYMENT SOLUTIONS LLC ▬338 USD (HARRIS - DDA)

### Date: 03/03/23

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|
| | | | No Data Available | | | | |

### Date: 03/02/23

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|
| | | | No Data Available | | | | |

PLANET PAYMENT SOLUTIONS LLC ▮338 USD (HARRIS - DDA)

Date: 03/01/23

| Balances | Totals |
|---|---|
| Opening Ledger Balance | $72,062,284.86 |
| Opening Available Balance | $72,062,284.86 |
| Closing Ledger Balance | $72,062,284.86 |
| Closing Available Balance | $72,062,284.86 |
| 1 Day Float | $0.00 |
| 2 or More Days Float | $0.00 |

| Summary Totals | Totals |
|---|---|
| Total Credits | $0.00 (0) |
| Total Debits | $0.00 (0) |

| Date | Transaction Description | Debit | Credit | Availability | Bank Ref | Cust Ref | Transaction Details |
|---|---|---|---|---|---|---|---|

No Data Available