# EXHIBIT 1



# Campbells

Campbells LLP
Floor 4, Willow House, Cricket Square
Grand Cayman KY1-9010
Cayman Islands

**D** +1 345 914 5876
**T** +1 345 949 2648
**F** +1 345 949 8613
**E** gcowan@campbellslegal.com

campbellslegal.com

Our Ref:    GM/GC/12568-15960
Your Ref:

CAYMAN | BVI | HONG KONG

Secretary to the Honourable Justice Doyle
Kirk House
George Town
Grand Cayman

13 September 2021

Dear Madam

**FSD NO. 189 of 2021-DDJ**
**Ascentra Holdings, Inc (in Voluntary Liquidation) (the "Company")**

As the Honourable Court will be aware, we act for Graham Robinson of Crowe Cayman Ltd, the voluntary liquidator (the **"VL"**) of the Company. In his capacity as such, and in circumstances where the VL did not receive a declaration of solvency from the Company's directors within the prescribed timeframe, Mr Robinson presented a petition on 2 July 2021 (the **"Supervision Application"**) seeking an order that Company's liquidation shall continue under the supervision of the Court pursuant to section 124 of the Companies Act (2021 Revision).

The Supervision Application is supported by Mr Robinson's first affidavit and the first affidavit of Ivy Chua Suk Lin of Crowe (HK) CPA Limited. As Mr Robinson and Ms Lin are both qualified insolvency practitioners (with Ms Lin being a foreign practitioner in accordance with Regulation 8 of the Insolvency Practitioners Regulations 2018), who are willing and properly able to accept appointment as joint official liquidators (the **"JOLs"**) of the Company, the Supervision Application seeks *inter alia* an order that Mr Robinson and Ms Lin be appointed as JOLs of the Company.

Notice of the Supervision Application was provided to the Company's creditors and shareholders on 13 August 2021 (please see pages 1-3 of the enclosed pdf), along with an indication that, in the absence of any objection, the VL would invite the Court to consider dealing with the Supervision Application administratively in order to save costs and the Court's time. In response, each of the Company's shareholders[1] confirmed that they support both a supervision order being made and Mr Robinson and Ms Lin being appointed as JOLs of the Company; copies of the relevant email confirmations are enclosed herewith (please see pages 4-10 of the enclosed pdf). Save for one party, details of which are provided below, no creditor of the Company has raised any objections to the Supervision Application.

Over the course of the last several weeks, the VL has been engaged in lengthy correspondence with Shang Peng Gao Ke Inc SEZC (**"SPGK"**), a party related to the Company (being owned and controlled by My

---

[1] For completeness, we would draw the Court's attention to the fact that the Company's majority shareholder is IR-P Holdings, Inc. (in voluntary liquidation) and Mr Robinson is also the voluntary liquidator of that company.

The Cayman Islands firm known as "Campbells" converted from a firm to a Cayman Islands limited liability partnership known as "Campbells LLP" on 25 February 2021.

Ryunosuke Yoshida, who was a director of the Company as at the commencement of its liquidation). Under cover of the same, SPGK has asserted claims over hundreds of millions of dollars (the **"Disputed Funds"**) which are currently held in different accounts located in various jurisdictions around the world (including the USA and Singapore). Conversely, based on the documentation and information with which he has been provided to date, the VL considers that the Company has compelling, and competing, claims over some or all of the Disputed Funds, and that SPGK may in fact be a very significant debtor of the Company. Approximately US$10.5 million of the Disputed Funds are held by the VL[2], some of the Disputed Funds are held by third parties (which the VL understands amount to approximately US$70m) and the remainder of the Disputed Funds are under the control of SPGK and/or Mr Yoshida.

As a result of these disputes, SPGK notified the VL on 20 August 2021 that it objected to (a) the appointment of Mr Robinson and Ms Lin as JOLs of the Company; and (b) the Supervision Application being dealt with administratively (together, the **"Objection"**). However, following several further rounds of correspondence between the parties' respective attorneys, the VL subsequently received formal confirmation on 7 September 2021 that, although it continued to reserve all of its rights in relation to the Disputed Funds (and generally), SPGK was formally withdrawing the Objection. Accordingly, whilst the various disputes with SPGK remain extant and will need to be resolved during the course of the Company's official liquidation, there are now no stakeholders or any other parties who have objected to the Supervision Application.

Although the Supervision Application has been listed to be heard on 28 September 2021, in light of the above, we respectfully invite the Court to make a supervision order without the need for any hearing in accordance with O.15, r.5(1) of the Companies Winding Up Rules, 2018 (**"CWR"**) (and paragraph C9.2 of the FSD User Guide 2nd Edition).

In the event that his Lordship is minded to deal with the Supervision Application on the papers, we enclose a draft order for the Honourable Judge's kind consideration. In addition to the relief sought in the Supervision Application, the Court will note that this draft order contains two additional paragraphs: first, and in circumstances where there is a possibility that proceedings may be issued against the Company in other jurisdictions, we have included (at paragraph 7) clarification, for the avoidance of doubt, that an automatic statutory stay will take effect upon the making of the supervision order. We have also included, at paragraph 8, a provision that the VL's remuneration to 31 August 2021 (in the sum of US$344,000) be approved and paid out of the assets of the Company as an expense of the official liquidation, pursuant to CWR O.13, r. 9(3)(b) and O.20, r.1(2). In that regard, the Company's shareholders[3] have unanimously approved the VL's remuneration to that date, and we enclose herewith copies of the relevant email correspondence (please see pages 32-60 of the enclosed pdf), along with the VL's engagement letter which provides for the basis of his remuneration and which was approved by a unanimous written resolution of the shareholders on 1 June 2021 (please see pages 14-31 of the enclosed pdf).

We are of course available to attend before his Lordship on 28 September 2021 if this is required, and no disrespect to the Court is intended by the above request, which is made purely in the interests of saving both costs and the Court's time.

---

[2] In light of SPGK's claim over these funds, the VL has not utilised any of them and has confirmed to SPGK that he will continue to hold them in escrow until such time as the parties' respective claims over them have been resolved consensually or, if necessary, through Court proceedings.

[3] See footnote 1 above.

We should be grateful if this letter could be placed before the Honourable Judge for his kind consideration at the earliest available opportunity.

Yours faithfully

**Campbells**

Encl

IN THE GRAND COURT OF THE CAYMAN ISLANDS

FINANCIAL SERVICES DIVISION

FSD NO. 189 of 2021-DDJ

IN THE MATTER OF SECTION 124 OF THE COMPANIES ACT (2021 REVISION)

AND IN THE MATTER OF ASCENTRA HOLDINGS, INC (IN VOLUNTARY LIQUIDATION)

Before The Honourable Justice Doyle
In Chambers

_____

**SUPERVISION ORDER**

_____

**UPON** reading the petition (the **"Petition"**) of Mr Graham Robinson of Crowe Cayman Ltd, 94 Solaris Avenue, Camana Bay, Grand Cayman, Cayman Islands presented on 2 July 2021 and seeking an order that the liquidation of Ascentra Holdings, Inc (the **"Company"**) continue under the supervision of the Court

**AND UPON** reading the First Affidavit of Graham Robinson sworn on 2 July 2021 and the exhibit thereto

**AND UPON** reading the First Affidavit of Ivy Chua Suk Lin sworn on 25 June 2021 and the exhibit thereto

**AND UPON** the Court being satisfied that Mr Robinson and Ms Lin are qualified insolvency practitioners who are willing and properly able to accept appointment as joint official liquidators of the Company

**AND UPON** the Court reading the letter from Campbells dated 13 September 2021 and being satisfied that there is no reason to believe that any shareholder or creditor objects to the granting of this order

**AND UPON** the Court being satisfied that it is appropriate to deal with the Petition without the need for any hearing in accordance with CWR O.15, r.5(1)

The Cayman Islands firm known as "Campbells" converted from a firm to a Cayman Islands limited liability partnership known as "Campbells LLP" on 25 February 2021.

**This Order** is filed by Messrs. Campbells, Attorneys-at-Law for the voluntary liquidator, whose address for service is Willow House, Cricket Square, George Town, Grand Cayman, Cayman Islands (ref GG/NIL/KL/19800-25377)

2316701-1

**IT IS ORDERED THAT:**

1.      The liquidation of the Company be continued under the supervision of the Court pursuant to section 124 of the Companies Act (2021 Revision).

2.      Graham Robinson of Crowe Cayman Limited, of 94 Solaris Avenue, Camana Bay, Grand Cayman, Cayman Islands and Ivy Chua of Crowe (HK) CPA Limited, 77 Leighton Road, Causeway Bay, Hong Kong be appointed as Joint Official Liquidators (the **"JOLs"**) of the Company, with the power to act jointly and severally.

3.      The JOLs shall not be required to give security for their appointment.

4.      In addition to their powers prescribed in Part II of the Third Schedule to the Companies Act (2021 Revision) which are exercisable without the sanction of this Court, the JOLs may also without further sanction or intervention from this Court:

      a.      exercise all of the powers set out in Part I of the Third Schedule to the Companies Act (2021 Revision); and

      b.      take any such action as may be necessary or desirable to obtain the recognition of their appointment in any other relevant jurisdictions and to make applications to the courts of such jurisdictions for that purpose

and for the avoidance of doubt the powers bestowed on the JOLs may be exercised within and outside of the Cayman Islands.

5.      The JOLs' engagement of Campbells LLP as their Cayman counsel be sanctioned by the Court.

6.      The JOLs' engagement of Broadhurst LLC as their Cayman conflict counsel be sanctioned by the Court.

7.      For the avoidance of doubt, pursuant to section 97 of the Companies Act (2021 Revision), no suit, action or other proceedings, including criminal proceedings, shall be proceeded with or

This Order is filed by Messrs. Campbells, Attorneys-at-Law for the voluntary liquidator, whose address for service is Willow House, Cricket Square, George Town, Grand Cayman, Cayman Islands (ref GC/NE/KL/19800-35377)

2316701-1

commenced against the Company except with leave of the Court and subject to such terms as the Court may impose.

8.      The voluntary liquidator's remuneration to 31 August 2021, in the sum of US$344,000, be approved and paid from the assets of the Company as an expense of the official liquidation.

9.      The voluntary liquidator's costs of the Petition shall be paid out of the assets of the Company as an expense of the official liquidation.

Dated this      day of          2021
Filed this      day of          2021

_____

**The Honourable Mr Justice Doyle**
**JUDGE OF THE GRAND COURT**

This Order is filed by Messrs. Campbells, Attorneys-at-Law for the voluntary liquidator, whose address for service is Willow House, Cricket Square, George Town, Grand Cayman, Cayman Islands (ref GC/NE/KL/19800-35377)

2316701-1

**Robinson, Graham**

---

| | |
|---|---|
| **From:** | Robinson, Graham |
| **Sent:** | 13 August 2021 16:27 |
| **To:** | Robinson, Graham |
| **Cc:** | Guy Cowan \| Campbells; Katie Logan \| Campbells; Kemp, Lawrence |
| **Subject:** | Ascentra Holdings, Inc - In Voluntary Liquidation |
| **Attachments:** | Ascentra Holdings, Inc 12.08.2021.pdf |

All

Please see attached correspondence.

Do not hesitate to contact me should you wish to discuss further.

Regards

Graham Robinson
Voluntary Liquidator

Graham F Robinson | Director - Insolvency
Crowe Cayman Ltd
94 Solaris Avenue, Camana Bay, Grand Cayman
PO Box 30851, KY1-1204, Cayman Islands
Office: +1 345 814 2428 | Cell: +1 345 936 8047
graham.robinson@crowe.com
www.crowe.com/ky







1



Crowe Cayman Ltd.
Subsidiary of Crowe LLP (USA)

94 Solaris Avenue, Camana Bay
PO Box 30851
Grand Cayman, KY1-1204 Cayman Islands
Telephone  +1 345 814 2424
Fax           +1 345 814 2425

www.crowe.com

12 August 2021

**To all Shareholders and all known, contingent and/or potential Creditors**

Dear Sirs

**Ascentra Holdings, Inc – In Voluntary Liquidation (the "Company")**
**Company # 283719**

I am writing to you in your capacity as a Shareholder or known contingent and/or potential Creditor of the Company.

Pursuant to written resolutions passed by the shareholders of the Company on 1 June 2021, it was resolved that:

(a)  the Company be wound up voluntarily; and

(b)  Graham Robinson of Crowe Cayman Ltd be appointed as voluntary liquidator of the Company (the "VL").

The purpose of this letter is to notify you that:

(a)  pursuant to section 124 of the Companies Act (2021 Revision) (the "Act"), the VL has not received a statutory declaration of solvency from the Company's directors within 28 days from the commencement  of the liquidation and, as such, the VL is required to apply to the Grand Court of the Cayman Islands (the "Court") for an order that the liquidation continue under the supervision of the Court;

(b)  on the 2nd July 2021 the VL presented a petition to the Court  (the "Supervision Application") seeking orders that (1) the Company's liquidation continue under the supervision of the Court; (2) that the VL be appointed as joint official liquidator of the Company together with his colleague Ivy Chau of Crowe (HK) CPA Limited; (3) that the joint official liquidators' proposed engagement of Campbells as their Cayman Islands attorneys be sanctioned; and (4) other consequential orders; and

(c)  the Court has listed the Supervision Application to be heard on at 10am the 28th September 2021.

However, in the interests of minimizing the costs of the liquidation, the VL proposes to invite the Court to make an Order on the Supervision Application without a hearing pursuant to Order 15, rule 5(1) of the Companies Winding Up Rules, 2018. That Rule provides that the Court may make a supervision order without a hearing if it is satisfied that:

(a)  notice of the petition has been given to the company's creditors and, if it appears to the voluntary liquidator that the company may in fact be solvent, to its shareholders; and

(b)  there is no reason to believe that any creditor or, if applicable, any shareholder objects to the appointment of the voluntary liquidator as official liquidator.

Should any shareholder or creditor of the Company object either to the Court dealing with the Supervision Application administratively, or to the appointment of the VL as joint official liquidator of the Company together with his colleague Ivy Chau of Crowe (HK) CPA Limited, please notify me of that objection by email to graham.robinson@crowe.com by no later than 4pm, Cayman Islands time, on Friday 20 August 2021.

If no objections have been received by the above deadline, the VL will proceed to ask the Court to deal with the Supervision Application without a hearing as soon as possible. If any objection is received, the Supervision Application will proceed in the usual manner at the date and time allocated by the Court for the hearing of the Supervision Application, being the 28th September 2021. Any objecting shareholder or creditor of the Company will be entitled to appear and be heard at that hearing.

If you have any questions regarding the liquidation of the Company, please do not hesitate to contact me.

Yours faithfully

Graham Robinson
Voluntary Liquidator

**Robinson, Graham**

| | |
|---|---|
| **From:** | jb.sdco@gmail.com |
| **Sent:** | 13 August 2021 18:12 |
| **To:** | Robinson, Graham |
| **Cc:** | 'Guy Cowan | Campbells'; 'Katie Logan | Campbells'; Kemp, Lawrence |
| **Subject:** | RE: Ascentra Holdings, Inc - In Voluntary Liquidation |

> **CAUTION:** This email originated from outside of Crowe. Do not click links, open attachments or forward unless you recognize the sender and know the content is safe.

Graham,

I neglected to state in my previous email that I am very supportive of this effort and look forward to hearing of your progress.

Best,

Jeff

---

**From:** Robinson, Graham <Graham.Robinson@crowe.com>
**Sent:** Friday, August 13, 2021 2:27 PM
**To:** Robinson, Graham <Graham.Robinson@crowe.com>
**Cc:** Guy Cowan | Campbells <GCowan@campbellslegal.com>; Katie Logan | Campbells <KLogan@campbellslegal.com>; Kemp, Lawrence <Lawrence.Kemp@crowe.com>
**Subject:** Ascentra Holdings, Inc - In Voluntary Liquidation

All

Please see attached correspondence.

Do not hesitate to contact me should you wish to discuss further.

Regards

Graham Robinson
Voluntary Liquidator

Graham F Robinson | Director - Insolvency
Crowe Cayman Ltd
94 Solaris Avenue, Camana Bay, Grand Cayman
PO Box 30851, KY1-1204, Cayman Islands
Office: +1 345 814 2428 | Cell: +1 345 936 8047
graham.robinson@crowe.com
www.crowe.com/ky





**Robinson, Graham**

| | |
|---|---|
| **From:** | Alex Oliva <aoliva62@gmail.com> |
| **Sent:** | 13 August 2021 22:05 |
| **To:** | Robinson, Graham |
| **Cc:** | Guy Cowan | Campbells; Katie Logan | Campbells; Kemp, Lawrence |
| **Subject:** | Re: Ascentra Holdings, Inc - In Voluntary Liquidation |

**CAUTION:** This email originated from outside of Crowe. Do not click links, open attachments or forward unless you recognize the sender and know the content is safe.

Mr. Robinson,

I am responding to state I am in support of proposed transition to Court Supervised Liquidation.

Thank you,

Alex Oliva


On Fri, Aug 13, 2021 at 2:27 PM Robinson, Graham <Graham.Robinson@crowe.com> wrote:

All


Please see attached correspondence.


Do not hesitate to contact me should you wish to discuss further.


Regards



Graham Robinson

Voluntary Liquidator



Graham F Robinson | Director - Insolvency

Crowe Cayman Ltd

5

**Robinson, Graham**

---

| | |
|---|---|
| **From:** | Ryan Kojima <raspberrypark@gmail.com> |
| **Sent:** | 14 August 2021 12:20 |
| **To:** | Robinson, Graham |
| **Subject:** | Re: Ascentra Holdings, Inc - In Voluntary Liquidation |

---

**CAUTION:** This email originated from outside of Crowe. Do not click links, open attachments or forward unless you recognize the sender and know the content is safe.

Hi Graham,

Thank you for the letter.
I have no objections.

Thank you,
Ryosuke Kojima

On Fri, Aug 13, 2021 at 2:27 PM Robinson, Graham <Graham.Robinson@crowe.com> wrote:

All

Please see attached correspondence.

Do not hesitate to contact me should you wish to discuss further.

Regards

Graham Robinson

Voluntary Liquidator

Graham F Robinson | Director - Insolvency

Crowe Cayman Ltd

94 Solaris Avenue, Camana Bay, Grand Cayman

**Robinson, Graham**

| | |
|---|---|
| **From:** | Martin Matthews <martinjmatthews@outlook.com> |
| **Sent:** | 14 August 2021 08:20 |
| **To:** | Robinson, Graham |
| **Subject:** | Re: Ascentra Holdings, Inc - In Voluntary Liquidation |

> **CAUTION:** This email originated from outside of Crowe. Do not click links, open attachments or forward unless you recognize the sender and know the content is safe.

Mr Robinson,
I am in full support of the court to supervise the liquidation of Ascentra Holdings, Inc.
Sincerely,
Martin Matthews,
INTL Media Holdings, Inc.

Martin J Matthews
208-309-2780

---

**From:** Martin Matthews <martinjmatthews@outlook.com>
**Sent:** Friday, August 13, 2021 4:13:44 PM
**To:** Robinson, Graham <Graham.Robinson@crowe.com>
**Subject:** Re: Ascentra Holdings, Inc - In Voluntary Liquidation

Has this been sent to Jeff, Alex and Ryan..?

OK if i send them a brief email about this so they understand what this is about, that I support this and they do not need to reply if they do not object....?

Would it be best if they did reply and said they support this?

Marty

Martin Matthews
208-309-2780

---

**From:** Robinson, Graham <Graham.Robinson@crowe.com>
**Sent:** Friday, August 13, 2021 2:27 PM
**To:** Robinson, Graham <Graham.Robinson@crowe.com>
**Cc:** Guy Cowan | Campbells <GCowan@campbellslegal.com>; Katie Logan | Campbells <KLogan@campbellslegal.com>; Kemp, Lawrence <Lawrence.Kemp@crowe.com>
**Subject:** Ascentra Holdings, Inc - In Voluntary Liquidation

All

Please see attached correspondence.

Do not hesitate to contact me should you wish to discuss further.

Regards

Graham Robinson
Voluntary Liquidator

Graham F Robinson | Director - Insolvency
Crowe Cayman Ltd
94 Solaris Avenue, Camana Bay, Grand Cayman
PO Box 30851, KY1-1204, Cayman Islands
Office: +1 345 814 2428 | Cell: +1 345 936 8047
graham.robinson@crowe.com
www.crowe.com/ky







Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Crowe LLP (except for the crowe.com website, which tracks e-mail preferences through a separate process) at this e-mail address by forwarding this message to CroweUnsubscribe@crowe.com. If you do so, the sender of this message will be notified promptly. Our principal postal address is 225 W Wacker Drive, Suite 2600, Chicago, IL 60602-4903. This email message is from Crowe LLP or one of its subsidiaries and may contain privileged or confidential information or other information exempt from disclosure under applicable law. If you are not the intended recipient, please notify the sender by reply email immediately and delete this message without reading further or forwarding to others. This email is not intended to be a contract or other legally binding obligation, and any tax advice expressed in this email should not be construed as a formal tax opinion unless expressly stated. Visit www.crowe.com/disclosure for more information about Crowe LLP and its subsidiaries.

8

**Shannon McKinnon | Campbells**

| | |
|---|---|
| **From:** | Mari Matthews <maribmatthews@outlook.com> |
| **Sent:** | Monday, August 16, 2021 4:08 PM |
| **To:** | Robinson, Graham |
| **Subject:** | Re: Court Supervision Application |

---

**CAUTION:** This email originated from outside of Crowe. Do not click links, open attachments or forward unless you recognize the sender and know the content is safe.

---

Hello Graham,

Thank you for getting back to me regarding the early approval application and an update on the liquidation process. I have no objection to your plans, good luck.

I assumed you were busy with the Tropical storm Grace, hoping it isn't too bad for you all. This hurricane season is way to active already….

Take care,

Mari

---

**From:** Robinson, Graham <Graham.Robinson@crowe.com>
**Date:** Monday, August 16, 2021 at 1:47 PM
**To:** Mari Matthews <maribmatthews@outlook.com>
**Subject:** RE: Court Supervision Application

Hi Mari

Please find attached the letter I have sent to Shareholders and creditors of Ascentra Holdings, Inc – In Voluntary Liquidation.

Sorry, for my misunderstanding as I believed that Marty had sent you the letter and discussed the background. I confirm that no other correspondence has been sent to shareholders and I will copy you directly on all future correspondence.

The Ascentra liquidation was always going to be moved to a Court Supervision liquidation; this letter is notifying all stakeholders that we intend to ask for the Court to approve the Supervision order prior to he hearing that has been scheduled for 28 September 2021.

The main reasons for this are:

1. Lack of co-operation from Yoshio;
2. Claims from Ryu that monies held by SPGK are not held for the benefit of Ascentra and ultimately the shareholders of Ascentra.

The Court liquidation gives the liquidator considerable more powers in investigating the affairs of the Company and its directors and issuing claims to recover funds and protect the assets for Ascentra.

Once the Court approved the Court Supervision of Ascentra we will provide a update to the shareholders.

But I can confirm:

9



2. Planet payment; the US company that collects all credit card payments holds US$70m;
3. As liquidator I hold US$10m;
4. US$8m is held with Global Fidelity bank here in Cayman unfortunately this bank is now in liquidation. Likely recoveries will be US$4-6m;
5. Total liabilities to pay commissions to affiliates and wind down the business is approximately US$110m; and
6. This should leave a surplus to shareholders of approximately US$50.

My aim as liquidator of Ascentra and IR-P is to ensure that all the shareholders receive their share of the surplus and not just Ryu or Yoshio through SPGK.

Hope the above helps. Happy to also jump on a call to discuss further.

Best

Graham

Graham F Robinson | Director - Insolvency
Crowe Cayman Ltd
94 Solaris Avenue, Camana Bay, Grand Cayman
PO Box 30851, KY1-1204, Cayman Islands
Office: +1 345 814 2428 | Cell: +1 345 936 8047
graham.robinson@crowe.com
www.crowe.com/ky





---

**From:** Mari Matthews <maribmatthews@outlook.com>
**Sent:** 16 August 2021 12:03
**To:** Martin Matthews <martinjmatthews@outlook.com>; Robinson, Graham <Graham.Robinson@crowe.com>
**Subject:** Re: Court Supervision Application

**CAUTION:** This email originated from outside of Crowe. Do not click links, open attachments or forward unless you recognize the sender and know the content is safe.

**Shannon McKinnon | Campbells**

| | |
|---|---|
| **From:** | Robinson, Graham |
| **Sent:** | Friday, September 10, 2021 5:29 PM |
| **To:** | Martin Matthews; Mari Matthews; jb.sdco@gmail.com; Alex Oliva; Ryan Kojima |
| **Cc:** | Kemp, Lawrence; Guy Cowan; Katie Logan | Campbells; Nienke Lillington | Campbells |
| **Subject:** | Ascentra Holdings, Inc - In Voluntary Liquidation (the 'Company') |
| **Attachments:** | Engagement time summary - Ascentra. as at 31 Aug 2021.pdf; Ascentra- Unanimous Written resolution with EL - 1 Jun 2021.pdf; Ascentra Holdings, Inc 12.08.2021.pdf |

**TO THE SHAREHOLDERS OF ASCENTRA HOLDINGS, INC**

I write further to my letter dated 12 August 2021 and my request seeking approval that the Court deals with the Supervision Application administratively, without the need for the hearing (which has been listed for 28th September 2021).

Over the course of the last several weeks, I have been engaged in lengthy correspondence with Shang Peng Gao Ke Inc SEZC (**'SPGK'**), via our respective attorneys.  SPGK (controlled by Ryu Yoshida) has asserted claims over hundreds of millions of dollars (the **"Disputed Funds"**) which are currently held in different accounts located in various jurisdictions around the world (including the USA and Singapore). Conversely, based on the documentation and information with which I, as voluntary liquidator (**'VL'**), have been provided to date, I consider that the Company has compelling, and competing, claims over some or all of the Disputed Funds, and that SPGK may in fact be a very significant debtor of the Company.

Approximately US$10.5 million of the Disputed Funds are currently held by me, some of the Disputed Funds are held by third parties (which the VL understands amount to approximately US$70m) and remainder of the Disputed Funds are under the control of SPGK and/or Mr Yoshida.

As a result of these disputes, SPGK notified the VL on 20 August 2021 that it objected to (a) the appointment of Ms Lin and I as JOLs of the Company; and (b) the Supervision Application being dealt with administratively (together, the **'Objection'**).

However, following several further rounds of correspondence, I subsequently received formal confirmation on 7 September 2021 that, although SPGK continued to reserve all of its rights in relation to the Disputed Funds (and generally), SPGK was formally withdrawing the Objection. Accordingly, whilst the various disputes with SPGK remain extant and will need to be resolved during the course of the Company's official liquidation, there are now no stakeholders or any other parties who have objected to the Supervision Application.

In light of SPGK withdrawing the Objection, we will shortly be writing inviting the Court to make a supervision order without the need for any hearing.

It is hoped that the Supervision Order will be granted by the Court next week.

Prior to the Supervision Order being granted, I set out below the voluntary liquidation costs incurred as at 31 August 2021.

The VL's fees are charged in accordance with the attached signed engagement letter dated 1 June 2021. Also attached are the detailed time narratives for the time costs incurred.

Below is a table setting out all costs relating to the voluntary liquidation.

| Service provider | Spent in USD | Comments |
|---|---|---|
| Crowe Cayman Ltd | 344,000 | Voluntary Liquidators time costs |
| Campbells – Cayman Counsel | 290,898 | Voluntary Liquidators Cayman Counsel |
| Alverez and Marsal | 200,000 | Estimated. Work relating to back up and preservation of all company data |
| Pillsbury – US Counsel | 21,755 | Work relating to Ever Innovation and Planet Payment |

| Company | Estimated cost to date | |
|---|---|---|
| JTC | 6,244 | Cayman Registered office costs |
| Crowe Singapore | 2,000 | Time and expenses re corporate records relating to Singapore entities |
| Translation services | 2,789 | Translation re Everskill invoices |
| | | |
| Total | 918,774 | |

**Please can you confirm by email that the voluntary liquidators fees, as at 31 August 2021, in the sum of US$344,000 and the expenses listed above are approved.**

Once the Supervision Application has been granted and the Official Liquidators appointed we will look to prepare a formal report to both the Shareholders and Cayman Court.

However, below is an estimated statement of assets and liabilities for the Ascentra Group. The table also shows the Disputed Funds held under the control of SPGK.

| Assets | As at appointment USD$ | As at Aug 31, 21 USD$ | Comments |
|---|---|---|---|
| Cash at Banks | 224,191,328 | 210,610,818 | All Bank accounts not yet fully reconc statements |
| Planet Payment | 70,000,000 | 70,000,000 | Estimated balance. Awaiting confirmation of balance |
| Held by the VL | - | 10,964,425 | Transfer from SPGK International |
| Other assets (IP, Goodwill, Deposits) | - | - | any value to be determined |
| Total Estimated Assets | 294,191,328 | 291,575,243 | |
| | | | |
| Liabilities | | | |
| Commissions | 102,000,000 | 102,000,000 | Max estimated commissions |
| Outstanding Operational Costs | - | 4,673,084 | Agreed to VL Cash Tracker |
| Contingent Costs | 15,894,683 | 15,894,683 | Relates to wind down bonuses (dispute other contingent claims |
| Liquidation Expenses | - | 918,774 | See Liquidation table |
| Total Estimated Liabilities | 117,894,683 | 123,576,541 | |
| | | | |
| **ESTIMATED SURPLUS** | **176,296,645** | **167,998,702** | |

Note: This is the estimated surplus to Ascentra shareholders only. Any successful claim by SPGK to the funds will seriously redu distribution to shareholders

Do not hesitate to contact me should you wish to discuss the above further.

I look forward to hearing from you as soon as possible.

Regards


Graham Robinson
Voluntary Liquidator

Graham Robinson, Director - Insolvency
Crowe Cayman Ltd
94 Solaris Avenue, Camana Bay, Grand Cayman
PO Box 30851, KY1-1204, Cayman Islands
Office: +1 345 814 2428 | Cell: +1 345 936 8047
graham.robinson@crowe.com
www.crowe.com/ky







**Ascentra Holdings, Inc.**

(the "**Company**")

---

**Unanimous Written Resolutions of the Shareholders of the Company**

---

We, the undersigned, hold 100% of the outstanding shares of the Company entitled to attend and vote at general meetings of the Company, and desire to exercise our rights as shareholders of the Company to take action by unanimous written resolution pursuant to article 118 of the Company's articles of association:

**IT IS HERBY RESOLVED THAT:**

1.  The Company be wound up voluntarily and THAT Graham F Robinson of Crowe Cayman Ltd, Grand Cayman, Cayman Islands be and is hereby appointed as voluntary liquidator ("**VL**") of the Company for the purposes of the winding up.

2.  The terms of engagement as set out in the letter of engagement dated 1 June 2021 attached as Annexure A, including the basis of the VL's remuneration as set out therein, be and are hereby approved.

3.  The VL may divide amongst the members in specie or in kind the whole or any part of the assets of the Company (whether they shall consist of the same kind or not) and may for such purpose set such value as he deems fair upon any property to be divided as aforesaid and may determine how such division shall be carried out as between members or different classes of members and THAT the VL may vest the whole or any part of such assets in trustees upon such trusts for the benefit of the contributories as the VL shall think fit but so that no member shall be compelled to accept any shares or other securities whereon there is any liability.

4.  The registered office of the Company be and is hereby instructed and authorised to deal with all and any filings required under Cayman Islands law in respect of the foregoing resolutions.

Resolutions 1 and 3 above shall take effect as special resolutions of the Company. Resolutions 2 and 4 above shall take effect as ordinary resolutions of the Company.

These written resolutions may be signed in any number of counterparts, all of which taken together constitute one and the same document, and the written resolutions are effective when the last signatory signs them.

*[remainder of page intentionally left blank]*

Certify that this is a true and correct copy of the copy of the unanimous written resolutions of the shareholders of Ascentra Holdings, Inc., provided to us.

*Campbells LLP*

Campbells LLP
Floor 4, Willow House, Cricket Square
Grand Cayman KY1-9010
Cayman Islands

14

Martin J Matthews
Duly Authorised Signatory
For and on behalf of
**International Media Holdings, LLC**
Date: June 1, 2021

_____

Graham Robinson
Acting in his capacity as voluntary liquidator only without personal liability
For and on behalf of
**IR-P Holdings, Inc. (in voluntary liquidation)**
Date: _____

_____

**Jeffrey Lee Boshears**
Date: _____

_____

**Ryosuke Kojima**
Date: _____

_____

Martin J Matthews
Duly Authorised Signatory
For and on behalf of
**International Media Holdings, LLC**
Date: _____

Graham Robinson
Acting in his capacity as voluntary liquidator only without personal liability
For and on behalf of
**IR-P Holdings, Inc. (in voluntary liquidation)**
Date: ___1st June 2021___

_____

**Jeffrey Lee Boshears**
Date: _____

_____

**Ryosuke Kojima**
Date: _____

2232063-2

_____

Martin J Matthews
Duly Authorised Signatory
For and on behalf of
**International Media Holdings, LLC**
Date: _____


_____

Graham Robinson
Acting in his capacity as voluntary liquidator only without personal liability
For and on behalf of
**IR-P Holdings, Inc. (in voluntary liquidation)**
Date: _____


_____

Jeffrey Lee Boshears
Date: _June 1, 2021_


_____

**Ryosuke Kojima**
Date: _____


2232063-2

_____

**Martin J Matthews**
Duly Authorised Signatory
For and on behalf of
**International Media Holdings, LLC**
Date: _____

_____

Graham Robinson
Acting in his capacity as voluntary liquidator only without personal liability
For and on behalf of
**IR-P Holdings, Inc. (in voluntary liquidation)**
Date: _____

_____

**Jeffrey Lee Boshears**
Date: _____

_____

**Ryosuke Kojima**
Date: _06_/_01_/_2021_

*Alex Oliva*
_____

**Alex Oliva**
Date: _____06/01/2021_____

_____

**Christopher Miner**
Date: _____

_____

**Alex Oliva**

Date: _____


_____

**Christopher Miner**

Date: _June 4, 2021_


2232063-2

**Annexure A – Engagement Letter**



Crowe Cayman Ltd.
Subsidiary of Crowe LLP (USA)

94 Solaris Avenue, Camana Bay
PO Box 30851
Grand Cayman, KY1-1204 Cayman Islands
Telephone   +1 345 814 2424
Fax         +1 345 814 2425
www.crowe.com

1 June 2021

<u>To the Shareholders (the 'Client')</u>

Ascentra Holdings, Inc.
C/O Bell Rock Group Financial Services Ltd
2454 Centennial Towers
Suite 205C
West Bay Road
Grand Cayman
KY1-9006
Cayman Islands

Dear Shareholders

**Ascentra Holdings, Inc. – Proposed Voluntary Liquidation (the "Company")**
**Cayman Islands Registration Number: 283719**

This letter confirms the arrangements for Crowe Cayman Ltd.  ("Crowe" or "us" or "we" or "our") to provide the services of voluntary liquidator ("VL"), as listed below, in connection with the voluntary liquidation of the Company on behalf of the Company's shareholders (collectively 'Client' 'you' or 'your').

The attached Crowe Engagement Terms is an integral part of this letter, and its terms are incorporated herein.

This service will be performed in accordance with the Cayman Islands Companies Act (2021 Revision), the Companies Winding Up Rules, 2018 and the Insolvency Practitioner's Regulations, 2018 (collectively 'the Cayman Islands Insolvency Laws'). The extent and sufficiency of the services and procedures to be performed will be determined with you and are solely the responsibility of the Client.

**SCOPE OF OUR SERVICES – VOLUNTARY LIQUIDATION**

In performing this engagement, we will rely on the information, material and explanations supplied by the Company, the Client and other professional advisors.

This engagement will involve the appointment of Graham Robinson of Crowe Cayman Ltd as voluntary liquidator ('VL') of the Company and thereafter carrying out all duties required as VL as specified in the Cayman Islands Insolvency Laws, including without limitation:

1.  Providing advice and assistance, where appropriate, with regards to the process of voluntary liquidation in the Cayman Islands.

2.  Assisting, where required, in the application for a supervision order placing the Company into Official Liquidation, made by the company's VL in accordance with section 124 of the Cayman Islands Insolvency Laws, if the directors fail to make and deliver their Declaration of Solvency within 28 days of the commencement of the liquidation;

1 of 10

3. Acting as voluntary liquidator ('VL') for the Company and carrying out all duties as specified in the Cayman Islands Insolvency Laws; and

4. Reviewing and approving all standard liquidation documents.

**STAFFING**

Graham Robinson will serve as VL on this assignment.  He will be assisted by other staff as and when required.

Our services and work product are intended for the benefit of the Client. Nothing in this Agreement, express or implied, is intended or will be construed to confer upon any person other than Crowe and Client any right, remedy or claim under or by reason of this Agreement. The working papers for this engagement are the property of Crowe and constitute confidential information.

Our engagement cannot be relied upon to disclose errors, fraud, or illegal acts that may exist, and we will not address legal or regulatory matters or abuses of management discretion, which are matters that should be discussed by you with your legal counsel. Crowe is not responsible for the accuracy and completeness of the information provided to Crowe for purposes of this engagement and for timely updating such information, and you agree that Crowe may rely on information provided to it in the course of this engagement without verification or independent investigation. Because of the importance of such information to our engagement, you agree to release Crowe and its personnel from any liability and costs relating to our services under this engagement attributable to the inaccuracy or incompleteness of information provided to us for purposes of this engagement.

**FEES**

Fees for the services described above, which are adjusted at least annually, are based on the amount of time expended by our personnel at hourly rates for this type of work plus reasonable expenses as incurred. Hourly billing rates for our professionals are currently as follows:

| | |
|---|---|
| Partner / Director (voluntary liquidator) | US$800 |
| Manager | US$550 |
| Senior Accountant | US$350 |

Our billings for services requested and out-of-pocket expenses incurred will be submitted to you monthly or more frequently as liquidation matters dictate and are due and payable on receipt. Our fees are not contingent for any reason.

We will present our invoices in summary fashion, supported by details of time and expense activity. Services will be suspended until payment is received on invoices not paid timely.

**MISCELLANEOUS**

For purposes of this Miscellaneous section, the Acceptance section below, and all of the Crowe Engagement Terms, "Client" will mean the entity(ies) defined in the first paragraph of this letter and will also include all related parents, subsidiaries, and affiliates of Client who may receive or claim reliance upon any Crowe deliverable.

This engagement letter agreement (the "Agreement") reflects the entire agreement between the parties relating to the services (or any reports, deliverables or other work product) covered by this Agreement. The engagement letter and any attachments (including without limitation the attached Crowe Engagement Terms) are to be construed as a single document, with the provisions of each section applicable throughout. This Agreement may not be amended or varied except by a written document signed by each party. It replaces and supersedes any other proposals, correspondence, agreements and understandings, whether written or oral, relating to the services covered by this letter, and each party agrees that in entering this Agreement, it has not relied on any oral or written representations, statements or other information not

2 of 10

contained in or incorporated into this Agreement. Any non-disclosure or other confidentiality agreement is replaced and superseded by this Agreement. Each party shall remain obligated to the other party under all provisions of this Agreement that expressly or by their nature extend beyond and survive the expiration or termination of this Agreement. If any provision (in whole or in part) of this Agreement is found unenforceable or invalid, this will not affect the remainder of the provision or any other provisions in this Agreement, all of which will continue in effect as if the stricken portion had not been included. This Agreement may be executed in two or more actual, scanned, emailed, or electronically copied counterparts, each and all of which together are one and the same instrument. Accurate transmitted copies (transmitted copies are reproduced documents that are sent via mail, delivery, scanning, email, photocopy, facsimile or other process) of the executed Agreement or signature pages only (whether handwritten or electronic signature), will be considered and accepted by each party as documents equivalent to original documents and will be deemed valid, binding and enforceable by and against all parties. This Agreement must be construed, governed, and interpreted under the laws of the Cayman Islands without regard for choice of law principles.

*       *       *       *       *

We are pleased to have this opportunity to serve you. If the terms of this letter and the attached Crowe Engagement Terms are acceptable to you, please sign below and return one copy of this letter at your earliest convenience. Please contact us with any questions or concerns.

**CROWE CAYMAN LTD.**

_____
Signature

Graham Robinson
_____
Printed Name

Director
_____
Title

1 June 2021
_____
Date

3 of 10

## ACCEPTANCE

Please review the terms of this engagement letter and confirm acceptance of its terms by signing below, or alternatively, please arrange for this engagement letter and its terms to be approved by ordinary resolution at a general meeting of the shareholders or by unanimous written resolution of the shareholders.

**Shareholder 1**

_____
Signature

_____
Printed Name

_____
Title

_____
Date

**Shareholder 2**

_____
Signature

_____
Printed Name

_____
Title

_____
Date

**Shareholder 3**

_____
Signature

_____
Printed Name

_____
Title

_____
Date

**Shareholder 4**

_____
Signature

_____
Printed Name

_____
Title

_____
Date

4 of 10

## ACCEPTANCE

Please review the terms of this engagement letter and confirm acceptance of its terms by signing below, or alternatively, please arrange for this engagement letter and its terms to be approved by ordinary resolution at a general meeting of the Shareholders or by unanimous written resolution of the shareholders.

**Shareholder 5**

_____
Signature

_____
Printed Name

_____
Title

_____
Date

**Shareholder 6**

_____
Signature

_____
Printed Name

_____
Title

_____
Date

5 of 10

### Crowe Engagement Terms

Crowe wants Client to understand the terms under which Crowe provides its services to Client and the basis under which Crowe determines its fees. These terms are part of the Agreement and apply to all services described in the Agreement as well as all other services provided to Client (collectively, the "Services"), unless and until a separate written agreement is executed by the parties for separate services. Any advice provided by Crowe is not intended to be, and is not, investment advice.

CLIENT'S ASSISTANCE – For Crowe to provide Services effectively and efficiently, Client agrees to provide Crowe timely with information requested and to make available to Crowe any personnel, systems, premises, records, or other information as reasonably requested by Crowe to perform the Services. Access to such personnel and information are key elements for Crowe's successful completion of Services and determination of fees. If for any reason this does not occur, a revised fee to reflect additional time or resources required by Crowe will be mutually agreed. Client agrees Crowe will have no responsibility for any delays related to a delay in providing such information to Crowe. Such information will be accurate and complete, and Client will inform Crowe of all significant tax, accounting and financial reporting matters of which Client is aware.

PROFESSIONAL STANDARDS – As a regulated professional services firm, Crowe must follow professional standards when applicable. Thus, if circumstances arise that, in Crowe's professional judgment, prevent it from completing the engagement, Crowe retains the right to take any course of action permitted by professional standards, including declining to express an opinion or issue other work product or terminating the engagement.

REPORTS – Any information, advice, recommendations or other content of any memoranda, reports, deliverables, work product, presentations, or other communications Crowe provides under this Agreement ("Reports"), other than Client's original information, are for Client's internal use only, consistent with the purpose of the Services. Client will not rely on any draft Report. Unless required by an audit or other attestation professional standard, Crowe will not be required to update any final Report for circumstances of which we become aware or events occurring after delivery.

CONFIDENTIALITY – Except as otherwise permitted by this Agreement or as agreed in writing, neither Crowe nor Client may disclose to third parties the contents of this Agreement or any information provided by or on behalf of the other that ought reasonably to be treated as confidential and/or proprietary. Client use of any Crowe work product will be limited to its stated purpose and to Client business use only. However, Client and Crowe each agree that either party may disclose such information to the extent that it: (i) is or becomes public other than through a breach of this Agreement, (ii) is subsequently received by the recipient from a third party who, to the recipient's knowledge, owes no obligation of confidentiality to the disclosing party with respect to that information, (iii) was known to the recipient at the time of disclosure or is thereafter created independently, (iv) is disclosed as necessary to enforce the recipient's rights under this Agreement, or (v) must be disclosed under applicable law, regulations, legal process or professional standards.

THIRD PARTY PROVIDER – Crowe may use a third-party provider in providing Services to Client, which may require Crowe to share Client confidential information with the provider. If Crowe uses a third-party provider, Crowe will enter into a confidentiality agreement with the provider to require the provider to protect the confidentiality of Client's confidential information, and Crowe will be responsible to Client for maintaining its confidentiality. The limitations on Client's remedies, vis-à-vis Crowe, in this Agreement will also apply to any subcontractors.

CLIENT-REQUIRED CLOUD USAGE – If Client requests that Crowe access files, documents or other information in a cloud-based or web-accessed hosting service or other third-party system accessed via the internet, including, without limitation iCloud, Dropbox, Google Docs, Google Drive, a data room hosted by a third-party, or a similar service or website (collectively, "Cloud Storage"), Client will confirm with any third-parties assisting with or hosting the Cloud Storage that either such third-party or Client (and not Crowe) is responsible for complying with all applicable laws relating to the Cloud Storage and any information contained in the Cloud Storage, providing Crowe access to the information in the Cloud Storage, and

6 of 10

27

protecting the information in the Cloud Storage from any unauthorized access, including without limitation unauthorized access to the information when in transit to or from the Cloud Storage. Client represents that it has authority to provide Crowe access to information in the Cloud Storage and that providing Crowe with such access complies with all applicable laws, regulations, and duties owed to third-parties.

DATA PROTECTION – If Crowe holds or uses Client information that can be linked to specific individuals who are Client's customers ("Personal Data"), Crowe will treat it as confidential as described above and comply with applicable US state and federal law and professional regulations (including, for financial institution clients, the objectives of the Interagency Guidelines Establishing Information Security Standards) in disclosing or using such information to carry out the Services. Crowe has implemented and will maintain physical, electronic and procedural safeguards reasonably designed to (i) protect the security, confidentiality and integrity of the Personal Data, (ii) prevent unauthorized access to or use of the Personal Data, and (iii) provide proper disposal of the Personal Data (collectively, the "Safeguards"). Client warrants (i) that it has the authority to provide the Personal Data to Crowe in connection with the Services, (ii) that Client has processed and provided the Personal Data to Crowe in accordance with applicable law, and (iii) will limit the Personal Data provided to Crowe to Personal Data necessary to perform the Services. To provide the Services, Client may also need to provide Crowe with access to Personal Data consisting of protected health information, financial account numbers, Social Security or other government-issued identification numbers, or other data that, if disclosed without authorization, would trigger notification requirements under applicable law ("Restricted Personal Data"). In the event Client provides Crowe access to Restricted Personal Data, Client will consult with Crowe on appropriate measures (consistent with legal requirements and professional standards applicable to Crowe) to protect the Restricted Personal Data, such as: deleting or masking unnecessary information before making it available to Crowe, using encryption when transferring it to Crowe, or providing it to Crowe only during on-site review on Client's site. Client will provide Crowe with Restricted Personal Data only in accordance with mutually agreed protective measures. Otherwise, Client and Crowe agree each may use unencrypted electronic media to correspond or transmit information and such use will not in itself constitute a breach of any confidentiality obligations under this Agreement.

GENERAL DATA PROTECTION REGULATION COMPLIANCE – If and to the extent that Client provides personal data to Crowe subject to the European Union General Data Protection Regulation ("GDPR"), then in addition to the requirements of the above Data Protection section, this section will apply to such personal data ("EU Personal Data"). The parties agree that for purposes of processing the EU Personal Data, (a) Client will be the "Data Controller" as defined by the GDPR, meaning the organization that determines the purposes and means of processing the EU Personal Data; (b) Crowe will be the "Data Processor" as defined by GDPR, meaning the organization that processes the EU Personal Data on behalf of and under the instructions of the Data Controller; or (c) the parties will be classified as otherwise designated by a supervisory authority with jurisdiction. Client and Crowe each agree to comply with the GDPR requirements applicable to its respective role. Crowe has implemented and will maintain technical and organizational security safeguards reasonably designed to protect the security, confidentiality and integrity of the EU Personal Data. Client represents it has secured all required rights and authority, including consents and notices, to provide such EU Personal Data to Crowe, including without limitation authority to transfer such EU Personal Data to the U.S. or other applicable Country or otherwise make the EU Personal Data available to Crowe, for the duration of and purpose of Crowe providing the Services. The types of EU Personal Data to be processed include name, contact information, title, and other EU Personal Data that is transferred to Crowe in connection with the Services. The EU Personal Data relates to the data subject categories of individuals connected to Client, Client customers, Client vendors, and Client affiliates or subsidiaries ("Data Subjects"). Crowe will process the EU Personal Data for the following purpose: (x) to provide the Services in accordance with this Agreement, (y) to comply with other documented reasonable instructions provided by Client, and (z) to comply with applicable law. In the event of a Crowe breach incident in connection with EU Personal Data in the custody or control of Crowe, Crowe will promptly notify Client upon knowledge that a breach incident has occurred. Client has instructed Crowe not to contact any Data Subjects directly, unless required by applicable law. In the event that a supervisory authority with jurisdiction makes the determination that Crowe is a data controller, Client will reasonably cooperate with Crowe to enable Crowe to comply with its obligations under GDPR. Crowe will reasonably cooperate with Client in responding to or addressing any request from a data subject, a supervisory authority with jurisdiction, or the Client, to the extent necessary to enable Client to comply with its obligations under GDPR as the Data Controller. Client will promptly reimburse Crowe for any out-of-pocket expenses and professional time at Crowe's then-current hourly rates. Client will provide prompt written notice to Crowe (with sufficient detailed instructions)

7 of 10

28

of any data subject request or other act that is required to be performed by Crowe as the Data Processor on behalf of Client as the Data Controller. Crowe shall promptly delete or procure the deletion of any EU Personal Data after the cessation of any Services involving the processing of Client's EU Personal Data. Notwithstanding the forgoing, Crowe may retain a copy of the EU Personal Data as permitted by applicable law or professional standards, provided that such EU Personal Data remain subject to the terms of this Agreement.

INTELLECTUAL PROPERTY - Any Deliverables, Works, Inventions, working papers, or other work product conceived, made or created by Crowe in rendering the Services under this Agreement ("Work Product"), and all intellectual property rights in such Work Product will be owned exclusively by Crowe. Further, Crowe will retain exclusive ownership or control of all intellectual property rights in any ideas, concepts, methodologies, data, software, designs, utilities, tools, models, techniques, systems, Reports, or other know-how that it develops, owns or licenses in connection with this Agreement ("Materials"). The foregoing ownership will be without any duty of accounting.

DATA USAGE AND AGGREGATIONS - Client hereby acknowledges and agrees that Crowe may, in its discretion, use any Client information or data provided to Crowe to improve Crowe services and Materials, including without limitation developing new Crowe services and software or other products. Client also agrees that Crowe may, in its discretion, aggregate Client content and data with content and data from other clients, other sources, or third parties ("Data Aggregations") for purposes including, without limitation, product and service development, commercialization, industry benchmarking, or quality improvement initiatives. Prior to, and as a precondition for, disclosing Data Aggregations to other Crowe customers or prospects, Crowe will anonymize any Client data or information in a manner sufficient to prevent such other customer or prospect from identifying Client or individuals who are Client customers. All Data Aggregations will be the sole and exclusive property of Crowe.

SAGEWORKS BENCHMARKING – Client agrees that Crowe may from time to time provide Client's confidential accounting and / or financial data to a third party, Sageworks, Inc., for research or benchmarking purposes. Client's agreement in the prior sentence is based on Crowe's agreement to maintain such information as confidential and not to identify Client in any benchmarking reports. The information disclosed will include Client's six digit North American Industry Classification System (commonly referred to as the "NAICS" code) and certain balance sheet and income statement category totals required to generate the following financial metrics and ratios: current ratio, quick ratio, average days in inventory, average days in accounts receivable, average days in account payable, debt-to-equity ratio, debt service coverage, return on equity, return on assets, gross margin, net profit before taxes, and earnings before interest, taxes, depreciation and amortization ("EBITDA"), and number of full time employees (or their equivalent) for average revenue and return on assets per employee.

LEGAL AND REGULATORY CHANGE – Crowe may periodically communicate to Client changes in laws, rules or regulations. However, Client has not engaged Crowe, and Crowe does not undertake an obligation, to advise Client of changes in (a) laws, rules, regulations, industry or market conditions, or (b) Client's own business practices or other circumstances (except to the extent required by professional standards). The scope of Services and the fees for Services are based on current laws and regulations. If changes in laws or regulations change Client's requirements or the scope of the Services, Crowe's fees will be modified to a mutually agreed amount to reflect the changed level of Crowe's effort.

PUBLICATION – Client agrees to obtain Crowe's specific permission before using any Report or Crowe work product or Crowe's firm's name in a published document, and Client agrees to submit to Crowe copies of such documents to obtain Crowe's permission before they are filed or published.

CLIENT REFERENCE – From time to time Crowe is requested by prospective clients to provide references for Crowe service offerings. Client agrees that Crowe may use Client's name and generally describe the nature of Crowe's engagement(s) with Client in marketing to prospects, and Crowe may also provide prospects with contact information for Client personnel familiar with Crowe's Services.

NO PUNITIVE OR CONSEQUENTIAL DAMAGES – Any liability of Crowe will not include any consequential, special, incidental, indirect, punitive, or exemplary damages or loss, nor any lost profits, goodwill, savings, or business opportunity, even if Crowe had reason to know of the possibility of such damages.

8 of 10

LIMIT OF LIABILITY – Except where it is judicially determined that Crowe performed its Services with gross negligence or willful misconduct, Crowe's liability will not exceed three times (3x) the fees paid by Client to Crowe for the portion of the work giving rise to liability. A claim for actual damages of up to three times (3x) the fees paid is the exclusive remedy for any damages. This limit of liability will apply to the full extent allowed by law, regardless of the grounds or nature of any claim asserted, including, without limitation, to claims based on principles of contract, negligence or other tort, fiduciary duty, warranty, indemnity, statute or common law. This limit of liability will also apply after this Agreement.

INDEMNIFICATION FOR THIRD-PARTY CLAIMS – In the event of a legal proceeding or other claim brought against Crowe by a third party, except where it is judicially determined that Crowe performed Services with gross negligence or willful misconduct, Client agrees to indemnify and hold harmless Crowe and its personnel against all costs, fees, expenses, damages and liabilities, including attorney fees and any other fees or defense costs, associated with such third-party claim, relating to or arising from any Services performed or work product provided by Crowe that Client uses or discloses to others or this engagement generally. This indemnification is intended to apply to the full extent allowed by law, regardless of the grounds or nature of any claim, liability, or damages asserted, including, without limitation, to claims, liability or damages based on principles of contract, negligence or other tort, fiduciary duty, warranty, indemnity, statute or common law. This indemnification will also apply after termination of this Agreement.

NO TRANSFER OR ASSIGNMENT OF CLAIMS – No claim against Crowe, or any recovery from or against Crowe, may be sold, assigned or otherwise transferred, in whole or in part.

TIME LIMIT ON CLAIMS – In no event will any action against Crowe, arising from or relating to this engagement letter or the Services provided by Crowe relating to this engagement, be brought after the earlier of 1) two (2) years after the date on which occurred the act or omission alleged to have been the cause of the injury alleged; or 2) the expiration of the applicable statute of limitations or repose.

RESPONSE TO LEGAL PROCESS – If Crowe is requested by subpoena, request for information, or through some other legal process to produce documents or testimony pertaining to Client or Crowe's Services, and Crowe is not named as a party in the applicable proceeding, then Client will reimburse Crowe for its professional time, plus out-of-pocket expenses, as well as reasonable attorney fees, Crowe incurs in responding to such request.

MEDIATION – If a dispute arises, in whole or in part, out of or related to this engagement, or after the date of this agreement, between Client or any of Client's affiliates or principals and Crowe, and if the dispute cannot be settled through negotiation, Client and Crowe agree first to try, in good faith, to settle the dispute by mediation before resorting to litigation or any other dispute-resolution procedure. The results of mediation will be binding only upon agreement of each party to be bound. Costs of any mediation will be shared equally by both parties. Mediation is a condition precedent to instituting any other legal action by one party against another.

JURY TRIAL WAIVER – FOR ALL DISPUTES RELATING TO OR ARISING BETWEEN THE PARTIES, THE PARTIES AGREE TO WAIVE A TRIAL BY JURY TO FACILITATE JUDICIAL RESOLUTION AND TO SAVE TIME AND EXPENSE. EACH PARTY AGREES IT HAS HAD THE OPPORTUNITY TO HAVE ITS LEGAL COUNSEL REVIEW THIS WAIVER. THIS WAIVER IS IRREVOCABLE, MAY NOT BE MODIFIED EITHER ORALLY OR IN WRITING, AND APPLIES TO ANY SUBSEQUENT AMENDMENTS, RENEWALS, OR MODIFICATIONS TO THIS AGREEMENT. IN THE EVENT OF LITIGATION, THIS AGREEMENT MAY BE FILED AS WRITTEN CONSENT TO A BENCH TRIAL WITHOUT A JURY.

NON-SOLICITATION – Each party acknowledges that it has invested substantially in recruiting, training and developing the personnel who render services with respect to the material aspects of the engagement ("Key Personnel"). The parties acknowledge that Key Personnel have knowledge of trade secrets or confidential information of their employers that may be of substantial benefit to the other party. The parties acknowledge that each business would be materially harmed if the other party was able to directly employ Key Personnel. Therefore, the parties agree that during the period of this Agreement and for one (1) year after its expiration or termination, neither party will solicit Key Personnel of the other party for employment or hire the Key Personnel of the other party without that party's written consent unless hiring or engaging

9 of 10

party pays to the other party a fee equal to the hired or engaged Key Personnel's compensation for the prior twelve-month period with the other party.

CROWE GLOBAL NETWORK – Crowe LLP and its subsidiaries are independent members of Crowe Global, a Swiss organization. "Crowe" is the brand used by the Crowe Global network and its member firms, but it is not a worldwide partnership. Crowe Global and each of its members are separate and independent legal entities and do not obligate each other. Crowe LLP and its subsidiaries are not responsible or liable for any acts or omissions of Crowe Global or any other Crowe Global members, and Crowe LLP and its subsidiaries specifically disclaim any and all responsibility or liability for acts or omissions of Crowe Global or any other Crowe Global member. Crowe Global does not render any professional services and does not have an ownership or partnership interest in Crowe LLP or any other member. Crowe Global and its other members are not responsible or liable for any acts or omissions of Crowe LLP and its subsidiaries and specifically disclaim any and all responsibility or liability for acts or omissions of Crowe LLP and its subsidiaries. Visit www.crowe.com/disclosure for more information about Crowe LLP, its subsidiaries, and Crowe Global.

10 of 10

**CROWE CAYMAN LIMITED**

Ascentra Holding Inc

Combined Time summary by grade, by category for the Voluntary Liquidation period from
1 June 2021 - 31 August 2021

| S.No | Work Category | Official Liquidator (Lead) and any Partner | | Official Liquidator (Joint) and any Partner | | Senior Manager | | Manager or Assistant Manager | | Senior or Senior Accountant | | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Hours | Total $ | Hours | Total $ | Hours | Total $ | Hours | Total $ | Hours | Total $ | Hours | Total $ |
| 1 | 0500-LS - Pre Appointment | 8.90 | 7,120.00 | - | - | 2.50 | - | - | - | - | - | 11.40 | 7,120.00 |
| 2 | 0501-LS - General Admin | 1.30 | 1,040.00 | - | - | 11.70 | 6,435.00 | 36.50 | 18,250.00 | 0.80 | 280.00 | 50.30 | 26,005.00 |
| 3 | 0502-LS - Court Statutory | 23.80 | 18,640.00 | - | - | 17.30 | 9,515.00 | - | - | 1.60 | 560.00 | 42.70 | 28,715.00 |
| 4 | 0503-LS - Accounting / Banking | 0.70 | 560.00 | 0.60 | 420.00 | 1.90 | 1,045.00 | 27.40 | 13,700.00 | - | - | 30.60 | 15,725.00 |
| 5 | 0504-LS - Liquidators Reports | - | - | - | - | - | - | 4.00 | 2,000.00 | - | - | 4.00 | 2,000.00 |
| 6 | 0505-LS - Liquidation Committee | - | - | - | - | - | - | - | - | - | - | - | - |
| 7 | 0506-LS - Creditors | - | - | - | - | 2.00 | 1,100.00 | 24.30 | 12,150.00 | - | - | 26.30 | 13,250.00 |
| 8 | 0507-LS - Shareholders | 0.80 | 640.00 | - | - | - | - | 8.80 | 4,400.00 | - | - | 9.60 | 5,040.00 |
| 9 | 0508-LS - Assets | 68.80 | 55,040.00 | - | - | 10.40 | 5,720.00 | 12.10 | 6,050.00 | 1.60 | 560.00 | 92.90 | 67,370.00 |
| 10 | 0509-LS - Investigations | - | - | - | - | - | - | - | - | - | - | - | - |
| 11 | 0510-LS - Trading Operations | 138.30 | 109,200.00 | - | - | 126.50 | 69,575.00 | - | - | - | - | 264.80 | 178,775.00 |
| | | 242.60 | 192,240.00 | 0.60 | 420.00 | 172.30 | 93,390.00 | 113.10 | 56,550.00 | 4.00 | 1,400.00 | 532.60 | 344,000.00 |

CLIENT:      Ascentra Holdings, Inc
TIME CODE :  859518.001
PERIOD:      31 May 2021 - 31 August 2021

| TIMEKEEPER | TITLE | DATE | NARRATIVE | WORK PHASE | TIME | RATE US$ | VALUE US$ |
|---|---|---|---|---|---|---|---|
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 31-May-21 | emails to/ from Campbells re draft liquidation resolutions. Discussions with GC re strategy and next steps | 0500-LS - Pre Appointment | 1.90 | 800 | 1,520.00 |
| Robinson, Graham | Senior Manager | 1-Jun-21 | Internal set up of client - NO CHARGE | 0500-LS - Pre Appointment | 2.50 | 550 | 0.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 1-Jun-21 | Emails and call with crowe Singapore entities and potential joint appointment as liquidator. Review CS | 0500-LS - Pre Appointment | 2.70 | 800 | 2,160.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 1-Jun-21 | emails to / from Campbells re resolutions, engagement letter and consent to act. Draft , review and finalise documents for signing. Review emails from Harneys re approval of documents | 0500-LS - Pre Appointment | 3.70 | 800 | 2,960.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 1-Jun-21 | Call with shareholders re operations for the group and bank accounts | 0500-LS - Pre Appointment | 0.60 | 800 | 480.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 2-Jun-21 | Discussions and emails to/from campbells re operations / trading /bank accounts of Ascentra | 0510-LS - Trading Operations | 0.80 | 800 | 640.00 |
| Robinson, Graham | Senior Manager | 2-Jun-21 | emails with FCIB and complete forms for new abnk account | 0503-LS - Accounting / Banking | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 2-Jun-21 | emails to / from campbells re the liquidation filings at ROC. Prepare Liquidation notice and distribute. | 0502-LS - Court Statutory | 0.80 | 550 | 440.00 |
| Robinson, Graham | Senior Manager | 2-Jun-21 | emails to/from Bell Rock and hermes re the RO for the Company, the delivery up of the stat documents. Emails re the dispute of who is RO and who holds the records | 0502-LS - Court Statutory | 1.60 | 550 | 880.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 2-Jun-21 | emails to/from and call with BFM re potential bank account. Call with Campbells to discuss bank account and client TS holding funds in the US. Emails with Global Fidelity to freeze the bank account | 0502-LS - Court Statutory | 0.90 | 800 | 720.00 |
| Robinson, Graham | Senior Manager | 2-Jun-21 | Draft a letter to send to all Class A Cayman banks re potential bank accounts. Send to Campbells for comment | 0502-LS - Court Statutory | 1.40 | 550 | 770.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 3-Jun-21 | draft and send action plan / strategy to guy for comment re bank accounts, trading, books & records. Emails to/from  and calls | 0508-LS - Assets | 2.60 | 800 | 2,080.00 |
| Robinson, Graham | Senior Manager | 3-Jun-21 | chasing emails to the RO offices re delivery up of stautory documents. Arrange for change of RO to JTC. Discussions with MH and provide KYC docs. Emails and discussions with Campbells re filings | 0508-LS - Assets | 1.40 | 550 | 770.00 |
| Robinson, Graham | Senior Manager | 3-Jun-21 | emails to/from with GF Bank re the account and the documents submitted re our appointment | 0508-LS - Assets | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior or Senior Accountant | 4-Jun-21 | draft and prepare Gazette notices and letters | 0502-LS - Court Statutory | 0.70 | 350 | 245.00 |
| Robinson, Graham | Manager or Assistant Manager | 4-Jun-21 | Draft letters and notices to be sent to Class A banks.Copy to Campbells | 0502-LS - Court Statutory | 1.70 | 500 | 850.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 4-Jun-21 | review email from Harneys re IT systems (EI). Draft and send email re my appointment and request they protect all systems and data. Review and consider email received from EI attorney. Send and discuss with Campbells. | 0508-LS - Assets | 1.90 | 800 | 1,520.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 4-Jun-21 | chasing emails and call with GF Bank re the bank account and the transfer of funds | 0508-LS - Assets | 0.80 | 800 | 640.00 |
| Robinson, Graham | Senior Manager | 4-Jun-21 | draft and send email to controller based in HK office re bank accounts payments etc. Emails to/from Campbells | 0508-LS - Assets | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 4-Jun-21 | review all stat records sent by Bell rock via email. Emails to/from Campbells | 0502-LS - Court Statutory | 1.30 | 550 | 715.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 4-Jun-21 | call with ST of A&M re potential appointment to assist with electronic data protection and storage | 0508-LS - Assets | 0.40 | 800 | 320.00 |
| Robinson, Graham | Senior Manager | 7-Jun-21 | email to Crowe singapore re Singapore subsidaries. Review Company searches and accounts provided | 0508-LS - Assets | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 7-Jun-21 | finalise letters and notices to be sent to Class A banks. Arrange signature and delivery. Emails to banks | 0502-LS - Court Statutory | 1.70 | 550 | 935.00 |
| Robinson, Graham | Senior Manager | 7-Jun-21 | emails to/from FC in HK re schedule of accting information | 0508-LS - Assets | 0.40 | 550 | 220.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 7-Jun-21 | emails to /from AF re EI and payments and IT systems. Discuss with Campbells and shareholder. CC with AF and GC to discuss ongoing issues and future trading for the group | 0508-LS - Assets | 1.80 | 800 | 1,440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 7-Jun-21 | review and sign Campbells EL - NO CHARGE | 0502-LS - Court Statutory | 0.50 | 800 | 0.00 |
| Robinson, Graham | Senior Manager | 7-Jun-21 | draft email re DOS to be sent to Gary smith and his client YM. Emails to/from Campbells. Discuss DoS with Campbells | 0502-LS - Court Statutory | 0.70 | 550 | 385.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 7-Jun-21 | review and amend letters to Loeb Smith and Harneys re completion of the DoS and the provision of all accounting information. Provide schedule of acting information | 0502-LS - Court Statutory | 1.60 | 800 | 1,280.00 |
| Robinson, Graham | Senior or Senior Accountant | 7-Jun-21 | email all stat docs to JTC re change of RO | 0502-LS - Court Statutory | 0.30 | 350 | 105.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 8-Jun-21 | emails and calls with Campbells. Review and comment and approve letters re the DOS, letter to TS re money in the US, letter to GF Bank. Discuss deed of release relating to previous business relationship with TS and Ascentra. Call and emails with IL of Broadhurst re providing VL with independent advice. Review copy of deed and make comment | 0508-LS - Assets | 2.70 | 800 | 2,160.00 |
| Robinson, Graham | Senior Manager | 8-Jun-21 | complete JTC documents for transfer of RO | 0502-LS - Court Statutory | 1.00 | 550 | 550.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 8-Jun-21 | review Draft EL from A&M re electronic data protection. Email to Campbells | 0508-LS - Assets | 0.60 | 800 | 480.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 8-Jun-21 | consider and draft a strategy document to present to the shareholders / directors re ongoing matters in the short and mid term. Including control of bank accounts, ongoing trading payments, sale of business, IP rights, sub companies. Accounts in Taiwan and Singapore. Discussions with Campbells | 0508-LS - Assets | 2.00 | 800 | 1,600.00 |
| Robinson, Graham | Senior Manager | 8-Jun-21 | chasing emails to HK controller and AF re schedule of payments | 0502-LS - Court Statutory | 0.40 | 550 | 220.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 9-Jun-21 | review and discuss with Campbells GS (YM attorney) response to Campbells letter re acct info and DoS. Discuss with GC and also review email from GS re client unwilling to complete a DoS | 0502-LS - Court Statutory | 0.80 | 800 | 640.00 |
| Robinson, Graham | Senior or Senior Accountant | 9-Jun-21 | Gazette notices | 0502-LS - Court Statutory | 0.60 | 350 | 210.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 9-Jun-21 | review financial documents recived from re bank accounts / and payables. Circula... ...ct...s w... | 0508-LS - Assets | 1.30 | 800 | 1,040.00 |

| CLIENT: | Ascentra Holdings, Inc |
| TIME CODE : | 859518.001 |
| PERIOD: | 31 May 2021 - 31 August 2021 |

| Robinson, Graham | Official Liquidator (Lead) and any Partner | 9-Jun-21 | call with IL re advice on the deed. Emails to/from Campbells and IL. Call with GC re monies held. Review and consider Asset purchase agreement | 0508-LS - Assets | 0.90 | 800 | 720.00 |
|---|---|---|---|---|---|---|---|
| Robinson, Graham | Senior Manager | 9-Jun-21 | finalise strategy doc and send to Campbells | 0502-LS - Court Statutory | 0.40 | 550 | 220.00 |
| Robinson, Graham | Senior Manager | 9-Jun-21 | review emails from campbells / GF re closing the bank account | 0508-LS - Assets | 0.30 | 550 | 165.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 9-Jun-21 | preparation and attendence on group call with Harneys, campbells, MM and RY. Discuss liquidation and ongoing operational requirement. Discuss commission payments due | 0508-LS - Assets | 2.20 | 800 | 1,760.00 |
| Robinson, Graham | Senior Manager | 10-Jun-21 | emails to/from WL re ongoing payments and admin issues | 0510-LS - Trading Operations | 0.70 | 550 | 385.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 10-Jun-21 | numerous calls and emails with GC re GF bank account and the transfer of the cash. Review email to be sent by GC to GF Bank | 0508-LS - Assets | 0.80 | 800 | 640.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 10-Jun-21 | draft and send email to GC re ongoing issues and issues to discuss with Ryu / Harneys. Call to discuss | 0508-LS - Assets | 0.70 | 800 | 560.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 10-Jun-21 | review and comment on email from Harneys re DoS, HEC bank account and signatories and other matters. Discuss response with GC and approve response | 0502-LS - Court Statutory | 0.60 | 800 | 480.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 10-Jun-21 | discuss and approve a reponse to LS re conduct of his client and delivery up of financial information | 0508-LS - Assets | 0.60 | 800 | 480.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 10-Jun-21 | emails to /from Campbells & WL and MM and RY re commission payments due. Discussions with GC re meeting with TS parties and reaching an agreement re assisting the VL on calculating the commission payments due. | 0508-LS - Assets | 1.60 | 800 | 1,280.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 11-Jun-21 | draft and send email to Harneys re update on commissions and TS and also electronic data | 0508-LS - Assets | 0.60 | 800 | 480.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 11-Jun-21 | review, comment on approve letter to GF Bank re potential W/up petition. Discussions with GC | 0502-LS - Court Statutory | 0.90 | 800 | 720.00 |
| Robinson, Graham | Senior Manager | 11-Jun-21 | review dec 2020 group cash position. Review email response from Harneys re SPGK, HEC bank account signatories and financial info collection. | 0508-LS - Assets | 0.90 | 550 | 495.00 |
| Robinson, Graham | Senior Manager | 11-Jun-21 | review and assess payments schedule prepared by WL. Update schedule with questions and draft response | 0510-LS - Trading Operations | 2.50 | 550 | 1,375.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 14-Jun-21 | review and consider email from MM re accounts , cash and commissions | 0510-LS - Trading Operations | 0.80 | 800 | 640.00 |
| Robinson, Graham | Senior Manager | 14-Jun-21 | emails to/from WL re ongoing payment and operational issues. Review urgent payable schedule, create new schedule and email group | 0510-LS - Trading Operations | 2.40 | 550 | 1,320.00 |
| Robinson, Graham | Senior Manager | 14-Jun-21 | review ongoing matters / issues, update folders and liquidation files. Review strategy and ongoing issues to be completed this week | 0501-LS - General Admin | 2.00 | 550 | 1,100.00 |
| Maynard, Neil | Official Liquidator (Joint) and any Partner | 14-Jun-21 | review and discuss with GR the unaudited accounts for 2018/2019 | 0503-LS - Accounting / Banking | 0.60 | 700 | 420.00 |
| Robinson, Graham | Senior Manager | 15-Jun-21 | emails to/from RY re staff emails, payables, bank accounts and Taiwan. | 0508-LS - Assets | 0.70 | 800 | 560.00 |
| Robinson, Graham | Senior Manager | 15-Jun-21 | emails to/from Crowe Taiwan re dealing with CPA and stat records for Taiwan sub. Emails to RY | 0508-LS - Assets | 0.30 | 550 | 165.00 |
| Robinson, Graham | Manager or Assistant Manager | 15-Jun-21 | review and consider second payable schedule prepared by WL. Consider email from MM re change in rates and uplift charges to be reviewed | 0508-LS - Assets | 1.30 | 500 | 650.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 15-Jun-21 | Call with TS / DM / GC and KL to discuss bank arrangements and commission calculationfor the group. | 0502-LS - Court Statutory | 1.30 | 800 | 1,040.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 15-Jun-21 | discussion and emails with IL re advice relating to the Deed of release entered in to by the Company with TS | 0508-LS - Assets | 0.40 | 800 | 320.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 15-Jun-21 | emails and discussions with cambells re the liquidation notice for Global Fidelity. Discuss options available to protect our position. Call with FFP. Draft and review letter to CIMA. Emails to/from campbells re letter to CIMA and issues re liquidity | 0508-LS - Assets | 1.60 | 800 | 1,280.00 |
| Robinson, Graham | Senior Manager | 15-Jun-21 | Arrange signature re A&M letter. Setting up call to disuss ED | 0508-LS - Assets | 0.40 | 550 | 220.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 15-Jun-21 | review commission breakdown prepared by WL. Emails with campbells | 0508-LS - Assets | 0.80 | 800 | 640.00 |
| Robinson, Graham | Senior Manager | 15-Jun-21 | draft and send email to staff re dealing with management and any information requests | 0501-LS - General Admin | 0.60 | 550 | 330.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 16-Jun-21 | meeting with Broadhurst to discuss Deed of release. Review documents. Emails to/from campbells | 0508-LS - Assets | 1.80 | 800 | 1,440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 16-Jun-21 | review electronic data questionnaire prepared by A&M to send to Ever innovation. Send to AF re call | 0503-LS - Accounting / Banking | 0.70 | 800 | 560.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 16-Jun-21 | emails to/from Campbells re Global fidelity and letter to CIMA | 0508-LS - Assets | 0.80 | 800 | 640.00 |
| Robinson, Graham | Senior Manager | 16-Jun-21 | Emails to / from RY re operational issues | 0510-LS - Trading Operations | 0.40 | 550 | 220.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 16-Jun-21 | consider email from MM re ongoing operational issues and commission payments. Draft and send response. Emails to Campbells | 0510-LS - Trading Operations | 1.40 | 800 | 1,120.00 |
| Robinson, Graham | Senior Manager | 16-Jun-21 | meeting with JTC re RO transfers and completion of documents | 0502-LS - Court Statutory | 0.50 | 550 | 275.00 |
| Robinson, Graham | Senior Manager | 16-Jun-21 | set up call with Ever innovation and A&M | 0503-LS - Accounting / Banking | 0.30 | 550 | 165.00 |
| Robinson, Graham | Senior Manager | 16-Jun-21 | draft and send emails to suppliers re outstanding invoices. Emails to/from Campbells and MM and Luke | 0510-LS - Trading Operations | 0.40 | 550 | 220.00 |
| Robinson, Graham | Senior Manager | 17-Jun-21 | emails to from Luke and Campbells re electronic data and the software re Exigo and Navision. Chat with ST | 0510-LS - Trading Operations | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 17-Jun-21 | review and consider email from MM and WL re % for commissions | 0510-LS - Trading Operations | 0.30 | 550 | 165.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 17-Jun-21 | emails to/from Campbells re payable schedule and total balance due including commissions. Discuss re contacting Harneys relating to SPGK cash position.Call with Harneys and Campbells. | 0510-LS - Trading Operations | 1.30 | 800 | 1,040.00 |
| Robinson, Graham | Senior Manager | 17-Jun-21 | Operations: emails to/from WL and Luke.  Update payments schedule and circulate | 0510-LS - Trading Operations | 2.30 | 550 | 1,265.00 |
| Robinson, Graham | Senior Manager | 17-Jun-21 | Prepare short term / medium term action plan. Circulate to Campbells | 0510-LS - Trading Operations | 1.50 | 550 | 825.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 17-Jun-21 | prep and attend call with Ever Innovation and A&M. Draft and send email re no access for Directors etc. Discuss questions with A&M pre call | 0510-LS - Trading Operations | 1.40 | 800 | 1,120.00 |
| | or Senior Accountant | 18-Jun-21 | complete and fin... ...account. Emails to/ from FCIB | 0508-LS - Assets | 1.60 | 350 | 560... |
| Robinson, Graham | Senior Manager | 18-Jun-21 | Operations: emails to/from WL and Luke.  Update payments schedule. Emails to Campbells re financial statements | 0508-LS - Assets | 1.70 | 550 | 935.00 |

**CLIENT:** Ascentra Holdings, Inc
**TIME CODE :** 859518.001
**PERIOD:** 31 May 2021 - 31 August 2021

| Name | Role | Date | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 18-Jun-21 | Discussions with ST re copy data and emails to Ever Innovation. Call with AF re changes to service agreement and termination payments. Emails to from Campbells | 0508-LS - Assets | 0.70 | 800 | 560.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 18-Jun-21 | review draft consultancy agreement for TS. Emails to/from campbells | 0508-LS - Assets | 0.80 | 800 | 640.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 18-Jun-21 | undertake initial review of AF letter re termination payments and change to service agreement. Emails to/from Campbells | 0508-LS - Assets | 1.00 | 800 | 800.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 19-Jun-21 | review and consider letter and attachmenta fromHarneys re SPGK cash position and financials. Discuss with Campbells. Consider a reponse. Compare bank account information to account schedule provided to me by Company | 0508-LS - Assets | 1.40 | 800 | 1,120.00 |
| Robinson, Graham | Senior Manager | 20-Jun-21 | review company searched provided by Crowe Taiwan. Update database | 0501-LS - General Admin | 0.40 | 550 | 220.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 20-Jun-21 | emails to/from Campbells re draft consultancy agreement fro TS. Review agreement and make comment. Discussions re insurance policy | 0510-LS - Trading Operations | 1.40 | 800 | 1,120.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 20-Jun-21 | review and consider Broadhurst advice to Deed of Mutal release | 0510-LS - Trading Operations | 1.30 | 800 | 1,040.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 21-Jun-21 | GLOBAL FIDELITY. Review court documents filed by FFP re supervision application | 0508-LS - Assets | 1.60 | 800 | 1,280.00 |
| Robinson, Graham | Manager or Assistant Manager | 21-Jun-21 | OPERATIONS: emails to/from WL. Upload supplier invoices and review re payment analysis for past 12 months. Consider answers from WL re email re questions on payables. Review and approve payments | 0508-LS - Assets | 3.70 | 500 | 1,850.00 |
| Robinson, Graham | Senior Manager | 21-Jun-21 | TS agreement. Discussions re insurance policy requirements | 0510-LS - Trading Operations | 0.60 | 550 | 330.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 21-Jun-21 | Emails to Campbells re SPGK bank accounts and the DBS account shown on spreadsheet | 0508-LS - Assets | 0.40 | 800 | 320.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 21-Jun-21 | Progress call with Campbells and MM | 0510-LS - Trading Operations | 0.40 | 800 | 320.00 |
| Robinson, Graham | Senior Manager | 22-Jun-21 | emails to/from WL and management re Amex cards and approval of payments. Email to AF. Approve draft Campbells email to GS re Matsuura card use | 0510-LS - Trading Operations | 1.90 | 550 | 1,045.00 |
| Robinson, Graham | Senior Manager | 22-Jun-21 | OPERATIONS: Emails to /from the group re approval of payments | 0510-LS - Trading Operations | 1.20 | 550 | 660.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 22-Jun-21 | review and finalise consultancy agreement with Campbells and TS. Review email from DM re hold back monies. Emails to/from Campbells | 0510-LS - Trading Operations | 2.20 | 800 | 1,760.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 22-Jun-21 | Review draft affidavit for Ivy Chau of Crowe HK re Supervision application | 0502-LS - Court Statutory | 0.40 | 800 | 320.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 23-Jun-21 | Emails to/from Crowe HK re affidavit | 0502-LS - Court Statutory | 0.40 | 800 | 320.00 |
| Robinson, Graham | Senior Manager | 23-Jun-21 | review company searches of HK entities sent by Crowe HK. Upload to database | 0501-LS - General Admin | 0.80 | 550 | 440.00 |
| Robinson, Graham | Senior Manager | 23-Jun-21 | complete questionnaires and other documents for RO office set up with JTC | 0502-LS - Court Statutory | 1.70 | 550 | 935.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 23-Jun-21 | review severance agreement and 2nd addendum to services agreement proposed by AF re Ever Innovation. Emails to/from Campbells to discuss and agree re appointment of US counsel to assist | 0510-LS - Trading Operations | 1.30 | 800 | 1,040.00 |
| Robinson, Graham | Senior Manager | 23-Jun-21 | emails to/from Campbells re 10m tranfer from SPGK LLC. | 0508-LS - Assets | 0.40 | 550 | 220.00 |
| Robinson, Graham | Senior Manager | 23-Jun-21 | OPERATIONS: Emails to/from group re payables, Taiwan and Amex cards and Insurance policy | 0510-LS - Trading Operations | 2.70 | 550 | 1,485.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 23-Jun-21 | Discussions with Campbells re Global fidelity and setting up meeting with CIMA r enomination for liquidator | 0508-LS - Assets | 0.40 | 800 | 320.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 24-Jun-21 | prep and call with TS to agree his work requirements and strategy to assist on payments, money transfers, commisssion payments, dealing wih staff and all other operational issues. Draft and send emails to TS and WL and Ry and MM. Review and consider MM email re key discussion points with RY | 0510-LS - Trading Operations | 2.80 | 800 | 2,240.00 |
| Robinson, Graham | Senior Manager | 24-Jun-21 | review liquidation docs sent by DL the former RO. Send email and docs to JTC. Discuss with JTC | 0502-LS - Court Statutory | 0.60 | 550 | 330.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 24-Jun-21 | review court application for Global Fidelity. Draft and send email to Campbells re time line and failure of FFP to notify CIMA pre application | 0508-LS - Assets | 0.40 | 800 | 320.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 24-Jun-21 | Call with Ivy Chua of Crowe HK re joint appointment for Supervision application | 0502-LS - Court Statutory | 0.70 | 800 | 560.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 24-Jun-21 | Research on Planet payment. Emails to/from Campbells. Review and approve letter to TS re contacting Planet Payment to transfer funds | 0508-LS - Assets | 0.80 | 800 | 640.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 24-Jun-21 | emails to /from Campbells re response to Harneys re SPGK bank acounts at DBS and Global Fidelity and Seylan. | 0508-LS - Assets | 0.40 | 800 | 320.00 |
| Robinson, Graham | Senior Manager | 24-Jun-21 | OPERATIONS: Emails to/from the group approving payments. Requests for extra information | 0510-LS - Trading Operations | 1.60 | 550 | 880.00 |
| Robinson, Graham | Senior Manager | 25-Jun-21 | send commission schedules to Ted and the group. Emails to/from the group re ongoing issues | 0510-LS - Trading Operations | 0.70 | 550 | 385.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 25-Jun-21 | review draft letter to Ever Innovation. Emails and calls with campbells. Emails to/from JP. | 0510-LS - Trading Operations | 1.80 | 800 | 1,440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 25-Jun-21 | review and comment on draft letter to Harneys re SPGK. Discuss with Campbells | 0508-LS - Assets | 1.60 | 800 | 1,280.00 |
| Robinson, Graham | Senior Manager | 25-Jun-21 | draft and send email to TS and DM re SPGK LLC held with Global fidelity. Check re potential claim in the liquidation | 0508-LS - Assets | 0.70 | 550 | 385.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 27-Jun-21 | review emails and information from TS re commission, exigo, database, Global bank account. Review action plan and ongoing strategy and plan for following week | 0510-LS - Trading Operations | 2.00 | 800 | 1,600.00 |
| Robinson, Graham | Senior Manager | 28-Jun-21 | OPERATIONS: mails to/from the group re paybles. Emails re taiwan, emails re moving the navision accounting programme to the cloud. Approving the quote. Phone call with Ted. Emails to/from TS. Emails to/from DL re accounting assistance. Disscussions with ST re copy of data and payment of elite fees | 0510-LS - Trading Operations | 3.80 | 550 | 2,090.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 28-Jun-21 | emails to /from US attorney re letter to EI. Finalise and approve letter. Email re deposit set out in agreement | 0510-LS - Trading Operations | 1.10 | 800 | 880.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 28-Jun-21 | finalise and approve letter to Harneys re SPGK bank accounts and global | 0508-LS - Assets | 0.70 | 800 | 560.00 |
| Robinson, Graham | Senior Manager | 28-Jun-21 | update master schedule re payments and cash. Update liquidation database and re-conciliation | 0510-LS - Trading Operations | 1.80 | 550 | 990.00 |
| Robinson, Graham | Senior Manager | 29-Jun-21 | emails to/from Crowe re the UK group companies searches. Confirmation of their dissolution | 0501-LS - General Admin | 0.60 | 550 | 330.00 |

| CLIENT: | Ascentra Holdings, Inc |
| TIME CODE : | 859518.001 |
| PERIOD: | 31 May 2021 - 31 August 2021 |

| Name | Role | Date | Description | Code | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| Robinson, Graham | Senior Manager | 29-Jun-21 | emails to/from AM re the Elite / Navision transfer. Emails to WL | 0510-LS - Trading Operations | 0.80 | 550 | 440.00 |
| Robinson, Graham | Senior Manager | 29-Jun-21 | OPERATIONS: emails to/from TS re payables/ Amex /DL | 0510-LS - Trading Operations | 1.10 | 550 | 605.00 |
| Robinson, Graham | Senior Manager | 29-Jun-21 | Liquidation bank accounts. Updating and sending appointment docs | 0503-LS - Accounting / Banking | 0.40 | 550 | 220.00 |
| Robinson, Graham | Senior Manager | 29-Jun-21 | chasing emails to JP re EL letter. | 0510-LS - Trading Operations | 0.30 | 550 | 165.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 29-Jun-21 | draft and send an email to Harneys re SPGK account with Global Fidelity | 0508-LS - Assets | 0.90 | 800 | 720.00 |
| Robinson, Graham | Senior Manager | 29-Jun-21 | emails to RY re HEC bank account closure | 0508-LS - Assets | 0.30 | 550 | 165.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 29-Jun-21 | review and comment on letter and statement sent by FFP re the liquidation of Global. Discuss with Campbells | 0508-LS - Assets | 1.30 | 800 | 1,040.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 29-Jun-21 | review and update ongoing matters / action points. Circulate to team | 0510-LS - Trading Operations | 1.60 | 800 | 1,280.00 |
| Robinson, Graham | Senior Manager | 30-Jun-21 | OPERATIONS: Review and consider payment schedule sent by WL. Emails to/from. Update Master schedule. Emails re HT Consulting. Translate email sent by Ando / HT Consulting re outstanding payments. Distribute to the group | 0510-LS - Trading Operations | 1.80 | 550 | 990.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 30-Jun-21 | emails to/from Campbells re Global liquidation. Discussions re the removal of FFP. Emails to/from GT and Ogier re appointment | 0508-LS - Assets | 0.60 | 800 | 480.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 30-Jun-21 | email to JP re following up with EI attorneys to finalise agreement on cooperating | 0510-LS - Trading Operations | 0.30 | 800 | 240.00 |
| Robinson, Graham | Senior Manager | 30-Jun-21 | update database and master schedule. Review ongoing matters and plan to progress matter | 0501-LS - General Admin | 2.30 | 550 | 1,265.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 1-Jul-21 | email from RY re Global account and potential claim in the liquidation. Recommendations re Harneys | 0508-LS - Assets | 0.50 | 800 | 400.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 1-Jul-21 | CIMA letter re Global drafted by Campbells. Review and comment | 0508-LS - Assets | 0.90 | 800 | 720.00 |
| Robinson, Graham | Senior Manager | 1-Jul-21 | emails to HT Consulting re obtaining a copy of the agreement | 0510-LS - Trading Operations | 0.40 | 550 | 220.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 1-Jul-21 | review and comment on draft supervision application. Emails to/from Campbells | 0502-LS - Court Statutory | 2.60 | 800 | 2,080.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 1-Jul-21 | emails to/from JP re letter from EI attorneys. Review and comment on letter. Set up call for next day | 0510-LS - Trading Operations | 0.70 | 800 | 560.00 |
| Robinson, Graham | Senior Manager | 2-Jul-21 | email from Mels Art. Review invoices and update database. | 0510-LS - Trading Operations | 1.00 | 550 | 550.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 2-Jul-21 | final review of supervision application. Meeting at Campbells to finalise affidavit and exhibit. Emails to/from Campbells. Emails to/from Broadhursts | 0502-LS - Court Statutory | 3.10 | 800 | 2,480.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 2-Jul-21 | emails to/from Winnie, RY re ongoing operations and payments | 0510-LS - Trading Operations | 1.40 | 550 | 770.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 2-Jul-21 | call with JP re letter from EI attorneys. Discussion on response | 0510-LS - Trading Operations | 0.70 | 800 | 560.00 |
| Robinson, Graham | Senior Manager | 5-Jul-21 | OPERATIONS: emails to/from the group re IT, payments, commissions | 0510-LS - Trading Operations | 1.70 | 550 | 935.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 5-Jul-21 | OPERATIONS: review emails and approve payments. Info and prep for TS and MM meetings next week in California | 0510-LS - Trading Operations | 0.70 | 800 | 560.00 |
| Robinson, Graham | Senior Manager | 5-Jul-21 | emails to / from ST re electronic data / copy | 0510-LS - Trading Operations | 0.40 | 550 | 220.00 |
| Robinson, Graham | Senior Manager | 6-Jul-21 | US office re company searches | 0501-LS - General Admin | 0.50 | 550 | 275.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 6-Jul-21 | emails to Campbells re Planet payment funds | 0508-LS - Assets | 0.50 | 800 | 400.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 6-Jul-21 | prepare action plan for call with TS and MM re operations and commissions. Hold call with group and discuss action points with LK post call | 0510-LS - Trading Operations | 4.30 | 800 | 3,440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 6-Jul-21 | emails to/from Campbells re submission of affidavit re Global Fidelity supervision application | 0508-LS - Assets | 0.60 | 800 | 480.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 7-Jul-21 | MM / TS emails re funds held by Planet Payment. Consider options re SPGK position and proposed actions | 0508-LS - Assets | 0.70 | 800 | 560.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 7-Jul-21 | review and consider email from Harneys to campbells re SPGK / RY and there stance on SPGK monies hled by Planet Payment, payment of commissions and the rights of SPGK re holding the funds. Discuss with GC and the group | 0508-LS - Assets | 1.80 | 800 | 1,440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 7-Jul-21 | OPERATIONS: review emails from MM and TS re payables outstanding to associated parties, HK and Taiwan staff. Call with the group to discuss progress and ongoing issues | 0510-LS - Trading Operations | 2.90 | 800 | 2,320.00 |
| Robinson, Graham | Senior Manager | 7-Jul-21 | review and consider email from EI re back up for electronic data | 0510-LS - Trading Operations | 0.60 | 550 | 330.00 |
| Robinson, Graham | Senior Manager | 7-Jul-21 | email from Mels Art attaching agreement. Review and send to group | 0510-LS - Trading Operations | 0.50 | 550 | 275.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 8-Jul-21 | OPERATIONS: review and consider emails from group re outstanding payments and termination of agreements. Review agreements | 0510-LS - Trading Operations | 2.50 | 800 | 2,000.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 8-Jul-21 | Planet Payment / HEC. Emails to/from the group re ongoing issues re hold up of funds. Attempt to set up a call with Harneys. Review letter from Harneys re SPGK bank accounts. Call with Campbells and the group. Review and consider email from AJ refusing to attend meeting due to short notice and asking us to provide support for our claims re Ascentra monies | 0508-LS - Assets | 3.30 | 800 | 2,640.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 8-Jul-21 | review and provide comments to my affidavit re Global Fidelity supervision application. Emails to/from Campbells and call to discuss my concerns. Finalise and sign. Emails to/from campbells | 0508-LS - Assets | 1.90 | 800 | 1,520.00 |
| Robinson, Graham | Senior Manager | 8-Jul-21 | OPERATIONS: review email from WL re staff and MM response on severance and workload. | 0510-LS - Trading Operations | 0.90 | 550 | 495.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 8-Jul-21 | emails to/from attorneys re EI termination bonus. Call with JP to discuss formal response and options | 0510-LS - Trading Operations | 0.90 | 800 | 720.00 |
| Robinson, Graham | Senior Manager | 9-Jul-21 | OPERATIONS: Email from Edgar and Winnie re staff requirements | 0510-LS - Trading Operations | 0.50 | 550 | 275.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 9-Jul-21 | OPERATIONS: Emails to/from WL re approving payables. Review  schedule and invoices and approve | 0510-LS - Trading Operations | 1.70 | 800 | 1,360.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 9-Jul-21 | OPERATIONS: Draft and send email to group re termination of agreements. Review schedule prepared by LK | 0510-LS - Trading Operations | 1.10 | 800 | 880.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 9-Jul-21 | draft an email to JP to support and comment on a response to AJ email dated 8 July. Review various emails re SPGK / Planet Payment. Call re updated bank balances for SPGK. Discuss with LK re updating account analysis. | 0508-LS - Assets | 2.40 | 800 | 1,920.00 |

| CLIENT: | Ascentra Holdings, Inc |
| TIME CODE : | 859518.001 |
| PERIOD: | 31 May 2021 - 31 August 2021 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 11-Jul-21 | draft and send termination agreement emails to V-Logic, Mels- art and restpo. | 0510-LS - Trading | 1.70 | 800 | 1,360.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 12-Jul-21 | emails to/from the group re SPGK and ongoing liabilites | 0508-LS - Assets | 1.20 | 800 | 960.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 12-Jul-21 | discussion with GC re response to Harneys re SPGK cash position and Ascentras rights to the funds. Update re commissions. Emails re setting up group call | 0510-LS - Trading | 0.90 | 800 | 720.00 |
| Robinson, Graham | Senior Manager | 12-Jul-21 | OPERATIONS: Review and update database. Ensure all documents saved and relevant schedules updated as appropriate. | 0501-LS - General Admin | 2.10 | 550 | 1,155.00 |
| Robinson, Graham | Senior Manager | 12-Jul-21 | OPERATIONS: emails to /from the group re termination of agreements and personnel in HK.Emails to/from V-logic. Review and approve payments | 0510-LS - Trading Operations | 2.30 | 550 | 1,265.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 13-Jul-21 | emails and discussions with ST re company data and ongoing issues with EL. Email with TS re Exigo. Email to Luke re meeting with A&M in Hong Kong. | 0510-LS - Trading Operations | 0.80 | 800 | 640.00 |
| Robinson, Graham | Senior Manager | 13-Jul-21 | chase luke re bank accounts | 0508-LS - Assets | 0.40 | 550 | 220.00 |
| Robinson, Graham | Senior or Senior Accountant | 13-Jul-21 | Crowe singapore re searches and liquidation processes | 0501-LS - General Admin | 0.80 | 350 | 280.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 13-Jul-21 | SPGK. Group call to discuss relationship between Ascentra and SPGK. Background to why set up and purpose of the structure. Review documents provided by TS and MM. Emails to/from Campbells. Send LS letter to Campbells | 0508-LS - Assets | 1.90 | 800 | 1,520.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 13-Jul-21 | OPERATIONS: review and comment on draft consultancy agreement for MM. Emails to/from Campbells | 0510-LS - Trading Operations | 0.70 | 800 | 560.00 |
| Robinson, Graham | Senior Manager | 12-Jul-21 | OPERATIONS: Update operations action plan | 0510-LS - Trading Operations | 3.10 | 550 | 1,705.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 13-Jul-21 | GLOBAL FIDELITY. Review court documents filed by FFP re supervision application. Second affidavit. Send comments to Campbells. Discussions with Campbells re GT conflict and replacement liquidator. | 0508-LS - Assets | 1.70 | 800 | 1,360.00 |
| Robinson, Graham | Senior Manager | 14-Jul-21 | OPERATIONS: emails to/ from WL re termination of employees. Emails to the group | 0510-LS - Trading Operations | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 14-Jul-21 | OPERATIONS: Emails to /from the group re backup of electronic data in HK and Taiwan and termination of ongoing agreements | 0510-LS - Trading Operations | 1.50 | 550 | 825.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 14-Jul-21 | OPERATIONS: emails to/from RY re bank accounts and V-Logic termination | 0510-LS - Trading Operations | 0.60 | 800 | 480.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 14-Jul-21 | OPERATIONS: review and consider emails to/from the group re calculation of commissions and the EXIGO system | 0510-LS - Trading Operations | 1.50 | 800 | 1,200.00 |
| Robinson, Graham | Senior Manager | 14-Jul-21 | RO: meeting with JTC | 0502-LS - Court Statutory | 0.60 | 550 | 330.00 |
| Robinson, Graham | Senior Manager | 14-Jul-21 | OPERATIONS: Update and finalise operations action plan and distribute | 0510-LS - Trading Operations | 0.90 | 550 | 495.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 14-Jul-21 | OPERATIONS; Review and consider email and attachments from EI re office rental storgae and old servers. Discuss with ST | 0510-LS - Trading Operations | 1.20 | 800 | 960.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 15-Jul-21 | call with shareholder to give update on liquidation | 0501-LS - General Admin | 0.50 | 800 | 400.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 15-Jul-21 | Operations: call with A&M re electonic data in HK and Taiwan. Emails to/from | 0510-LS - Trading Operations | 0.70 | 800 | 560.00 |
| Robinson, Graham | Senior Manager | 15-Jul-21 | singapore company searches. Review and update structure chart | 0510-LS - Trading Operations | 0.80 | 550 | 440.00 |
| Robinson, Graham | Senior Manager | 15-Jul-21 | Commission: MM emails to / from Edgar re BMC and MRC caps | 0510-LS - Trading Operations | 0.40 | 550 | 220.00 |
| Robinson, Graham | Senior Manager | 15-Jul-21 | OPERATIONS: emails re staff and invoices. Update database | 0510-LS - Trading Operations | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 15-Jul-21 | OPERATIONS: prepare termination agreement for RY to sign re V-Logic. Emails | 0510-LS - Trading Operations | 0.90 | 550 | 495.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 15-Jul-21 | review cash tracker prepared by LK and approve email | 0510-LS - Trading Operations | 0.80 | 800 | 640.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 15-Jul-21 | Global Fidelity: review and comment on written submissions prepared by GC re hearing scheduled for 22 July. Emails to/from Campbells. Call with GC. Review and comment on skeleton prepared by Appleby. Emails to/from Kalo re potential appointment | 0508-LS - Assets | 2.30 | 800 | 1,840.00 |
| Robinson, Graham | Senior Manager | 16-Jul-21 | emails to/from A&M re back up of data. Call with ST. review schduled prepared. Agree stratgey re Ever Innovation | 0510-LS - Trading Operations | 1.90 | 550 | 1,045.00 |
| Robinson, Graham | Senior Manager | 16-Jul-21 | OPERATIONS: review payable list, update database and schedule requirements for next week re payables and agreements | 0510-LS - Trading Operations | 2.10 | 550 | 1,155.00 |
| Robinson, Graham | Senior Manager | 18-Jul-21 | review emails from MM and ET re outstanding orders and the impact on the comission calculations | 0510-LS - Trading Operations | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 18-Jul-21 | emails to/from campbells re YM agreements(Liberty and employee). Review compny searches re HEC and Radial | 0510-LS - Trading Operations | 1.30 | 550 | 715.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 19-Jul-21 | emails to/from RY re HEC Singapore bank account and transfer of funds | 0508-LS - Assets | 0.60 | 800 | 480.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 19-Jul-21 | review and sign MM consultancy agreement | 0510-LS - Trading Operations | 0.50 | 800 | 400.00 |
| Robinson, Graham | Senior Manager | 19-Jul-21 | OPERATIONS: review payable schedule and approve payments. Emails to/from Winnie | 0510-LS - Trading Operations | 1.40 | 550 | 770.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 19-Jul-21 | Global Fidelity Bank: Emails to/from Kalo re skeleton arguments | 0508-LS - Assets | 0.40 | 800 | 320.00 |
| Robinson, Graham | Senior Manager | 19-Jul-21 | email to/from FCIB re access to online banking for LK | 0503-LS - Accounting / Banking | 0.50 | 550 | 275.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 19-Jul-21 | call and discussion with Campbells re Harneys and Loeb Smith corespondence. Review LS draft and make comments. Emails to/from Campbells | 0510-LS - Trading Operations | 1.80 | 800 | 1,440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 20-Jul-21 | Draft and send email to Campbells together with summary of group structure and entities linked to the agreements re letter to LS regarding YM. Emails to/from GC re Singapore entities and director responsibilities | 0510-LS - Trading Operations | 2.00 | 800 | 1,600.00 |
| Robinson, Graham | Senior Manager | 20-Jul-21 | OPERATIONS: email to suppliers re termination of agreements and Exigo. Review and update schedule | 0510-LS - Trading Operations | 0.90 | 550 | 495.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 20-Jul-21 | discussions with LK re group structure chart. Review all documents and update re ownership / struck / liquidation etc. Approve and circulate to the group | 0510-LS - Trading Operations | 1.90 | 800 | 1,520.00 |
| Robinson, Graham | Senior Manager | 21-Jul-21 | OPERATIONS: emails to/from V-Logic. Emails to/from the group | 0510-LS - Trading Operations | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 21-Jul-21 | RO: Draft and send client acceptance memo and other KYC/AML document requirements | 0501-LS - General Admin | 2.40 | 550 | 1,320.00 |

**CLIENT:** Ascentra Holdings, Inc
**TIME CODE :** 859518.001
**PERIOD:** 31 May 2021 - 31 August 2021

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Robinson, Graham | Senior Manager | 21-Jul-21 | OPERATIONS: review payable schedule and approve payments. Emails to/from Winnie | 0510-LS - Trading Operations | 0.80 | 550 | 440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 21-Jul-21 | Back up for all company data. Emails to/from ST. Discuss with ST re strategy agreed with EI | 0510-LS - Trading Operations | 0.70 | 800 | 560.00 |
| Robinson, Graham | Senior Manager | 21-Jul-21 | emails to McGrath Tonner re Cayman entities; Radial and HEC International and requests for corporate documents | 0510-LS - Trading Operations | 0.90 | 550 | 495.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 22-Jul-21 | call and eamils with GC r draft letter to Harneys. Review second draft and make comments. Review and comment on letter from harneys re SPGK funds | 0510-LS - Trading Operations | 2.40 | 800 | 1,920.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 22-Jul-21 | Global Bank supervision: Emails and call with MG re appointment. Review third affidavit and discuss with KM. | 0508-LS - Assets | 1.50 | 800 | 1,200.00 |
| Robinson, Graham | Senior Manager | 22-Jul-21 | review information provided by CP re US subs | 0510-LS - Trading Operations | 0.60 | 550 | 330.00 |
| Robinson, Graham | Senior Manager | 22-Jul-21 | OPERATIONS: Emails to/from RY re Mel Art termination, bank accounts. Emails to from Winnie approving payments | 0510-LS - Trading Operations | 1.30 | 550 | 715.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 22-Jul-21 | Commissions: Emails to / from the group re calculations, chargebacks and incomplete orders | 0510-LS - Trading Operations | 0.50 | 800 | 400.00 |
| Robinson, Graham | Senior Manager | 22-Jul-21 | update call with ST re data backup | 0510-LS - Trading Operations | 0.40 | 550 | 220.00 |
| Robinson, Graham | Senior Manager | 23-Jul-21 | review and comment on Account list re data and emails as requested by ST | 0510-LS - Trading Operations | 0.80 | 550 | 440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 23-Jul-21 | draft letter from campbells to Harneys. Review and comments. Emails to/from campbells. | 0510-LS - Trading Operations | 1.90 | 800 | 1,520.00 |
| Robinson, Graham | Senior Manager | 23-Jul-21 | EXIGO System; Emails with the group re arranging access for Ted, A&M and sicusssions re commission reports | 0510-LS - Trading Operations | 1.30 | 550 | 715.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 23-Jul-21 | emails to/from the group re Japanese management issues. | 0508-LS - Assets | 0.90 | 800 | 720.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 25-Jul-21 | review further amendments to the Campbells / harneys letter re SPGK. Emails to / from campbells | 0510-LS - Trading Operations | 1.20 | 800 | 960.00 |
| Robinson, Graham | Senior Manager | 25-Jul-21 | review legal invoices received from MM re Ascentra | 0506-LS - Creditors | 0.50 | 550 | 275.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 26-Jul-21 | draft and circulate discussion points for group call to discuss ongoing operational and management issues. Call with group. Emails post call. Review email from MM re meeting notes. Send back comments via emails | 0510-LS - Trading Operations | 2.40 | 800 | 1,920.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 26-Jul-21 | review and comment on draft letter to Ls re YM. Emails to/from Campbells | 0501-LS - General Admin | 0.80 | 800 | 640.00 |
| Robinson, Graham | Senior Manager | 26-Jul-21 | OPERATIONS: Review and approve payables. Emails to/from the group. Emails re staff | 0510-LS - Trading Operations | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 26-Jul-21 | Data Backup: review and consider emails from A&AM re status with EI | 0510-LS - Trading Operations | 1.10 | 550 | 605.00 |
| Robinson, Graham | Senior Manager | 26-Jul-21 | emails to /from EI re storage, office lease group structure, payroll and amex. | 0510-LS - Trading Operations | 0.60 | 550 | 330.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 26-Jul-21 | Commisssions: Emails to the group re outstanding issues needed to be resolved so calculations can be finalised. | 0510-LS - Trading Operations | 0.80 | 800 | 640.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 26-Jul-21 | OPERATIONS: emails to/from the group re outstanding invoices due to Everskill and disposal of products | 0510-LS - Trading Operations | 1.40 | 800 | 1,120.00 |
| Robinson, Graham | Senior Manager | 27-Jul-21 | review email and information provided by Masami re group structure. Update structure chart, discuss with LK and update database. Emails to MT re Cayman entities | 0510-LS - Trading Operations | 1.70 | 550 | 935.00 |
| Robinson, Graham | Senior Manager | 27-Jul-21 | review email comments and documents from EI re storage and payroll and office lease. Draft and send email to campbells re closure and liquidaiton of subs | 0510-LS - Trading Operations | 1.40 | 550 | 770.00 |
| Robinson, Graham | Senior Manager | 27-Jul-21 | EXIGO: emails with group re commission reports and setting up meeting | 0510-LS - Trading Operations | 0.60 | 550 | 330.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 27-Jul-21 | Approve final version of letter to Harneys re SPGK | 0510-LS - Trading Operations | 0.90 | 800 | 720.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 27-Jul-21 | SUPERVISION ORDER : emails from Campbells. Review petition and advert notice requirements. Email to Campbells re letter to send out to stakeholders | 0502-LS - Court Statutory | 1.60 | 800 | 1,280.00 |
| Robinson, Graham | Senior Manager | 27-Jul-21 | draft and send email to Everskill re backup and supporting documents re disposal of products | 0510-LS - Trading Operations | 1.20 | 550 | 660.00 |
| Robinson, Graham | Senior Manager | 27-Jul-21 | OPERATIONS: Emails to from the group re payments and cancellation of agreements and closure of bank accounts | 0510-LS - Trading Operations | 0.80 | 550 | 440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 27-Jul-21 | emails to/from Campbells re letter to LB re YM agreements. Attahc agreements and struture chart. Discuss obtaining electronic data | 0510-LS - Trading Operations | 1.30 | 800 | 1,040.00 |
| Robinson, Graham | Senior Manager | 27-Jul-21 | review and consider emails from EI re A&M re backup | 0510-LS - Trading Operations | 0.30 | 550 | 165.00 |
| Robinson, Graham | Senior Manager | 28-Jul-21 | OPERATIONS: Numerous emails to/from the group re approving payments and general updates on agreements and other ongoing issues re staff | 0510-LS - Trading Operations | 1.60 | 550 | 880.00 |
| Robinson, Graham | Senior Manager | 28-Jul-21 | BACKUP of DATA: Review and consider numerous emails with EI and AM re collections and backup of electronic and physical servers | 0510-LS - Trading Operations | 1.20 | 550 | 660.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 28-Jul-21 | preparation and call with Group to discuss SPGK and RY strategy re outstanding ongoing operational issues. | 0510-LS - Trading Operations | 1.80 | | 0.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 28-Jul-21 | OPERATIONS: Call and discussions with TS and ST re Exigo sytem and backup | 0510-LS - Trading Operations | 0.70 | 800 | 560.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 28-Jul-21 | SUPERVISION ORDER : call with GC to discuss planning | 0502-LS - Court Statutory | 0.80 | 800 | 640.00 |
| Robinson, Graham | Senior Manager | 29-Jul-21 | OPERATIONS: review and consider email from Mels Art re agreement and changed in monthly amount. Circulate to the group Emails to/from the group. Request LK to prepare a review of historic invoices and the agreement re confidentiality and company documents | 0510-LS - Trading Operations | 1.70 | 550 | 935.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 29-Jul-21 | review and consider letter from Harneys to Campbells re SPGK funds. Consider contents and make notes to answere and dismiss all misinformation in the letter and call with GC. Discuss with MM | 0510-LS - Trading Operations | 2.40 | 800 | 1,920.00 |
| Robinson, Graham | Senior Manager | 29-Jul-21 | OPERATIONS: Review and approve payables. Prepare draft. Summary and analysis to the group re EI invoices | 0510-LS - Trading Operations | 0.90 | 550 | 495.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 29-Jul-21 | call with US attorney JP re Restpo agreement and termination and ability to enforce confidentiality agreements | 0510-LS - Trading Operations | 0.60 | 800 | 480.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 29-Jul-21 | EXIGO. Discussions with ST and TS re commisssion calculations. Revie email dropbox received from James | 0510-LS - Trading Operations | 1.30 | 800 | 1,040.00 |
| Robinson, Graham | Senior Manager | 30-Jul-21 | OPERATIONS: Emails to /from the group re invoices. Review documents to support payables. Emails to/from EI invoices and the increased salarie and need for all staff | 0510-LS - Trading Operations | 1.40 | 550 | 770.00 |

CLIENT: Ascentra Holdings, Inc
TIME CODE: 859518.001
PERIOD: 31 May 2021 - 31 August 2021

| Robinson, Graham | Senior Manager | 30-Jul-21 | RO: Emails to/from JTC re set up and KYC requirements | 0502-LS - Court Statutory | 0.70 | 550 | 385.00 |
|---|---|---|---|---|---|---|---|
| Robinson, Graham | Senior Manager | 30-Jul-21 | emails to/ from MT re Cayman subsidaries | 0510-LS - Trading Operations | 0.40 | 550 | 220.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 30-Jul-21 | Global fidelity: review supervision order issued. Review creditor letter sent out by FFP re creditor meeting. Emails to/from Campbells. Emails to/from Km re liquidation committee | 0508-LS - Assets | 1.70 | 800 | 1,360.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 30-Jul-21 | calls with MM re SPGK and Harneys letter. Discuss options re speaking with Ryu and best strategy | 0510-LS - Trading Operations | 0.60 | 800 | 480.00 |
| Robinson, Graham | Senior Manager | 30-Jul-21 | calls and emails with ST re ongoing backup of data and collection of servers. Agree plan | 0510-LS - Trading Operations | 1.10 | 550 | 605.00 |
| Robinson, Graham | Senior Manager | 2-Aug-21 | OPERATIONS: Emails to/from the group re SPGK website and social media issues | 0510-LS - Trading Operations | 0.80 | 550 | 440.00 |
| Robinson, Graham | Senior Manager | 2-Aug-21 | email to EI re salaries. Review and consider response from MN. Emails to/from the group on views to pay or disute salary increases | 0510-LS - Trading Operations | 0.90 | 550 | 495.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 2-Aug-21 | Global Fidelity: Emails to LK re completion of forms for the meeting. Review draft forms and discuss with LK re submission of forms to FFP | 0508-LS - Assets | 0.70 | 800 | 560.00 |
| Robinson, Graham | Senior Manager | 2-Aug-21 | OPERATIONS: email from Moto re termination of Restpo agreement and outsanding invoices. Translate and circulate to the group. Emails to/fron the group re the $750 claim and 18 month invoice | 0510-LS - Trading Operations | 1.40 | 550 | 770.00 |
| Robinson, Graham | Senior Manager | 2-Aug-21 | CREDITORS : Review invoices received from MM re legal fees incurred on behalf of Ascentra. Emails and discussion with LK re undertaking review | 0506-LS - Creditors | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 2-Aug-21 | OPERATIONS: review of Mels Arts invoice analysis prepared by LK. Circulate to group for comment re agreement on paying. Emails to/from the group | 0510-LS - Trading Operations | 1.40 | 550 | 770.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 2-Aug-21 | review email from DM re Harneys letter to Campbells and the claim of mischief relating to the transfer of US$10m from TS to the liquidation account | 0510-LS - Trading Operations | 0.50 | 800 | 400.00 |
| Robinson, Graham | Senior Manager | 2-Aug-21 | DATA BACKUP: Numerous emails to from the group re servers and hard drive collections. Discussions with ST | 0510-LS - Trading Operations | 0.80 | 550 | 440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 2-Aug-21 | emails to/from Campbells re letter to LS re Yoshio agreements | 0510-LS - Trading Operations | 0.70 | 800 | 560.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 3-Aug-21 | BACKUP OF DATA: review meeting summary prepared by A&M re meeting with Luke & Edgar to discuss data in HK and Taiwan | 0510-LS - Trading Operations | 0.70 | 800 | 560.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 3-Aug-21 | Deed of release: Review and prepare observations on obligations and rights for Ascentra under the document re the 10m transferred to the liquidation. Send summary to campbells. Call with GC to discuss | 0510-LS - Trading Operations | 3.00 | 800 | 2,400.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 3-Aug-21 | review and consider email from MM re the cancellation of the 24k orders and the commission calculation through Exigo | 0510-LS - Trading Operations | 0.50 | 800 | 400.00 |
| Robinson, Graham | Senior Manager | 3-Aug-21 | issues / errors with SPGK website. Emails to/from the group. Discuss with ST | 0510-LS - Trading Operations | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 3-Aug-21 | group emails re increase in EI salaries to discuss background to increases | 0510-LS - Trading Operations | 0.90 | 550 | 495.00 |
| Robinson, Graham | Senior Manager | 3-Aug-21 | OPERATIONS: emails to/from the group re termination bonuses and legal contractual obligations, if any. Discussion with MM | 0510-LS - Trading Operations | 1.30 | 550 | 715.00 |
| Robinson, Graham | Senior Manager | 4-Aug-21 | Everskill. Emails re translation of invoices | 0510-LS - Trading Operations | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 4-Aug-21 | OPERATIONS: Amex for July. Review payables sent by Winnie. Emails with the group re terminations and ongoing operational issues and approval of payments. Emails dealing with Storage in California and reoval of boxes | 0510-LS - Trading Operations | 2.80 | 550 | 1,540.00 |
| Robinson, Graham | Senior Manager | 4-Aug-21 | DATA BACKUP: Emails and calls to/from ST re ongoing issues and collections in the US. Send ST the Amex summary re payments highlighted on the statements | 0510-LS - Trading Operations | 1.90 | 550 | 1,045.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 4-Aug-21 | OPERATIONS: review and consider email sent by MM re severance payments. Draft and send a response | 0510-LS - Trading Operations | 0.90 | 800 | 720.00 |
| Robinson, Graham | Senior Manager | 5-Aug-21 | OPERATIONS: emails to/from the group re ongoing payables and agreements re the wind down of the business | 0510-LS - Trading Operations | 1.70 | 550 | 935.00 |
| Robinson, Graham | Senior Manager | 5-Aug-21 | review claim and documents sent by former employee | 0506-LS - Creditors | 0.80 | 550 | 440.00 |
| Robinson, Graham | Senior Manager | 5-Aug-21 | OPERATIONS: Exigo agreement. Emails to / from group re invoices | 0510-LS - Trading Operations | 1.10 | 550 | 605.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 5-Aug-21 | Group structure: Emails to RY re HEC International and release of corp documents. Call with the RO | 0510-LS - Trading Operations | 1.40 | 800 | 1,120.00 |
| Robinson, Graham | Senior Manager | 5-Aug-21 | Amex statement review of payments. Emails to/from A&M | 0510-LS - Trading Operations | 0.40 | 550 | 220.00 |
| Robinson, Graham | Senior Manager | 5-Aug-21 | BANK accounts: emails to/from the group re closing and consolidating bank accounts. Review master schedule and summarise all accounts for Winnie and ted | 0510-LS - Trading Operations | 2.30 | 550 | 1,265.00 |
| | Senior Manager | 5-Aug-21 | DATA Backup: emails to ./from ST. Calls with ST to provide upates. | 0510-LS - Trading Operations | 0.80 | 550 | 440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 6-Aug-21 | prepare and circulate a strategy documents re the closure of the Ascentra subs. Discuss with LK. Emails with Winnie | 0510-LS - Trading Operations | 2.60 | 800 | 2,080.00 |
| Robinson, Graham | Senior Manager | 6-Aug-21 | DATA Backup: Calls with ST re ongoing issues | 0510-LS - Trading Operations | 0.60 | 550 | 330.00 |
| Robinson, Graham | Senior Manager | 6-Aug-21 | Everskill. Emails to/from translator re invoices sent to support costs of destruction | 0510-LS - Trading Operations | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 6-Aug-21 | OPERATIONS: review and update master schedule | 0510-LS - Trading Operations | 1.20 | 550 | 660.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 9-Aug-21 | Group Call: Preparation and attendance to discuss commissions, SPGK and Ryu, operations wind down, liquidation of group companies and ongoing issues with data backup. Also discuss Newco. Further emails ot/from the group re ongoing issues | 0510-LS - Trading Operations | 3.20 | 800 | 2,560.00 |
| Robinson, Graham | Senior Manager | 9-Aug-21 | OPERATIONS: Masami emails re singapore | 0510-LS - Trading Operations | 0.50 | 550 | 275.00 |
| Robinson, Graham | Senior Manager | 9-Aug-21 | Call with Dean re translation of invoices. Emails to /from Ciebo | 0510-LS - Trading Operations | 0.80 | 550 | 440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 9-Aug-21 | Commissions: Emails to / from the group re calculations, chargebacks and incomplete orders. Review and consider Ryu email re his disagreement on the calculations | 0510-LS - Trading Operations | 0.60 | 800 | 480.00 |
| Robinson, Graham | Senior Manager | 9-Aug-21 | Data backup; HK team emails. Discussion and calls with ST re servers | 0510-LS - Trading Operations | 0.80 | 550 | 440.00 |
| Robinson, Graham | Senior Manager | 9-Aug-21 | emails to/from MT re HEC corporate records | 0510-LS - Trading Operations | 0.40 | 550 | 220.00 |

**CLIENT:** Ascentra Holdings, Inc
**TIME CODE :** 859518.001
**PERIOD:** 31 May 2021 - 31 August 2021

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Robinson, Graham | Senior Manager | 10-Aug-21 | OPERATIONS. Review and approve payables. Exigo invoices sent by Winnie. Discuss with LK re review instructions. Emails to Winnie re Everskill back up documents | 0510-LS - Trading Operations | 1.60 | 550 | 880.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 10-Aug-21 | call with Guy to discuss ongoing matters | 0502-LS - Court Statutory | 0.50 | 800 | 400.00 |
| Robinson, Graham | Senior Manager | 10-Aug-21 | Call with Sean to discuss ongoing matters. Backup data, HK and Taiwan updates | 0510-LS - Trading Operations | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 10-Aug-21 | translation of Newco website.LK emails and MM emails | 0510-LS - Trading Operations | 0.40 | 550 | 220.00 |
| Robinson, Graham | Senior Manager | 10-Aug-21 | Group Structure. Documents sent by MN re HEC and closures. Email from BT | 0510-LS - Trading Operations | 0.90 | 550 | 495.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 10-Aug-21 | Court application. Discuss with LK re preparing detailed creditor schedule re notice to be sent out. | 0502-LS - Court Statutory | 2.10 | 800 | 1,680.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 10-Aug-21 | Planet Payment. Emails to / from MN re PP agreements. Review agreements sent by MN and email group to discuss re formal notification to PP re liquidation appointment. | 0510-LS - Trading Operations | 1.70 | 800 | 1,360.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 10-Aug-21 | Emails to/from RY re payment of commissions. Request re moving forward and completing the calculations. Emails with group | 0510-LS - Trading Operations | 0.40 | 800 | 320.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 11-Aug-21 | Commission payments: Emails to/from Ry and the group re RY demand that he is unable to calculate any commission payments until all legal issues are resolved | 0510-LS - Trading Operations | 0.50 | 800 | 400.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 11-Aug-21 | Formal notice to creditors / shareholders re Court application. Discuss with group. Review creditor schedule prepared by LK | 0502-LS - Court Statutory | 2.40 | 800 | 1,920.00 |
| Robinson, Graham | Senior Manager | 11-Aug-21 | call and emails with ST re data collection and schedules prepared by AM re collections and emails | 0510-LS - Trading Operations | 0.80 | 550 | 440.00 |
| Robinson, Graham | Senior Manager | 11-Aug-21 | OPERATIONS: review email from AF re termination notice from EI and chasing payment. Emails with group. Approve Mel Art invoices and email with MM / RY re data collection and destruction | 0510-LS - Trading Operations | 1.20 | 550 | 660.00 |
| Robinson, Graham | Senior Manager | 11-Aug-21 | OPERATIONS: Exigo invoice schedule prepared by LK. Discuss with group. Review documents sent by Winnie re Everskill invoices. Chase RY re V-Logic agreement | 0510-LS - Trading Operations | 1.40 | 550 | 770.00 |
| Robinson, Graham | Senior Manager | 11-Aug-21 | Group structure: Emails to/from MN re Baker Tilly in Singapore | 0510-LS - Trading Operations | 0.40 | 550 | 220.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 12-Aug-21 | OPERATIONS. Emails to/from the group re payments. Review emails from Moto and translation of letter provided by MM | 0510-LS - Trading Operations | 0.60 | 800 | 480.00 |
| Robinson, Graham | official Liquidator (Lead) and any Partner | 12-Aug-21 | DATA Preservation. Meeting with ST and SK to discuss schedules prepared by AM and discuss ongoing issues re Mel Art in Japan, destruction of data, Navision back up, EI back up and lack of co- operation re server access. Review email listings | 0510-LS - Trading Operations | 3.20 | 800 | 2,560.00 |
| Robinson, Graham | Senior Manager | 13-Aug-21 | update from AM re laptop imaging for all HK staff and old Laptops. | 0510-LS - Trading Operations | 0.40 | 550 | 220.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 13-Aug-21 | Send out formal notice to creditors and shareholders. Discuss with Campbells. | 0502-LS - Court Statutory | 2.60 | 800 | 2,080.00 |
| Robinson, Graham | Senior Manager | 13-Aug-21 | review translation re the newco website. Review and consider email from MM re update | 0510-LS - Trading Operations | 0.50 | 550 | 275.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 13-Aug-21 | EXIGO. Preparation and call with the group re exigo invoice schedule and ticket expansion. Review work done re users added and copying data etc. call with ST. Review email from TS re admin access options | 0510-LS - Trading Operations | 2.40 | 800 | 1,920.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 13-Aug-21 | Discussion with LK re ongoing issues and work programme for following week. | 0510-LS - Trading Operations | 0.70 | 800 | 560.00 |
| Robinson, Graham | Senior Manager | 16-Aug-21 | Data Preservation. Emails to/from AM re HK laptops and documents in storage. Discussions with ST | 0510-LS - Trading Operations | 1.60 | 550 | 880.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 16-Aug-21 | emails to/from shareholders to provide update on the liquidation | 0507-LS - Shareholders | 0.80 | 800 | 640.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 16-Aug-21 | draft and send email to EI re outstanding issuesregarding Exigo and softlayer | 0510-LS - Trading Operations | 0.90 | 800 | 720.00 |
| Robinson, Graham | Senior Manager | 16-Aug-21 | send Amex schedule to EI re ongoing monthly payments | 0510-LS - Trading Operations | 0.40 | 550 | 220.00 |
| Robinson, Graham | Senior Manager | 16-Aug-21 | database and case management update. Discussions with LK re operations wind down and trading analysis | 0510-LS - Trading Operations | 1.80 | 550 | 990.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 17-Aug-21 | emails to/from MM re newco registration details | 0510-LS - Trading Operations | 0.40 | 800 | 320.00 |
| Robinson, Graham | Senior Manager | 17-Aug-21 | RO: emails to/from re formal filings | 0502-LS - Court Statutory | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 17-Aug-21 | review and consider email from A&M in HK re collection of electronic data and also documents in storage and preservation of same. Discussions with ST | 0510-LS - Trading Operations | 1.30 | 550 | 715.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 17-Aug-21 | EI termination notice. Prep and attendance on a group call to discuss options and a formal response to EI. Discussions with ST and GC | 0510-LS - Trading Operations | 1.60 | 800 | 1,280.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 17-Aug-21 | Review and comment on Campbells draft letter to Harneys re SPGK and funds held. Discuss with GC | 0508-LS - Assets | 1.80 | 800 | 1,440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 18-Aug-21 | STORM. Monitor and review incoming emails and send out holding messages | 0510-LS - Trading Operations | 2.00 | 800 | 1,600.00 |
| Robinson, Graham | Senior Manager | 19-Aug-21 | OPERATIONS: Review and approve payments. Emails to/from Winnie. Emails re Exigo monthly subscription | 0510-LS - Trading Operations | 0.90 | 550 | 495.00 |
| Robinson, Graham | Senior Manager | 19-Aug-21 | RO. Review and consider email from JTC re BO requirements | 0502-LS - Court Statutory | 0.40 | 550 | 220.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 19-Aug-21 | Group Call. Prep and attendance on a call to discuss notification of EI termination of their agreement and our response to Harneys as drafted by Campbells. Review draft and discuss with GC | 0510-LS - Trading Operations | 2.70 | 800 | 2,160.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 19-Aug-21 | Ever Innovation: Discuss outstanding issues with ST. Draft and send email to JK. Review response | 0510-LS - Trading Operations | 1.40 | 800 | 1,120.00 |
| Robinson, Graham | Senior Manager | 19-Aug-21 | Translation documents re Everskill invoices. Review | 0510-LS - Trading Operations | 1.00 | 550 | 550.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 20-Aug-21 | Harneys letter of 20 Aug. Discuss with Campbells. Numerous calls to discuss Campbells response. Review and comment on draft. Approve final version for sending. | 0510-LS - Trading Operations | 2.40 | 800 | 1,920.00 |
| Robinson, Graham | Senior Manager | 20-Aug-21 | review and consider summary of SPGK agreements with Ascentra subs prepared by LK. Build up a better understanding of the trading relationship within the group | 0510-LS - Trading Operations | 0.80 | 550 | 440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 20-Aug-21 | emails to/from JP re Exigo and consider options re them honouring all information requests. Reading with ST re Exigo. Numerous calls with ST | 0510-LS - Trading Operations | 1.80 | 800 | 1,440.00 |
| Robinson, Graham | Senior Manager | 20-Aug-21 | Global fidelity Bank: Review judgement decision re appointment of liquidator | 0508-LS - Assets | 0.50 | 550 | 275.00 |

**CLIENT:** Ascentra Holdings, Inc
**TIME CODE :** 859518.001
**PERIOD:** 31 May 2021 - 31 August 2021

| Robinson, Graham | Senior Manager | 21-Aug-21 | review email from EI re inventory for servers and softlayer access for ST. Preparation for termination at end of August | 0510-LS - Trading Operations | 0.70 | 550 | 385.00 |
|---|---|---|---|---|---|---|---|
| Robinson, Graham | Senior Manager | 23-Aug-21 | email from MN re Singapore office payments. Email address for future invoices and bank details re deposit refunds | 0510-LS - Trading Operations | 0.60 | 550 | 330.00 |
| Robinson, Graham | official Liquidator (Lead) and any Partner | 23-Aug-21 | EVER INNOVATION TERMINATION: emails to/from MN re upload of documents and Amex cards. Discussions with LK and organise upload through Crowe sharefiles | 0510-LS - Trading Operations | 1.70 | 800 | 1,360.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 23-Aug-21 | SPGK/ Harneys: Discussions and emails with GC re documents relating to Loeb Smith engagements, TS resignation and my emails to RY re failure to cooperate etc. Emails with ST re locating certain emails and documents relating to resignation and engagement. review and consider management accounting informaton related to the operation of the business | 0510-LS - Trading Operations | 2.80 | 800 | 2,240.00 |
| Robinson, Graham | Senior Manager | 23-Aug-21 | EVER INNOVATION: review and consider response from AF. Set up call for 24th Aug. Discuss with LK and ST | 0510-LS - Trading Operations | 0.70 | 550 | 385.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 23-Aug-21 | OPERATIONS: Approve payments. Emails to/from WL and LK | 0510-LS - Trading Operations | 0.50 | 800 | 400.00 |
| Robinson, Graham | Senior Manager | 23-Aug-21 | HEC subs: emails to Singapore crowe re company documents | 0510-LS - Trading Operations | 0.40 | 550 | 220.00 |
| Robinson, Graham | Senior Manager | 24-Aug-21 | Everskill; Emails to/from Winnie re disposal invoices and supporting documents re authority. Review invoices sent | 0510-LS - Trading Operations | 0.80 | 550 | 440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 24-Aug-21 | OPERATIONS: Approve payments. Emails to/from WL and LK | 0510-LS - Trading Operations | 0.30 | 800 | 240.00 |
| Robinson, Graham | Senior Manager | 24-Aug-21 | meeing with new RO office re finaliation of all stat documents. Emails from JTC | 0502-LS - Court Statutory | 0.80 | 550 | 440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 24-Aug-21 | EXIGO: prep and attendance on call with Exigo to discuss tickets, access to the system, calculations and updates to figures. Post call with ST and TS and GC to agree strategy re pending termination of EI. Review summary of tickets prepared by LK to try and understand what instructions have been placed by EI | 0510-LS - Trading Operations | 2.40 | 800 | 1,920.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 24-Aug-21 | SPGK / HARNEYS. Review and comment on draft Campbells letter in response to Harneys letter dated 20 Aug. Call with group to discuss response and also the EI termination and preparation needed re Exigo. General discussion re all ongoing matters and the court application. Sign off and approve final version | 0510-LS - Trading Operations | 1.60 | 800 | 1,280.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 24-Aug-21 | EVER INNOVATION: preparation and call with Ever Innovation and ST and TS and JP and GC re hand over and cooperation upto termination date. Call with group post call | 0510-LS - Trading Operations | 1.40 | 800 | 1,120.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 25-Aug-21 | EVER INNOVATION. Review numerous eamils from the group re finalising and collecting all documents. Discussison re Exigo access, 1m deposit, imaging laptops, document upload from EI. Check status | 0510-LS - Trading Operations | 2.10 | 800 | 1,680.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 25-Aug-21 | Draft and send email to TS & MM re protocol for Ryu emails | 0510-LS - Trading Operations | 0.30 | 800 | 240.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 25-Aug-21 | EVER INNOVATION: Chase James re info on websites / applications and software. Discuss with ST on all outstanding issues with EI and ST | 0510-LS - Trading Operations | 0.90 | 800 | 720.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 25-Aug-21 | PLANET PAYMENT: draft and send email to the group re emails to PP and the request for information. Review PP agreements and discuss with LK re Ascentra rights to information | 0510-LS - Trading Operations | 1.20 | 800 | 960.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 26-Aug-21 | emails to/from RY and MM re ongoing operational issues re commissions, exigo, planet payment, newco. Discuss with GC and draft response. Discussion with ST re website management. Group call to discuss ongoing issues re SPGK, operational issues, EI and Planet payment | 0510-LS - Trading Operations | 3.40 | 800 | 2,720.00 |
| Robinson, Graham | Senior Manager | 26-Aug-21 | EVER INNOVATION : Emails to from WL re 1m deposit, laptops and contact email and bank details. Email re storage and Amex costs being cancelled | 0510-LS - Trading Operations | 0.70 | 550 | 385.00 |
| Robinson, Graham | Senior Manager | 27-Aug-21 | COURT APLICATION: Emails re placing adverts | 0502-LS - Court Statutory | 1.20 | 550 | 660.00 |
| Robinson, Graham | Senior Manager | 27-Aug-21 | EVER INNOVATION: emails to /from re storage / Amex and documents upload. Emails to /from JP re imaging of laptops. Emails re removal of bank signatures for MN and emails re HEC International account prep | 0510-LS - Trading Operations | 1.60 | 550 | 880.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 27-Aug-21 | OPERATIONS. Emails to/from WL re Mels Art payment, EI deposit and contact email set up, | 0510-LS - Trading Operations | 0.70 | 800 | 560.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 27-Aug-21 | ASCENTRA DEPOSITS. Review schedule to ascertain potential refunds. Emails to/fro the group | 0510-LS - Trading Operations | 1.50 | 800 | 1,200.00 |
| Robinson, Graham | Senior Manager | 27-Aug-21 | RO: review documents re Economic substance and KYC requirements. Approve penalty notice | 0502-LS - Court Statutory | 0.80 | 550 | 440.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 29-Aug-21 | EVER INNOVATION: review and approve JP letter. Emails to/from group | 0510-LS - Trading Operations | 0.60 | 800 | 480.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 29-Aug-21 | OPERATIONS: Approve payments. Emails to/from WL and LK | 0510-LS - Trading Operations | 0.40 | 800 | 320.00 |
| Robinson, Graham | Senior Manager | 30-Aug-21 | OPERATIONS: Emails to/from Winnie re bank accounts and general issues | 0510-LS - Trading Operations | 0.60 | 550 | 330.00 |
| Robinson, Graham | Senior Manager | 30-Aug-21 | EVER INNOVATION: Emails to/from MN re finalising matters. Emails to/from AM and JP re collection of date. Review schedule prepared by A&M | 0510-LS - Trading Operations | 1.70 | 800 | 1,360.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 30-Aug-21 | SPGK / HARNEYS: Review and consider letter from Harneys. Discuss with GC. Emails to/from the group re response | 0510-LS - Trading Operations | 2.60 | 800 | 2,080.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 31-Aug-21 | OPERATIONS: Emails to /from re CCDI payments, Japan consumption tax, prep for accounts and payroll payments. Emails from MN re introductions to the service providers so the liquidator can deal with these matters | 0510-LS - Trading Operations | 0.80 | 800 | 640.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 31-Aug-21 | EI TERMINATION. Call with ST to discuss finalisation of data collection as shown on schedule. emails to/from the group | 0510-LS - Trading Operations | 0.70 | 800 | 560.00 |
| Robinson, Graham | Official Liquidator (Lead) and any Partner | 31-Aug-21 | SPGK / HARNEYS: group call to discuss response to 30 Aug Harneys letter. Discuss options and agree strategy going forward. | 0510-LS - Trading Operations | 1.40 | 800 | 1,120.00 |

| | | | | **TOTAL** | 426.20 | | 290,800.00 |

| CLIENT: | Ascentra Holdings, Inc |
| TIME CODE : | 859518.001 |
| PERIOD: | 31 May 2021 - 31 August 2021 |

| TIMEKEEPER | TITLE | DATE | NARRATIVE | WORK PHASE | TIME | RATE US$ | VALUE US$ |
|---|---|---|---|---|---|---|---|
| Kemp, Lawrence | Manager or Assistant Manager | 6-Jul-21 | Briefing on client with IP | 0503-LS - Accounting / Banking | 1.20 | 500 | 600.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 6-Jul-21 | Cash tracker set-up | 0503-LS - Accounting / Banking | 3.40 | 500 | 1,700.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 6-Jul-21 | Call with MM/TS | 0503-LS - Accounting / Banking | 0.60 | 500 | 300.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 9-Jul-21 | Cash tracker set-up | 0503-LS - Accounting / Banking | 2.50 | 500 | 1,250.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 9-Jul-21 | Review and summary of service agreements | 0503-LS - Accounting / Banking | 1.80 | 500 | 900.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 14-Jul-21 | Finalizing cash tracker | 0503-LS - Accounting / Banking | 1.30 | 500 | 650.00 |
| kemp, Lawrence | Manager or Assistant Manager | 13-Jul-21 | SPGK call | 0503-LS - Accounting / Banking | 1.50 | 500 | 750.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 20-Jul-21 | Updating group chart | 0503-LS - Accounting / Banking | 2.50 | 500 | 1,250.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 20-Jul-21 | Updating group chart | 0503-LS - Accounting / Banking | 3.50 | 500 | 1,750.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 22-Jul-21 | Reviewing e-mails from clients and service providers re: terminations and on-going trading | 0503-LS - Accounting / Banking | 1.80 | 500 | 900.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 21-Jul-21 | Completing forms for access to liquidation bank accounts | 0503-LS - Accounting / Banking | 0.40 | 500 | 200.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 27-Jul-21 | Reviewing e-mails from clients and Campbellsb from 22 Jul onwards as on PTO | 0503-LS - Accounting / Banking | 2.30 | 500 | 1,150.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 27-Jul-21 | Review of Campbell's response to Harney | 0503-LS - Accounting / Banking | 0.60 | 500 | 300.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 27-Jul-21 | Re-work of group structure workings following additional support for group structure being received | 0503-LS - Accounting / Banking | 4.00 | 500 | 2,000.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 28-Jul-21 | Updating and reformatting Timesheet Summary reports | 0504-LS - Liquidators Reports | 4.00 | 500 | 2,000.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 28-Jul-21 | Call with TS, ST and IP on securing Company software assets | 0508-LS - Assets | 0.40 | 500 | 200.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 29-Jul-21 | Mel's Art Agreement review and invoice analysis in response to IP's request | 0506-LS - Creditors | 2.50 | 500 | 1,250.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 29-Jul-21 | Highlighting Mel's Art contract for confidentiality clauses and IT rights to remind creditor of their responsibilities under the agreement | 0506-LS - Creditors | 0.70 | 500 | 350.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 2-Aug-21 | Drafting proof of claim form and proxy forms for Global Fidelity claim | 0508-LS - Assets | 1.20 | 500 | 600.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 2-Aug-21 | Reviewing MM's legal expense report and reconciling to invoices | 0507-LS - Shareholders | 1.40 | 500 | 700.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 2-Aug-21 | Updating proof of claim forms and proxy forms for Global Fidelity claim following IP comments | 0508-LS - Assets | 0.40 | 500 | 200.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 3-Aug-21 | Reviewing Ascentra/ SPGK deed of release | 0508-LS - Assets | 0.80 | 500 | 400.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 5-Aug-21 | Reviewing e-mails and attachments received from 8/3/21 onwards | 0501-LS - General Admin | 2.00 | 500 | 1,000.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 10-Aug-21 | Creating creditors listing ahead of court submission, client e-mails and Exigo invoice review | 0506-LS - Creditors | 7.30 | 500 | 3,650.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 9-Aug-21 | Call with MM and TS: re status and client e-mails | 0501-LS - General Admin | 1.80 | 500 | 900.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 11-Aug-21 | Exigo invoice review | 0506-LS - Creditors | 6.70 | 500 | 3,350.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 12-Aug-21 | Meeting with AM to discuss data perservation | 0501-LS - General Admin | 2.00 | 500 | 1,000.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 12-Aug-21 | Updating creditors listing following IP comments and additional claims notified | 0506-LS - Creditors | 1.70 | 500 | 850.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 12-Aug-21 | Reviewing client e-mails and AM e-mails | 0501-LS - General Admin | 1.00 | 500 | 500.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 13-Aug-21 | Exigo invoice download, AM e-mail screening selection, Call with MM and TS. | 0501-LS - General Admin | 6.20 | 500 | 3,100.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 17-Aug-21 | Reviewing Termination Agreements and related agreement e-mails and responding to e-mails | 0506-LS - Creditors | 3.60 | 500 | 1,800.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 19-Aug-21 | Call with MM, TS and GC to discuss Harney's response | 0501-LS - General Admin | 1.30 | 500 | 650.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 20-Aug-21 | Review of Global Fidelity Cort Opinion | 0508-LS - Assets | 2.60 | 500 | 1,300.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 20-Aug-21 | Review of Harney's Letter | 0501-LS - General Admin | 2.20 | 500 | 1,100.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 20-Aug-21 | Review of EI Termination Notice and related agreement | 0506-LS - Creditors | 1.40 | 500 | 700.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 23-Aug-21 | Review of response to Harney's letter | 0501-LS - General Admin | 1.10 | 500 | 550.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 23-Aug-21 | Review of EI Termination Notice and related agreement | 0506-LS - Creditors | 0.40 | 500 | 200.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 23-Aug-21 | Catching up on client e-mails and admin | 0501-LS - General Admin | 6.00 | 500 | 3,000.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 24-Aug-21 | Various calls and catching up on e-mails following 2 weeks of storms | 0501-LS - General Admin | 7.50 | 500 | 3,750.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 25-Aug-21 | Reviewing Harney's response | 0507-LS - Shareholders | 1.70 | 500 | 850.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 25-Aug-21 | Setting up shared inbox | 0501-LS - General Admin | 2.10 | 500 | 1,050.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Kemp, Lawrence | Manager or Assistant Manager | 26-Aug-21 | Call with ST, GC and MM re EII data | 0501-LS - General Admin | 0.70 | 500 | 350.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 27-Aug-21 | Reviewing e-mails | 0501-LS - General Admin | 0.50 | 500 | 250.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 30-Aug-21 | Initial review of document pack sent by MN | 0501-LS - General Admin | 2.10 | 500 | 1,050.00 |
| Kemp, Lawrence | Manager or Assistant Manager | 31-Aug-21 | Exigo Ticket call with ST, calls with GR/MM/TS re: OL and documenting Exigo findings | 0507-LS - Shareholders | 5.70 | 500 | 2,850.00 |
| | | | | | | 0 | 0.00 |
| | | | | | TOTAL | 106.40 | 53,200.00 |

**Robinson, Graham**

---

| | |
|---|---|
| **From:** | Ryan Kojima <raspberrypark@gmail.com> |
| **Sent:** | 11 September 2021 20:10 |
| **To:** | Jeff Boshears |
| **Cc:** | Alex Oliva; Guy Cowan; Katie Logan | Campbells; Kemp, Lawrence; Mari Matthews; Martin Matthews; Nienke Lillington | Campbells; Robinson, Graham |
| **Subject:** | Re: Ascentra Holdings, Inc - In Voluntary Liquidation |

---

**CAUTION:** This email originated from outside of Crowe. Do not click links, open attachments or forward unless you recognize the sender and know the content is safe.

---

The same as Marty and Jeff, I support Crowe to be voluntary liquidator of Ascentra and I agree with the fees  described in the mail.

Ryan Kojima

On Sat, Sep 11, 2021 at 9:45 AM Jeff Boshears <jb.sdco@gmail.com> wrote:
Graham,
I am in agreement with proceeding with Crowe as voluntary liquidator of Ascentra Holdings and the fees associated with this activity be paid from Ascentra assets.
Best,
Jeff

Jeff Boshears
858-342-3882

---

**From:** Martin Matthews <martinjmatthews@outlook.com>
**Sent:** Saturday, September 11, 2021 9:19:15 AM
**To:** Robinson, Graham <Graham.Robinson@crowe.com>; Mari Matthews <maribmatthews@outlook.com>; jb.sdco@gmail.com <jb.sdco@gmail.com>; Alex Oliva <aoliva62@gmail.com>; Ryan Kojima <raspberrypark@gmail.com>
**Cc:** Kemp, Lawrence <Lawrence.Kemp@crowe.com>; Guy Cowan <GCowan@campbellslegal.com>; Katie Logan | Campbells <KLogan@campbellslegal.com>; Nienke Lillington | Campbells <NLillington@campbellslegal.com>
**Subject:** Re: Ascentra Holdings, Inc - In Voluntary Liquidation

Graham,
This is to reconfirm that Crowe Cayman Ltd. has my support to be the court appointed liquidator of Ascentra Holdings, Inc. and also that Crowe be paid their current outstanding fees as listed, from Ascentra Holdings, Inc. assets.

Martin J Matthews
208-309-2780

---

**From:** Robinson, Graham <Graham.Robinson@crowe.com>
**Sent:** Friday, September 10, 2021 4:29 PM
**To:** Martin Matthews; Mari Matthews; jb.sdco@gmail.com; Alex Oliva; Ryan Kojima

**Cc:** Randy Lawrence; Guy Cowan; Katie Logan | Campbells; Nerine Lillington | Campbells
**Subject:** Ascentra Holdings, Inc - In Voluntary Liquidation (the 'Company')

**TO THE SHAREHOLDERS OF ASCENTRA HOLDINGS, INC**

I write further to my letter dated 12 August 2021 and my request seeking approval that the Court deals with the Supervision Application administratively, without the need for the hearing (which has been listed for 28th September 2021).

Over the course of the last several weeks, I have been engaged in lengthy correspondence with Shang Peng Gao Ke Inc SEZC ('**SPGK**'), via our respective attorneys.  SPGK (controlled by Ryu Yoshida) has asserted claims over hundreds of millions of dollars (the **"Disputed Funds"**) which are currently held in different accounts located in various jurisdictions around the world (including the USA and Singapore). Conversely, based on the documentation and information with which I, as voluntary liquidator ('**VL**'), have been provided to date, I consider that the Company has compelling, and competing, claims over some or all of the Disputed Funds, and that SPGK may in fact be a very significant debtor of the Company.

Approximately US$10.5 million of the Disputed Funds are currently held by me, some of the Disputed Funds are held by third parties (which the VL understands amount to approximately US$70m) and remainder of the Disputed Funds are under the control of SPGK and/or Mr Yoshida.

As a result of these disputes, SPGK notified the VL on 20 August 2021 that it objected to (a) the appointment of Ms Lin and I as JOLs of the Company; and (b) the Supervision Application being dealt with administratively (together, the '**Objection**').

However, following several further rounds of correspondence, I subsequently received formal confirmation on 7 September 2021 that, although SPGK continued to reserve all of its rights in relation to the Disputed Funds (and generally), SPGK was formally withdrawing the Objection. Accordingly, whilst the various disputes with SPGK remain extant and will need to be resolved during the course of the Company's official liquidation, there are now no stakeholders or any other parties who have objected to the Supervision Application.

In light of SPGK withdrawing the Objection, we will shortly be writing inviting the Court to make a supervision order without the need for any hearing.

It is hoped that the Supervision Order will be granted by the Court next week.

Prior to the Supervision Order being granted, I set out below the voluntary liquidation costs incurred as at 31 August 2021.

The VL's fees are charged in accordance with the attached signed engagement letter dated 1 June 2021. Also attached are the detailed time narratives for the time costs incurred.

Below is a table setting out all costs relating to the voluntary liquidation.

| Service provider | Spent in USD | Comments |
|---|---|---|
| Crowe Cayman Ltd | 344,000 | Voluntary Liquidators time costs |
| Campbells – Cayman Counsel | 290,898 | Voluntary Liquidators Cayman Counsel |
| Alverez and Marsal | 200,000 | Estimated. Work relating to back up and preservation of all company data |
| Pillsbury – US Counsel | 21,755 | Work relating to Ever Innovation and Planet Payment |
| Consultants | 51,088 | Estimated cost to date |
| JTC | 6,244 | Cayman Registered office costs |
| Crowe Singapore | 2,000 | Time and expenses re corporate records relating to Singapore entities |
| Translation services | 2,789 | Translation re Everskill invoices |
|  |  |  |
| Total | 918,774 |  |

**Please can you confirm by email that the voluntary liquidators fees, as at 31 August 2021, in the sum of US$344,000 and the expenses listed above are approved.**

Once the Supervision Application has been granted and the Official Liquidators appointed we will look to prepare a formal report to both the Shareholders and Cayman Court.

However, below is an estimated statement of assets and liabilities for the Ascentra Group. The table also shows the Disputed Funds held under the control of SPGK.

| Assets | As at appointment USD$ | As at Aug 31, 21 USD$ | Comments |
|---|---|---|---|
| Cash at Banks | 224,191,328 | 210,610,818 | All Bank accounts not yet fully recon statements |
| Planet Payment | 70,000,000 | 70,000,000 | Estimated balance. Awaiting confirmation of balance |
| Held by the VL | - | 10,964,425 | Transfer from SPGK International |
| Other assets (IP, Goodwill, Deposits) | - | - | any value to be determined |
| Total Estimated Assets | 294,191,328 | 291,575,243 | |
| **Liabilities** | | | |
| Commissions | 102,000,000 | 102,000,000 | Max estimated commissions |
| Outstanding Operational Costs | - | 4,673,084 | Agreed to VL Cash Tracker |
| Contingent Costs | 15,894,683 | 15,894,683 | Relates to wind down bonuses (disput other contingent claims |
| Liquidation Expenses | - | 918,774 | See Liquidation table |
| Total Estimated Liabilities | 117,894,683 | 123,576,541 | |
| **ESTIMATED SURPLUS** | **176,296,645** | **167,998,702** | |

Note: This is the estimated surplus to Ascentra shareholders only. Any successful claim by SPGK to the funds will seriously red distribution to shareholders

Do not hesitate to contact me should you wish to discuss the above further.

I look forward to hearing from you as soon as possible.

Regards


Graham Robinson
Voluntary Liquidator


Graham F Robinson | Director - Insolvency
Crowe Cayman Ltd
94 Solaris Avenue, Camana Bay, Grand Cayman
PO Box 30851, KY1-1204, Cayman Islands
Office: +1 345 814 2428 | Cell: +1 345 936 8047
graham.robinson@crowe.com
www.crowe.com/ky







Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Crowe LLP (except for the crowe.com website, which tracks e-mail preferences through a separate process) at this e-mail address by forwarding this message to CroweUnsubscribe@crowe.com. If you do so, the sender of this message will be notified promptly. Our principal postal address is 225 W Wacker Drive, Suite 2600, Chicago, IL 60602-4903. This email message is from Crowe LLP or one of its subsidiaries and may contain privileged or confidential information or other information exempt from disclosure under applicable law. If you are not the intended recipient, please notify the sender by reply email immediately and delete this message without reading further or forwarding to others. This email is not intended to be a contract or other legally binding obligation, and any tax advice expressed in this email should not be construed as a formal tax opinion unless expressly stated. Visit www.crowe.com/disclosure for more information about Crowe LLP and its subsidiaries.

**Robinson, Graham**

| | |
|---|---|
| **From:** | Martin Matthews <martinjmatthews@outlook.com> |
| **Sent:** | 11 September 2021 11:19 |
| **To:** | Robinson, Graham; Mari Matthews; jb.sdco@gmail.com; Alex Oliva; Ryan Kojima |
| **Cc:** | Kemp, Lawrence; Guy Cowan; Katie Logan | Campbells; Nienke Lillington | Campbells |
| **Subject:** | Re: Ascentra Holdings, Inc - In Voluntary Liquidation |

> **CAUTION:** This email originated from outside of Crowe. Do not click links, open attachments or forward unless you recognize the sender and know the content is safe.

Graham,

This is to reconfirm that Crowe Cayman Ltd. has my support to be the court appointed liquidator of Ascentra Holdings, Inc. and also that Crowe be paid their current outstanding fees as listed, from Ascentra Holdings, Inc. assets.

Martin J Matthews
208-309-2780

---

**From:** Robinson, Graham <Graham.Robinson@crowe.com>
**Sent:** Friday, September 10, 2021 4:29 PM
**To:** Martin Matthews; Mari Matthews; jb.sdco@gmail.com; Alex Oliva; Ryan Kojima
**Cc:** Kemp, Lawrence; Guy Cowan; Katie Logan | Campbells; Nienke Lillington | Campbells
**Subject:** Ascentra Holdings, Inc - In Voluntary Liquidation (the 'Company')

**TO THE SHAREHOLDERS OF ASCENTRA HOLDINGS, INC**

I write further to my letter dated 12 August 2021 and my request seeking approval that the Court deals with the Supervision Application administratively, without the need for the hearing (which has been listed for 28th September 2021).

Over the course of the last several weeks, I have been engaged in lengthy correspondence with Shang Peng Gao Ke Inc SEZC ('**SPGK**'), via our respective attorneys. SPGK (controlled by Ryu Yoshida) has asserted claims over hundreds of millions of dollars (the **"Disputed Funds"**) which are currently held in different accounts located in various jurisdictions around the world (including the USA and Singapore). Conversely, based on the documentation and information with which I, as voluntary liquidator ('**VL**'), have been provided to date, I consider that the Company has compelling, and competing, claims over some or all of the Disputed Funds, and that SPGK may in fact be a very significant debtor of the Company.

Approximately US$10.5 million of the Disputed Funds are currently held by me, some of the Disputed Funds are held by third parties (which the VL understands amount to approximately US$70m) and remainder of the Disputed Funds are under the control of SPGK and/or Mr Yoshida.

As a result of these disputes, SPGK notified the VL on 20 August 2021 that it objected to (a) the appointment of Ms Lin and I as JOLs of the Company; and (b) the Supervision Application being dealt with administratively (together, the **'Objection'**).

However, following several further rounds of correspondence, I subsequently received formal confirmation on 7 September 2021 that, although SPGK continued to reserve all of its rights in relation to the Disputed Funds (and generally), SPGK was formally withdrawing the Objection. Accordingly, whilst the various disputes with SPGK remain extant and will need to be resolved during the course of the Company's official liquidation, there are now no stakeholders or any other parties who have objected to the Supervision Application.

In light of Crowe withdrawing the Objection, we will simply be inviting the Court to make a supervision order without the need for any hearing.

It is hoped that the Supervision Order will be granted by the Court next week.

Prior to the Supervision Order being granted, I set out below the voluntary liquidation costs incurred as at 31 August 2021.

The VL's fees are charged in accordance with the attached signed engagement letter dated 1 June 2021. Also attached are the detailed time narratives for the time costs incurred.

Below is a table setting out all costs relating to the voluntary liquidation.

| Service provider | Spent in USD | Comments |
| --- | --- | --- |
| Crowe Cayman Ltd | 344,000 | Voluntary Liquidators time costs |
| Campbells – Cayman Counsel | 290,898 | Voluntary Liquidators Cayman Counsel |
| Alverez and Marsal | 200,000 | Estimated. Work relating to back up and preservation of all company data |
| Pillsbury – US Counsel | 21,755 | Work relating to Ever Innovation and Planet Payment |
| Consultants | 51,088 | Estimated cost to date |
| JTC | 6,244 | Cayman Registered office costs |
| Crowe Singapore | 2,000 | Time and expenses re corporate records relating to Singapore entities |
| Translation services | 2,789 | Translation re Everskill invoices |
|  |  |  |
| Total | 918,774 |  |

**Please can you confirm by email that the voluntary liquidators fees, as at 31 August 2021, in the sum of US$344,000 and the expenses listed above are approved.**

Once the Supervision Application has been granted and the Official Liquidators appointed we will look to prepare a formal report to both the Shareholders and Cayman Court.

However, below is an estimated statement of assets and liabilities for the Ascentra Group. The table also shows the Disputed Funds held under the control of SPGK.

| Assets | As at appointment USD$ | As at Aug 31, 21 USD$ | Comments |
| --- | --- | --- | --- |
| Cash at Banks | 224,191,328 | 210,610,818 | All Bank accounts not yet fully reconc statements |
| Planet Payment | 70,000,000 | 70,000,000 | Estimated balance. Awaiting confirmation of balance |
| Held by the VL | - | 10,964,425 | Transfer from SPGK International |
| Other assets (IP, Goodwill, Deposits) | - | - | any value to be determined |
| Total Estimated Assets | 294,191,328 | 291,575,243 |  |
| **Liabilities** |  |  |  |
| Commissions | 102,000,000 | 102,000,000 | Max estimated commissions |
| Outstanding Operational Costs | - | 4,673,084 | Agreed to VL Cash Tracker |
| Contingent Costs | 15,894,683 | 15,894,683 | Relates to wind down bonuses (dispute other contingent claims |
| Liquidation Expenses | - | 918,774 | See Liquidation table |
| Total Estimated Liabilities | 117,894,683 | 123,576,541 |  |

| ESTIMATED SURPLUS | 176,296,645 | 167,998,702 |
| --- | --- | --- |

Note: This is the estimated surplus to Ascentra shareholders only. Any successful claim by SPGK to the funds will seriously redu
distribution to shareholders

Do not hesitate to contact me should you wish to discuss the above further.

I look forward to hearing from you as soon as possible.

Regards

Graham Robinson
Voluntary Liquidator

Graham F Robinson | Director - Insolvency
Crowe Cayman Ltd
94 Solaris Avenue, Camana Bay, Grand Cayman
PO Box 30851, KY1-1204, Cayman Islands
Office: +1 345 814 2428 | Cell: +1 345 936 8047
graham.robinson@crowe.com
www.crowe.com/ky







Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Crowe LLP (except for the crowe.com website, which tracks e-mail preferences through a separate process) at this e-mail address by forwarding this message to CroweUnsubscribe@crowe.com. If you do so, the sender of this message will be notified promptly. Our principal postal address is 225 W Wacker Drive, Suite 2600, Chicago, IL 60602-4903. This email message is from Crowe LLP or one of its subsidiaries and may contain privileged or confidential information or other information exempt from disclosure under applicable law. If you are not the intended recipient, please notify the sender by reply email immediately and delete this message without reading further or forwarding to others. This email is not intended to be a contract or other legally binding obligation, and

**Robinson, Graham**

| | |
|---|---|
| **From:** | Jeff Boshears  <jb.sdco@gmail.com> |
| **Sent:** | 11 September 2021 11:45 |
| **To:** | Martin Matthews; Robinson, Graham; Mari Matthews; Alex Oliva; Ryan Kojima |
| **Cc:** | Kemp, Lawrence; Guy Cowan; Katie Logan | Campbells; Nienke Lillington | Campbells |
| **Subject:** | Re: Ascentra Holdings, Inc - In Voluntary Liquidation |

> **CAUTION:** This email originated from outside of Crowe. Do not click links, open attachments or forward unless you recognize the sender and know the content is safe.

Graham,
I am in agreement with proceeding with Crowe as voluntary liquidator of Ascentra Holdings and the fees associated with this activity be paid from Ascentra assets.
Best,
Jeff

Jeff Boshears
858-342-3882

---

**From:** Martin Matthews <martinjmatthews@outlook.com>
**Sent:** Saturday, September 11, 2021 9:19:15 AM
**To:** Robinson, Graham <Graham.Robinson@crowe.com>; Mari Matthews <maribmatthews@outlook.com>; jb.sdco@gmail.com <jb.sdco@gmail.com>; Alex Oliva <aoliva62@gmail.com>; Ryan Kojima <raspberrypark@gmail.com>
**Cc:** Kemp, Lawrence <Lawrence.Kemp@crowe.com>; Guy Cowan <GCowan@campbellslegal.com>; Katie Logan | Campbells <KLogan@campbellslegal.com>; Nienke Lillington | Campbells <NLillington@campbellslegal.com>
**Subject:** Re: Ascentra Holdings, Inc - In Voluntary Liquidation

Graham,
This is to reconfirm that Crowe Cayman Ltd. has my support to be the court appointed liquidator of Ascentra Holdings, Inc. and also that Crowe be paid their current outstanding fees as listed, from Ascentra Holdings, Inc. assets.

Martin J Matthews
208-309-2780

---

**From:** Robinson, Graham <Graham.Robinson@crowe.com>
**Sent:** Friday, September 10, 2021 4:29 PM
**To:** Martin Matthews; Mari Matthews; jb.sdco@gmail.com; Alex Oliva; Ryan Kojima
**Cc:** Kemp, Lawrence; Guy Cowan; Katie Logan | Campbells; Nienke Lillington | Campbells
**Subject:** Ascentra Holdings, Inc - In Voluntary Liquidation (the 'Company')

**TO THE SHAREHOLDERS OF ASCENTRA HOLDINGS, INC**

I write further to my letter dated 12 August 2021 and my request seeking approval that the Court deals with the Supervision Application administratively, without the need for the hearing (which has been listed for 28th September 2021).

Over the course of the last several weeks, I have been engaged in lengthy correspondence with Shang Peng Gao Ke Inc SEZC (**'SPGK'**), via our respective attorneys. SPGK (controlled by Ryu Yoshida) has asserted claims over hundreds of millions of dollars (the **"Disputed Funds"**) which are currently held in different accounts located in various jurisdictions around the world (including the USA and Singapore). Conversely, based on the documentation and information with which I, as voluntary liquidator (**'VL'**), have been provided to date, I consider that the Company has compelling, and competing, claims over some or all of the Disputed Funds, and that SPGK may in fact be a very significant debtor of the Company.

Approximately US$10.5 million of the Disputed Funds are currently held by me, some of the Disputed Funds are held by third parties (which the VL understands amount to approximately US$70m) and remainder of the Disputed Funds are under the control of SPGK and/or Mr Yoshida.

As a result of these disputes, SPGK notified the VL on 20 August 2021 that it objected to (a) the appointment of Ms Lin and I as JOLs of the Company; and (b) the Supervision Application being dealt with administratively (together, the **'Objection'**).

However, following several further rounds of correspondence, I subsequently received formal confirmation on 7 September 2021 that, although SPGK continued to reserve all of its rights in relation to the Disputed Funds (and generally), SPGK was formally withdrawing the Objection. Accordingly, whilst the various disputes with SPGK remain extant and will need to be resolved during the course of the Company's official liquidation, there are now no stakeholders or any other parties who have objected to the Supervision Application.

In light of SPGK withdrawing the Objection, we will shortly be writing inviting the Court to make a supervision order without the need for any hearing.

It is hoped that the Supervision Order will be granted by the Court next week.

Prior to the Supervision Order being granted, I set out below the voluntary liquidation costs incurred as at 31 August 2021.

The VL's fees are charged in accordance with the attached signed engagement letter dated 1 June 2021. Also attached are the detailed time narratives for the time costs incurred.

Below is a table setting out all costs relating to the voluntary liquidation.

| Service provider | Spent in USD | Comments |
|---|---|---|
| Crowe Cayman Ltd | 344,000 | Voluntary Liquidators time costs |
| Campbells – Cayman Counsel | 290,898 | Voluntary Liquidators Cayman Counsel |
| Alverez and Marsal | 200,000 | Estimated. Work relating to back up and preservation of all company data |
| Pillsbury – US Counsel | 21,755 | Work relating to Ever Innovation and Planet Payment |
| Consultants | 51,088 | Estimated cost to date |
| JTC | 6,244 | Cayman Registered office costs |
| Crowe Singapore | 2,000 | Time and expenses re corporate records relating to Singapore entities |
| Translation services | 2,789 | Translation re Everskill invoices |
| | | |
| Total | 918,774 | |

**Please can you confirm by email that the voluntary liquidators fees, as at 31 August 2021, in the sum of US$344,000 and the expenses listed above are approved.**

Once the Supervision Application has been granted and the Official Liquidators appointed we will look to prepare a formal report to both the Shareholders and Cayman Court.

However, below is an estimated statement of assets and liabilities for the Ascentra Group. The table also shows the Disputed Funds held under the control of SPGK.

| Assets | As at appointment USD$ | As at Aug 31, 21 USD$ | Comments |
|---|---|---|---|
| Cash at Banks | 224,191,328 | 210,610,818 | All Bank accounts not yet fully reconc statements |
| Planet Payment | 70,000,000 | 70,000,000 | Estimated balance. Awaiting confirmation of balance |
| Held by the VL | - | 10,964,425 | Transfer from SPGK International |
| Other assets (IP, Goodwill, Deposits) | - | - | any value to be determined |
| Total Estimated Assets | 294,191,328 | 291,575,243 | |

| Liabilities | | | |
|---|---|---|---|
| Commissions | 102,000,000 | 102,000,000 | Max estimated commissions |
| Outstanding Operational Costs | - | 4,673,084 | Agreed to VL Cash Tracker |
| Contingent Costs | 15,894,683 | 15,894,683 | Relates to wind down bonuses (dispute other contingent claims |
| Liquidation Expenses | - | 918,774 | See Liquidation table |
| Total Estimated Liabilities | 117,894,683 | 123,576,541 | |
| **ESTIMATED SURPLUS** | **176,296,645** | **167,998,702** | |

Note: This is the estimated surplus to Ascentra shareholders only. Any successful claim by SPGK to the funds will seriously redu distribution to shareholders

Do not hesitate to contact me should you wish to discuss the above further.

I look forward to hearing from you as soon as possible.

Regards


Graham Robinson
Voluntary Liquidator


Graham F Robinson | Director - Insolvency
Crowe Cayman Ltd
94 Solaris Avenue, Camana Bay, Grand Cayman
PO Box 30851, KY1-1204, Cayman Islands
Office: +1 345 814 2428 | Cell: +1 345 936 8047
graham.robinson@crowe.com
www.crowe.com/ky





**Robinson, Graham**

---

| | |
|---|---|
| **From:** | Alex Oliva <aoliva62@gmail.com> |
| **Sent:** | 11 September 2021 20:51 |
| **To:** | Robinson, Graham |
| **Cc:** | Martin Matthews; Mari Matthews; jb.sdco@gmail.com; Ryan Kojima; Kemp, Lawrence; Guy Cowan; Katie Logan | Campbells; Nienke Lillington | Campbells |
| **Subject:** | Re: Ascentra Holdings, Inc - In Voluntary Liquidation (the 'Company') |

---

**CAUTION:** This email originated from outside of Crowe. Do not click links, open attachments or forward unless you recognize the sender and know the content is safe.

---

Graham,

I am reconfirming that Crowe Cayman Ltd. has my support to be the court appointed liquidator of Ascentra Holdings, Inc. as well as support that Crowe be paid their current outstanding fees as listed, from Ascentra Holdings, Inc. assets.

Thank you,

Alex Oliva


On Fri, Sep 10, 2021 at 3:29 PM Robinson, Graham <Graham.Robinson@crowe.com> wrote:

**TO THE SHAREHOLDERS OF ASCENTRA HOLDINGS, INC**


I write further to my letter dated 12 August 2021 and my request seeking approval that the Court deals with the Supervision Application administratively, without the need for the hearing (which has been listed for 28th September 2021).


Over the course of the last several weeks, I have been engaged in lengthy correspondence with Shang Peng Gao Ke Inc SEZC (**'SPGK'**), via our respective attorneys. SPGK (controlled by Ryu Yoshida) has asserted claims over hundreds of millions of dollars (the **"Disputed Funds"**) which are currently held in different accounts located in various jurisdictions around the world (including the USA and Singapore). Conversely, based on the documentation and information with which I, as voluntary liquidator (**'VL'**), have been provided to date, I consider that the Company has compelling, and competing, claims over some or all of the Disputed Funds, and that SPGK may in fact be a very significant debtor of the Company.


Approximately US$10.5 million of the Disputed Funds are currently held by me, some of the Disputed Funds are held by third parties (which the VL understands amount to approximately US$70m) and remainder of the Disputed Funds are under the control of SPGK and/or Mr Yoshida.


As a result of these disputes, SPGK notified the VL on 20 August 2021 that it objected to (a) the appointment of Ms Lin and I as JOLs of the Company; and (b) the Supervision Application being dealt with administratively (together, the **'Objection'**).

However, following several further rounds of correspondence, I subsequently received formal confirmation on 7 September 2021 that, although SPGK continued to reserve all of its rights in relation to the Disputed Funds (and generally), SPGK was formally withdrawing the Objection. Accordingly, whilst the various disputes with SPGK remain extant and will need to be resolved during the course of the Company's official liquidation, there are now no stakeholders or any other parties who have objected to the Supervision Application.

In light of SPGK withdrawing the Objection, we will shortly be writing inviting the Court to make a supervision order without the need for any hearing.

It is hoped that the Supervision Order will be granted by the Court next week.

Prior to the Supervision Order being granted, I set out below the voluntary liquidation costs incurred as at 31 August 2021.

The VL's fees are charged in accordance with the attached signed engagement letter dated 1 June 2021. Also attached are the detailed time narratives for the time costs incurred.

Below is a table setting out all costs relating to the voluntary liquidation.

| Service provider | Spent in USD | Comments |
|---|---|---|
| Crowe Cayman Ltd | 344,000 | Voluntary Liquidators time costs |
| Campbells – Cayman Counsel | 290,898 | Voluntary Liquidators Cayman Counsel |
| Alverez and Marsal | 200,000 | Estimated. Work relating to back up and preservation of all company data |
| Pillsbury – US Counsel | 21,755 | Work relating to Ever Innovation and Planet Payment |
| Consultants | 51,088 | Estimated cost to date |
| JTC | 6,244 | Cayman Registered office costs |
| Crowe Singapore | 2,000 | Time and expenses re corporate records relating to Singapore entities |
| Translation services | 2,789 | Translation re Everskill invoices |
|  |  |  |
| Total | 918,774 |  |

**Please can you confirm by email that the voluntary liquidators fees, as at 31 August 2021, in the sum of US$344,000 and the expenses listed above are approved.**

Once the Supervision Application has been granted and the Official Liquidators appointed we will look to prepare a formal report to both the Shareholders and Cayman Court.

However, below is an estimated statement of assets and liabilities for the Ascentra Group. The table also shows the Disputed Funds held under the control of SPGK.

| Assets | As at appointment USD$ | As at Aug 31, 21 USD$ | Comments |
|---|---|---|---|
| Cash at Banks | 224,191,328 | 210,610,818 | All Bank accounts not yet fully recon statements |
| Planet Payment | 70,000,000 | 70,000,000 | Estimated balance. Awaiting confirmation of balance |
| Held by the VL | - | 10,964,425 | Transfer from SPGK International |
| Other assets (IP, Goodwill, Deposits) | - | - | any value to be determined |
| Total Estimated Assets | 294,191,328 | 291,575,243 | |
| **Liabilities** | | | |
| Commissions | 102,000,000 | 102,000,000 | Max estimated commissions |
| Outstanding Operational Costs | - | 4,673,084 | Agreed to VL Cash Tracker |
| Contingent Costs | 15,894,683 | 15,894,683 | Relates to wind down bonuses (disput other contingent claims |
| Liquidation Expenses | - | 918,774 | See Liquidation table |
| Total Estimated Liabilities | 117,894,683 | 123,576,541 | |
| **ESTIMATED SURPLUS** | **176,296,645** | **167,998,702** | |

Note: This is the estimated surplus to Ascentra shareholders only. Any successful claim by SPGK to the funds will seriously red distribution to shareholders

Do not hesitate to contact me should you wish to discuss the above further.

I look forward to hearing from you as soon as possible.

Regards

Graham Robinson

Graham F Robinson | Director - Insolvency

Crowe Cayman Ltd

94 Solaris Avenue, Camana Bay, Grand Cayman

PO Box 30851, KY1-1204, Cayman Islands

Office: +1 345 814 2428 | Cell: +1 345 936 8047

graham.robinson@crowe.com

www.crowe.com/ky







Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Crowe LLP (except for the crowe.com website, which tracks e-mail preferences through a

Shannon McKinnon | Campbells

| | |
|---|---|
| **From:** | Mari Matthews <maribmatthews@outlook.com> |
| **Sent:** | Monday, September 13, 2021 12:27 PM |
| **To:** | Robinson, Graham |
| **Cc:** | Kemp, Lawrence; Guy Cowan | Campbells; Katie Logan | Campbells; Nienke Lillington | Campbells |
| **Subject:** | Re: Ascentra Holdings, Inc - In Voluntary Liquidation |

**EXTERNAL EMAIL: This email originated from outside of Campbells.**

Good Morning Graham,

I approve and agree to  payment to Crowe Cayman Ltd for the expenses incurred.
Regards,

Mari Beth Matthews

**From:** Robinson, Graham <Graham.Robinson@crowe.com>
**Sent:** Friday, September 10, 2021 4:29 PM
**To:** Martin Matthews; Mari Matthews; jb.sdco@gmail.com; Alex Oliva; Ryan Kojima
**Cc:** Kemp, Lawrence; Guy Cowan; Katie Logan | Campbells; Nienke Lillington | Campbells
**Subject:** Ascentra Holdings, Inc - In Voluntary Liquidation (the 'Company')

**TO THE SHAREHOLDERS OF ASCENTRA HOLDINGS, INC**

I write further to my letter dated 12 August 2021 and my request seeking approval that the Court deals with the Supervision Application administratively, without the need for the hearing (which has been listed for 28th September 2021).

Over the course of the last several weeks, I have been engaged in lengthy correspondence with Shang Peng Gao Ke Inc SEZC (**'SPGK'**), via our respective attorneys.  SPGK (controlled by Ryu Yoshida) has asserted claims over hundreds of millions of dollars (the **"Disputed Funds"**) which are currently held in different accounts located in various jurisdictions around the world (including the USA and Singapore). Conversely, based on the documentation and information with which I, as voluntary liquidator (**'VL'**), have been provided to date, I consider that the Company has compelling, and competing, claims over some or all of the Disputed Funds, and that SPGK may in fact be a very significant debtor of the Company.

Approximately US$10.5 million of the Disputed Funds are currently held by me, some of the Disputed Funds are held by third parties (which the VL understands amount to approximately US$70m) and remainder of the Disputed Funds are under the control of SPGK and/or Mr Yoshida.

As a result of these disputes, SPGK notified the VL on 20 August 2021 that it objected to (a) the appointment of Ms Lin and I as JOLs of the Company; and (b) the Supervision Application being dealt with administratively (together, the **'Objection'**).

However, following several further rounds of correspondence, I subsequently received formal confirmation on 7 September 2021 that, although SPGK continued to reserve all of its rights in relation to the Disputed Funds (and generally), SPGK was formally withdrawing the Objection. Accordingly, whilst the various disputes with SPGK remain extant and will need to be resolved during the course of the Company's official liquidation, there are now no stakeholders or any other parties who have objected to the Supervision Application.

In light of SPGK withdrawing the Objection, we will shortly be writing inviting the Court to make a supervision order without the need for any hearing.

It is hoped that the Supervision Order will be granted by the Court next week.

Prior to the Supervision Order being granted, I set out below the voluntary liquidation costs incurred as at 31 August 2021.

The VL's fees are charged in accordance with the attached signed engagement letter dated 1 June 2021. Also attached are the detailed time narratives for the time costs incurred.

Below is a table setting out all costs relating to the voluntary liquidation.

| Service provider | Spent in USD | Comments |
|---|---|---|
| Crowe Cayman Ltd | 344,000 | Voluntary Liquidators time costs |
| Campbells – Cayman Counsel | 290,898 | Voluntary Liquidators Cayman Counsel |
| Alverez and Marsal | 200,000 | Estimated. Work relating to back up and preservation of all company data |
| Pillsbury – US Counsel | 21,755 | Work relating to Ever Innovation and Planet Payment |
| Consultants | 51,088 | Estimated cost to date |
| JTC | 6,244 | Cayman Registered office costs |
| Crowe Singapore | 2,000 | Time and expenses re corporate records relating to Singapore entities |
| Translation services | 2,789 | Translation re Everskill invoices |
|  |  |  |
| Total | 918,774 |  |

**Please can you confirm by email that the voluntary liquidators fees, as at 31 August 2021, in the sum of US$344,000 and the expenses listed above are approved.**

Once the Supervision Application has been granted and the Official Liquidators appointed we will look to prepare a formal report to both the Shareholders and Cayman Court.

However, below is an estimated statement of assets and liabilities for the Ascentra Group. The table also shows the Disputed Funds held under the control of SPGK.

| Assets | As at appointment USD$ | As at Aug 31, 21 USD$ | Comments |
|---|---|---|---|
| Cash at Banks | 224,191,328 | 210,610,818 | All Bank accounts not yet fully reconc statements |
| Planet Payment | 70,000,000 | 70,000,000 | Estimated balance. Awaiting confirmation of balance |
| Held by the VL | - | 10,964,425 | Transfer from SPGK International |
| Other assets (IP, Goodwill, Deposits) | - | - | any value to be determined |
| Total Estimated Assets | 294,191,328 | 291,575,243 | |
| **Liabilities** | | | |
| Commissions | 102,000,000 | 102,000,000 | Max estimated commissions |
| Outstanding Operational Costs | - | 4,673,084 | Agreed to VL Cash Tracker |
| Contingent Costs | 15,894,683 | 15,894,683 | Relates to wind down bonuses (dispute other contingent claims |
| Liquidation Expenses | - | 918,774 | See Liquidation table |
| Total Estimated Liabilities | 117,894,683 | 123,576,541 | |
| | | | |
| **ESTIMATED SURPLUS** | **176,296,645** | **167,998,702** | |

Note: This is the estimated surplus to Ascentra shareholders only. Any successful claim by SPGK to the funds will seriously redu...
distribution to shareholders

Do not hesitate to contact me should you wish to discuss the above further.

I look forward to hearing from you as soon as possible.

Regards


Graham Robinson
Voluntary Liquidator


Graham F Robinson | Director - Insolvency
Crowe Cayman Ltd
94 Solaris Avenue, Camana Bay, Grand Cayman
PO Box 30851, KY1-1204, Cayman Islands
Office: +1 345 814 2428 | Cell: +1 345 936 8047
graham.robinson@crowe.com
www.crowe.com/ky







Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose
is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional
messages from Crowe LLP (except for the crowe.com website, which tracks e-mail preferences through a separate
process) at this e-mail address by forwarding this message to CroweUnsubscribe@crowe.com. If you do so, the sender
of this message will be notified promptly. Our principal postal address is 225 W Wacker Drive, Suite 2600, Chicago, IL
60602-4903. This email message is from Crowe LLP or one of its subsidiaries and may contain privileged or confidential information or other
information exempt from disclosure under applicable law. If you are not the intended recipient, please notify the sender by reply email immediately and
delete this message without reading further or forwarding to others. This email is not intended to be a contract or other legally binding obligation, and any
tax advice expressed in this email should not be construed as a formal tax opinion unless expressly stated. Visit www.crowe.com/disclosure for more
information about Crowe LLP and its subsidiaries.