# EXHIBIT 2



CWR Form No. 13

Joint Official Liquidators' Certificate (Solvency/Insolvency) (O.8, r.1)

THE COMPANIES ACT (2021 Revision)

JOINT OFFICIAL LIQUIDATORS' CERTFICATE

Ascentra Holdings, Inc – In Official Liquidation (the "Company")

Grand Court FSD Cause No: 189 of 2021 (DDJ)

TAKE NOTICE that the Joint Official Liquidators hereby certify that they have determined that the above-named Company should be treated as **solvent**, for the purposes of section 110 (4) of the Companies Act and CWR Orders 8 and 9.

AND FURTHER TAKE NOTICE that the Joint Official Liquidators may change their determination from time to time in the light of changes of relevant circumstances and/or their assessment of the Company's financial position.

Dated this 23rd day of September 2021.

_____
Graham Robinson
Joint Official Liquidator

Telephone: +1 (345) 814 2428
E-mail: graham.robinson@crowe.com