# EXHIBIT 2



**Crowe Cayman Ltd.**
Subsidiary of Crowe LLP (USA)

94 Solaris Avenue, Camana Bay
PO Box 30851
Grand Cayman, KY1-1204 Cayman Islands
Telephone  +1 345 814 2424
Fax           +1 345 814 2425
www.crowe.com

14 October 2021

**TO ALL KNOWN SHAREHOLDERS**

Dear Sir / Madam

**Ascentra Holdings, Inc – In Official Liquidation (the "Company")**
**Company registration number: 283719**
**Grand Court FSD Cause No: 189 of 2021 (DDJ)**

I write further to the Voluntary Liquidator's ("**VL**") letter dated 12 August 2021 notifying you of my intention to apply to the Grand Court of the Cayman Islands (the "Court") for an order that the Company's liquidation continue under the supervision of the Court and that the VL be appointed as one of the Company's official liquidators. In that letter, I invited you to notify me should you have any objection to that application being made without the need for a hearing or to the VL being appointed as an official liquidator of the Company.

One objection was received (from a third party), however, that was formally withdrawn on 7 September 2021.

Consequently, on 13 September 2021, I filed the application for supervision and invited the Court to make the orders sought without the need for a hearing pursuant to Order 15, rule 5(1) of the Companies Winding Up Rules, 2018 (the "CWR").

On 17 September 2021, the Supervision Order was made by the Court and I together with my colleague Ivy Chua of Crowe (HK) CPA Limited were appointed as the Joint Official Liquidators ("**JOLs**") of the Company. A copy of the Order is enclosed for your reference.

The JOLs have determined that the Company is solvent and the relevant CWR Form No. 13 has been filed in Court.

**Notice of Shareholder Meeting**

Please be advised that, in accordance with Order 8, rule 2 of the CWR, the JOLs have convened the Company's first meeting of shareholders to be held at 20:00 pm (Cayman Islands time) on **21 October 2021** via teleconference only.

If you wish to attend the meeting, please complete the attached proxy form and forward by email to the JOLs office (lawrence.kemp@crowe.com) by no later than 12 noon on 20 October 2021 (Cayman Islands time). Upon receipt the OL will provide you with the dial in details for the meeting.

Any shareholder entitled to attend and vote at the meeting is entitled to do so either in person or by proxy. A proxy form is attached for your reference should you wish to nominate a proxy.

The purpose of the meeting will be:

1. To receive an update from the JOLs on the affairs of the Company and the progress of the liquidation; and
2. To consider, and if thought fit to adopt, a resolution establishing a liquidation committee.

**Liquidation Committee ("LC")**

Subject to the composition requirements being met (as to which, see below), the JOLs intend to have shareholders elect an LC at the shareholders' meeting, in accordance with Order 9 of the CWR.

Any fully paid-up registered shareholder of the Company is eligible to be a member of the LC. Corporate members of the LC must be represented at LC meetings by an individual duly authorised in writing and notified to the JOLs at least 2 days before the relevant meeting.

The LC, if established, must have not less than three and not more than five members and must be elected by a majority of the shareholders present, in person or by proxy, and voting at the meeting.

The primary functions of the LC are:
- to act as a consultative body and sounding board for the liquidators in respect of any important decision in the liquidation;
- to be representative of all those who have an economic interest in the liquidation, with LC members acting in a fiduciary capacity; and
- to consider and provide high-level approval of work-streams coupled with practical commercial assessments of regular budgets and fee reports (but not to micro-manage the liquidation or any litigation brought by liquidators).

**Other Matters**

Please ensure any communications or correspondence regarding the Company's affairs is addressed to the attention of the JOLs.

The JOLs responsibility is to ensure the Company's assets are collected, maintained and preserved for eventual realisation and distribution to the creditors and ultimately the shareholders.

If you have any information, which might assist the JOLs and his staff with their duties and/or investigations, please contact us.

Yours faithfully
For and on behalf of
Ascentra Holdings, Inc

G Robinson
Joint Official Liquidator

Enclosed:    Supervision Order
             Proxy

## Proxy Form (Official Liquidation)

### Ascentra Holdings, Inc.

Name of Shareholder  _____

Address  _____

_____

_____

Name of Proxy Holder

1
_____

2
_____

3
_____

I appoint the above person to be my/the shareholder proxy holder at the meeting of shareholders to be held on 21 October 2021, or at any adjournment of that meeting. The proxy holder is to propose or vote as instructed below (and in respect of any resolution for which no specific instruction is given, may vote or abstain at his/her discretion).

**Voting Instructions for resolutions**

_____

_____

_____

_____

**Meeting attendance details**

(1) By telephone conference

**Signature** _____ **Date** _____

**Name in CAPITAL LETTERS** _____

**Position with shareholder or relationship to shareholder or other authority for signature**

_____



## HOW TO COMPLETE YOUR PROXY FORM

## IMPORTANT INFORMATION

Creditors / Shareholders wishing to vote at the meeting must complete and lodge the proxy form with the liquidators.

An individual, owed money personally, and attending the meeting is not required to submit a proxy.

All creditors who wish to vote at the meeting, whether in person, by proxy, or in some other way, must provide details of their claim against the Company to:

Crowe Cayman Ltd
94 Solaris Avenue
Camana Bay
PO Box 30851
Grand Cayman
KY1-1204
Cayman Islands

By the date determined on the meeting notice.

Any incomplete proxy form may be rejected by the chairman of the meeting.

### NAME OF THE PROXY HOLDER

If you, or another authorised representative of your company, are attending the meeting then please insert your/his/her name.

If someone else is attending on your behalf (for example your solicitor), then please state his or her name.

You may list more than one proxy holder, in case your first choice is unable to attend.

### Chairman of the meeting

If you are not attending the meeting or sending a representative, you may still vote by appointing the chairman as your proxy holder. To do this insert the words **'chairman of the meeting'** in the space for the proxy holder's name.

The chairman will be one of the liquidators, or an employee of the liquidator duly authorised to act as chairman.

### VOTING RESOLUTIONS

You do not need to give any voting instructions if you are happy for your proxy holder to exercise his or her own discretion on the use of your vote.

To instruct your proxy holder on how to vote on the acceptance or rejection of the liquidators' proposals, ensure that the proxy form clearly indicates your resolutions.

There may be other resolutions proposed at the meeting. If you are content for your proxy holder to vote on any such resolutions as he or she thinks fit, you need not take any further action. If you do not want to wish for your proxy holder to vote on any such resolutions you should note this accordingly

### SIGNATURE

The proxy form must be signed by a duly authorised representative of the creditor/shareholder, usually a director in the case of a company, and his or her relationship to the creditor/shareholder should be stated.

