# EXHIBIT 3



CWR Form 15

Official Liquidator's Certificate (Composition of Liquidation Committee) (O.9, r.1)

THE COMPANIES LAW

<u>JOINT OFFICIAL LIQUIDATORS CERTIFICATE</u>

<u>COMPOSITION OF LIQUIDATION COMMITTEE</u>

Ascentra Holdings, Inc – In Official Liquidation

Grand Court Cause No: 189 of 2021 (DDJ)

The Joint Official Liquidators hereby certifies that a liquidation committee has been constituted on the basis that he has determined the Company to be **solvent** for the purposes of section 110(4) of the Companies Law and CRW Order 9 and that the following shareholders have been appointed.

1. Martin Matthews representing INTL Media Holdings, LLC C/O Po Box 1015, 70 Rainbow Bend Rd, Ketchum ID, USA 83340
   martinjmatthews@outlook.com

2. Jeffrey Boshears of 46250 Cameron Toad, Temecula, CA 92590 jlb@pbs-llc.com

3. Ryan Kojima of 203 Reef Ct, Santa Barbara, CA 93109 raspberrypark@gmail.com

| | |
|---|---|
| **Dated this 29th day of October 2021** | Crowe Cayman Ltd.<br>PO Box 30851<br>Camana Bay<br>George Town, KY1-1204<br>Grand Cayman, Cayman Islands |
| *(signature)*<br>**Graham Robinson**<br>Joint Official Liquidator | Telephone: (345) 814 2428<br>E-mail: graham.robinson@crowe.com |