UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ASCENTRA HOLDINGS, INC. (in Official Liquidation),<br><br>            Debtor in a<br>            Foreign Proceeding.[1] | Case No. 21-11854 (DSJ)<br><br>Chapter 15 |

**ORDER MODIFYING MOTIONS DEADLINES AND
SETTING DISCOVERY DEADLINES AND HEARING DATE**

With the consent of all parties, and upon a conference ~~had~~ **held** on July 20, 2023, the Court hereby modifies the schedule governing consideration of two motions (ECF Nos. 37 and 42) (together, the "Motions"): **[DSJ 7/26/23]**

1. On or before July 28, 2023, Shang Peng Gao Ke, Inc. SEZC and SPGK Pte Ltd (together, "SPGK") shall submit a letter of not more than five single-spaced pages setting forth its basis for taking the depositions of Graham Robinson and Guy Cowan (unless they are later identified by the Joint Official Liquidators ("JOLs") in the Witness Disclosure (as defined below)).  On or before August 4, 2023, the JOLs shall submit a response letter of not more than five single-spaced pages.

2. The JOLs shall take the deposition of Katie Pearson on August 8, 2023, and Ryunosuke "Luke" Yoshida on August 10, 2023, in person, in London, England, at such times and places as the parties agree.

---

[1] The Debtor's company registration number is 283719.  The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

3. On or before August 15, 2023, the JOLs shall identify all witnesses whose testimony they intend to offer in opposition to the Motions so that SPGK has a reasonable opportunity to prepare for, and take, their depositions (the "Witness Disclosure").

4. The JOLs shall file and serve their responses to the Motions on or before September 1, 2023.

5. SPGK shall take the depositions of Alex Henderson and any other witness(es) identified in the Witness Disclosure or otherwise ordered by the Court, in the Cayman Islands or such other place as the parties may agree, between September 11 and 22, 2023.

6. SPGK shall file and serve its replies to the Motions on or before October 13, 2023.

7. The Court will hear the Motions on November 9, 2023 at 10:00 a.m.

8. All depositions may be taken by remote means and may be recorded on video. Each deposition shall be completed in one day and shall not exceed seven hours on the record.

9. Each of the parties reserves the right to seek an adjustment of the dates set forth herein upon to parties' agreement or upon good cause shown after reasonable notice.

10. This Order shall constitute notice of all depositions to be taken with respect to the Motions pursuant to this Order. This Order shall constitute notice of taking depositions before a person authorized to administer oaths either by federal law or by the law in the place of examination pursuant to Federal Rule of Civil Procedure 28 (as made applicable by Bankruptcy Rules 7028 and 9014(c).

IT IS SO ORDERED.

Dated: New York, New York
July 26, 2023

                                             *s/ David S. Jones*
                                        HONORABLE DAVID S. JONES
                                        UNITED STATES BANKRUPTCY JUDGE