PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019-6131
Telephone: 212-858-1000
Facsimile: 212-858-1500
John A. Pintarelli
Hugh M. McDonald
Kwame O. Akuffo

PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: 213-488-3655
Facsimile:  213-629-1033
Claire K. Wu (admitted *pro hac vice*)

*Attorneys for Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 15 |
| Ascentra Holdings, Inc. (In Official Liquidation),[1] | Case No. 21-11854 (DSJ) |
| | **Related Docket Nos. 58 and 59** |
| Debtor in a Foreign Proceeding. | |

# NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference in the above-captioned case regarding the *Letter Request* [ECF No. 58] filed by Graham Robinson and Ivy Chua Suk Lin, the duly appointed joint official liquidators and foreign representatives of Ascentra Holdings, Inc. (in Official Liquidation) and the *Response Letter* [ECF No. 59] filed by Shang Peng Gao Ke Inc. SEZC and SPGK Pte Ltd., is scheduled for **September 12, 2023, at 10:00 a.m. (prevailing Eastern Time)** before the Honorable David S. Jones, United States Bankruptcy Judge at the

---

[1] The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with General Order M-543, dated March 20, 2020, the status conference will be conducted virtually via Zoom for Government for audio and video purposes.  Any parties wishing to participate in the status conference must make arrangements as soon as possible through the Electronic Appearance Portal located on the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl).  Failure to register will result in the party not being admitted to the status conference.  The Court will circulate the Zoom link to registered parties before the status conference.  Parties are strictly forbidden from circulating or sharing the Zoom link.

Dated: August 30, 2023
New York, New York

PILLSBURY WINTHROP SHAW PITTMAN LLP

*/s/ John A. Pintarelli*
John A. Pintarelli
Hugh M. McDonald
Kwame O. Akuffo
31 West 52nd Street
New York, NY 10019-6131
Telephone: 212-858-1000
Facsimile: 212-858-1500
john.pintarelli@pillsburylaw.com
hugh.mcdonald@pillsburylaw.com
kwame.akuffo@pillsburylaw.com

Claire K. Wu (admitted *pro hac vice*)
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: 213-488-3655
Facsimile: 213-629-1033
claire.wu@pillsburylaw.com

*Attorneys for Foreign Representatives*