Hearing Date and Time: November 9, 2023 at 10:00 a.m. (prevailing Eastern Time)

PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019-6131
Telephone: 212-858-1000
Facsimile:  212-858-1500
John A. Pintarelli
Hugh M. McDonald
Kwame O. Akuffo

PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: 213-488-3655
Facsimile:  213-629-1033
Claire K. Wu (admitted *pro hac vice*)

*Attorneys for Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | : | Chapter 15 |
|---|---|---|
|  | : |  |
| Ascentra Holdings, Inc. (In Official Liquidation),[1] | : | Case No. 21-11854 (DSJ) |
|  | : |  |
|  | : | **Related Docket No. 62** |
| Debtor in a Foreign Proceeding. | : |  |

**DECLARATION OF JOHN A. PINTARELLI IN SUPPORT OF
FOREIGN REPRESENTATIVES' OBJECTION TO MOTION
OF SHANG PENG GAO KE INC. SEZC AND SPGK PTE LTD.
PURSUANT TO 11 U.S.C. § 1522(c) TO TERMINATE RESTRAINT**

---

[1] The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

4881-5912-0253

I, John A. Pintarelli, declare as follows:

1.     I am a partner at the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel to Graham Robinson and Ivy Chua Suk Lin, the duly appointed joint official liquidators and foreign representatives of Ascentra Holdings, Inc. (In Official Liquidation), a company in official liquidation in the Cayman Islands.

2.     I am duly admitted to practice before the United States District Court for the Southern District of New York.

3.     Except as otherwise indicated, all facts set forth in this declaration are based on my personal knowledge and review of documents, or are true to the best of my knowledge, information and belief.

4.     I submit this declaration in support of the *Foreign Representatives' Objection to Motion of Shang Peng Gao Ke Inc. SEZC and SPGK Pte Ltd. Pursuant to 11 U.S.C. § 1522(c) to Terminate Restraint* (the "**Restraint Objection**").[2]

5.     Attached as **Exhibit 1** is a true and correct copy of the transcript for the November 1, 2021 provisional relief hearing.

6.     Attached as **Exhibit 2** is a true and correct copy of the August 10, 2023 Deposition Transcript of Ryunosuke Yoshida (with exhibits).

7.     Attached as **Exhibit 3** is a true and correct copy of the summons issued by SPGK in the HEC Proceeding.

8.     Attached as **Exhibit 4** is a true and correct copy of the Second Affidavit submitted by Mr. Yoshida in the HEC Proceeding.

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Restraint Objection.

1

4881-5912-0253

9. Attached as **Exhibit 5** is a true and correct copy of Judgment entered by the Grand Court in the HEC Proceeding.

10. SPGK has not commenced any proceeding in any non-US judicial forum to determine its claim of entitlement to the Planet Payment Funds.

Pursuant to Section 1746 of Title 28 of the United States Code, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 1, 2023
      New York, New York

                                                  */s/ John A. Pintarelli*
                                                  John A. Pintarelli