# Exhibit 1

1

1

2    UNITED STATES BANKRUPTCY COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    - - - - - - - - - - - - - - - - - - - -x

5

6    In the Matter of:

7    ASCENTRA HOLDINGS, INC. AND GRAHAM        Main Case No.

8    ROBINSON AND IVY CHUA,                    21-11854-dsj

9           Debtors.

10

11   - - - - - - - - - - - - - - - - - - - -x

12

13                United States Bankruptcy Court

14                One Bowling Green

15                New York, New York

16

17                November 1, 2021

18                11:00 AM

19

20

21   B E F O R E:

22   HON. DAVID S. JONES

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:   ELECTRONIC RECORDING

2

1

2  1) Emergency Motion Filed by the Foreign Representative for

3  Provisional Relief

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20  Transcribed by:  River Wolfe

21  eScribers, LLC

22  7227 North 16th Street, Suite #207

23  Phoenix, AZ 85020

24  (800) 257-0885

25  operations@escribers.net

3

1

2   A P P E A R A N C E S (All present by video or telephone):

3   PILLSBURY WINTHROP SHAW PITTMAN LLP

4         Attorneys for Petitioners/Foreign Representatives

5         31 West 52nd Street

6         29th Floor

7         New York, NY 10019

8

9   BY:   KWAME O. AKUFFO, ESQ.

10        JOHN A. PINTARELLI, ESQ.

11

12

13  PILLSBURY WINTHROP SHAW PITTMAN LLP

14        Attorneys for Petitioners/Foreign Representatives

15        725 South Figueroa Street

16        36th Floor

17        Los Angeles, CA 90017

18

19  BY:   CLAIRE K. WU, ESQ.

20

21

22

23

24

25

4

1

2   CAMPBELLS LLP

3          Attorneys for Petitioners/Foreign Representatives

4          4th Floor, Willow House

5          George Town, Grand Cayman  KY1-9010

6

7   BY:   GUY COWAN, ESQ.

8

9

10   ARNOLD & PORTER KAYE SCHOLER LLP

11          Attorneys for SPGK

12          250 West 55th Street

13          New York, NY 10019

14

15   BY:   BENJAMIN MINTZ, ESQ.

16          ERIC N. WHITNEY, ESQ.

17

18

19   ALSO PRESENT:

20          GRAHAM F. ROBINSON, Crowe Cayman Ltd.

21

22

23

24

25

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

5

1                    P R O C E E D I N G S

2          THE COURT:  Good morning, everyone.  This is Judge

3   Jones, and we're here for a 10 o'clock hearing in the case --

4   in a new case to me, Ascentra Holdings, Inc., Chapter 15, case

5   number 21-11854.

6          I know we have your appearances in advance, but I'll

7   just ask you all to introduce yourselves, whoever is going to

8   participate, since I haven't encountered you before in this

9   case.

10          Just a couple of housekeeping notes that you've

11   probably just been told, but if you are not actively

12   participating, I'd appreciate your keeping your cameras off so

13   that the images of the people who are actively participating

14   say at the top of my screen.  And keep yourself muted, except

15   for when you're speaking.  And then when you do speak, just be

16   sure to introduce yourselves at the start of your remarks so

17   that we keep a clear record.

18          I think that is all I need to say by way of

19   preliminaries.  I'll let you take appearances, and then I'll

20   say a couple more things before turning it over to the

21   petitioners.

22          One small thing, when you do state your appearances,

23   particularly the folks from the Pillsbury firm, please specify

24   who exactly you're representing.  I think you signed up using

25   slightly different terms, and I want to make sure we keep a

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

6

1  clean record.  I've seen reference to Ascentra Holdings and

2  then foreign representatives and then petitioners from

3  different lawyers from the Pillsbury firm.  So if there's any

4  intended differentiation, let me know, or else just clarify

5  that's not the case.  Thanks very much.

6          And go ahead.  We'll hear from whoever wants to lead

7  off for petitioners.

8          MR. PINTARELLI:  Thank you, Your Honor, and good

9  morning.  And before I do start, I would like to thank you for

10  accommodating our request for this emergency hearing on

11  shortened notice.  So we really appreciate that.

12          My name is John Pintarelli, Pillsbury Winthrop Shaw

13  Pittman, on behalf of Graham Robinson and Ivy Chua, the duly

14  appointed joint official liquidators of Ascentra Holdings, Inc.

15  in official liquidation, who are the petitioners and foreign

16  representatives here.  I and my colleagues are representing --

17  we're all representing the foreign representatives, who are the

18  petitioners.

19          Also on video today are my colleagues Claire Wu and

20  Kwame Akuffo.  In addition, we have Graham Robinson, one of the

21  joint official liquidators, and Guy Cowan of Campbells LLP.

22  That's the joint official liquidators' Cayman Islands counsel.

23          THE COURT:  Okay.  Thanks.  Good morning to all of

24  you.

25          And I know we have counsel here representing SPGK, and

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

7

1   I appreciate your getting your limited objection in on

2   shortened notice and reservation of rights.  I took note of it.

3   So if you would just state your appearance for the record as

4   well.

5        MR. PINTARELLI:  Good morning, Your Honor.  This is

6   Benjamin Mintz from Arnold & Porter Kaye Scholer.  Also on the

7   screen as well is Eric Whitney from my firm as well.  And we're

8   here on behalf of SPGK, as Your Honor noted.  Thank you.

9        THE COURT:  Great.  Thank you very much.

10        Does anyone else plan to appear and speak on the

11   record today?  If you unexpectedly develop a need to later,

12   that's okay, but anyone else planning to speak today?

13        Okay.  No one said yes, so I think we're ready to go.

14        I'll turn it over to you, Mr. Pintarelli, in one

15   second.  Let me just let you know, I've read the petition, the

16   emergency motion for provisional relief, which is at ECF 7,

17   some of the other materials, including supporting declarations,

18   and I have read the limited opposition and reservation of

19   rights filed by SPGK this morning.

20        So I'm reasonably up to speed.  You're welcome to tell

21   me whatever you want by way of background, but I wanted you to

22   know that I'm that degree of prepared coming in.  And I've read

23   your proposed order and the limited objection, so I have some

24   thoughts about that coming in that I can share.

25        And if I had any particular concerns that I wanted to

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

8

1   alert you to and have you address, I would let you know.  But I

2   think I don't.  I think everything is pretty well framed by

3   your papers and then in turn, by the limited objection and

4   reservation of rights.  I guess I will ask you, out of

5   curiosity, to sort of foreshadow next steps as well as talk

6   about the immediate application.

7           So with that, I'll turn it over to you, Mr.

8   Pintarelli, or whoever is going to speak for petitioners.

9           MR. PINTARELLI:  Sure.  Thank you, Your Honor.  Again,

10  it's John Pintarelli of Pillsbury Winthrop Shaw Pittman on

11  behalf of the foreign representatives.

12          And we're here today on behalf of the foreign

13  representatives/joint official liquidators' emergency request

14  for provisional relief, which we filed on October 28th, docket

15  number 9, whereby petitioners seek provisional relief under

16  Section 1519 of the Bankruptcy Code, including making Section

17  362 of the Bankruptcy Code applicable to funds held in a

18  payment processing account in the name of -- I will just say,

19  SPGK, maintained by Planet Payment Solutions.

20          I do note and we also saw the limited objection this

21  morning and at the outset, Your Honor, and we can go in any

22  direction and take this in whatever order you wish, I don't

23  want to take up too much of the Court's time.  We're okay with

24  the language additions and subtractions.  I do want to note to

25  SPGK's counsel that unfortunately, in our proposed order, we

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

9

1    left in language that we had taken out of the motion itself.

2            We also agree that at this time, we don't know that

3    SPGK sought to transfer the funds offshore.  And I apologize

4    for that oversight.  We did take that out of our motion, but we

5    inadvertently left the language in the order.

6            And in addition to that relief under 1519 that I just

7    mentioned, we also seek by the application authorization to

8    conduct discovery with respect to Ascentra, its assets, and in

9    particular the Planet Payment account.

10           And having heard that you have read all the papers, I

11   don't feel the need to reiterate that.  What I would envision

12   as next steps, obviously, if we were to agree and what I would

13   propose, is that we take SPGK's proposed language, we

14   incorporate that into a revised proposed order, we circulate it

15   and we agree to the language with Mr. Mintz and his colleagues,

16   and then we forward it down to Your Honor.  After that, we

17   would obviously seek to conduct certain discovery, subject to

18   parties' objections.

19           And we believe that the next order of business would

20   be Your Honor would have to enter the order that we requested

21   with respect to the form and manner of service of the actual

22   Chapter 15 papers and setting a hearing for recognition.

23           THE COURT:  Yeah, I was going to ask you about that,

24   when that's ripe, whether you're asking me to enter that as

25   part of today's hearing, or how does that just procedurally get

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

10

1   teed up properly?

2          MR. PINTARELLI:  Well, procedurally, normally, you

3   file that motion -- and it is effectively an ex parte motion

4   because we're filing the application -- the hearing will be set

5   and then parties will receive notice of the Chapter 15 papers

6   and then they can actually object to recognition.  So normally,

7   we just file the -- we file the motion and the proposed order,

8   and as long as Your Honor is okay with the procedures as we set

9   forth therein, they enter the order, and we provide notice of

10  our papers as if we were -- if this were a Chapter 11, we would

11  just send out all those notices.  I think --

12         THE COURT:  Okay.  Yeah, I'll say in my admittedly

13  limited universe of Chapter 15 experience, which is greater

14  than zero, I've been on the S.D.N.Y. bench eight and a half

15  months, that's what I'm used to.  I wasn't sure if today's

16  hearing was going to tinker with that or if this was being

17  formally requested today as part of the hearing or just

18  independent track.  So it's just a normal, independent sort of

19  autopilot process, subject to my review of the order.  I got

20  it.

21         While we're all together --

22         MR. PINTARELLI:  Correct.

23         THE COURT:  -- I'm sure this isn't what Mr. Mintz

24  anticipated talking about first, but is that fine with you to

25  proceed on that basis, Mr. Mintz, on the notice order?

21-11854-dsj   Doc 63-1   Filed 09/01/23   Entered 09/01/23 19:58:55   Exhibit 1
Pg 12 of 36
**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

11

1        MR. MINTZ:  This is with -- just to clarify, that's

2    with respect to the recognition going forward, or am I --

3        THE COURT:  It's just the -- I'm being asked -- oh,

4    yeah, you may not even have a view.  I'm being asked to approve

5    an order approving the form of notice to all interested

6    parties, really, including your client, so I'm just giving you

7    a chance to let me know if you have any concerns about that.

8        Otherwise, what I'll just suggest is that you two

9    coordinate and then talk to my courtroom deputy and line up an

10   available hearing date that works for you all and that you

11   think is consistent with appropriate notice.  I'd just as soon

12   take your cues on what timing makes sense, since we seem to

13   have all interested players here, and then I'll anticipate

14   approving the order.  I'll have to give it a more careful read.

15   It looks fine on an initial read.

16       But since you're all here, I'll give you a chance, Mr.

17   Mintz, just to make sure you don't get stuck with a sequence

18   that doesn't work for you or a bad hearing date or a

19   inconvenient objection date, and then you can just get in touch

20   with chambers.

21       MR. MINTZ:  Yeah, I haven't seen the proposed order,

22   so I don't want to overstate --

23       THE COURT:  Okay.

24       MR. MINTZ:  -- my agreement, but I think Your Honor's

25   identified the only thing I'll probably care about, which is

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

12

1   the hearing date and the objection deadline, and I think that

2   won't be -- we'll be able to get to the right place on that.

3           THE COURT:  Okay.  So on that, I'll just make double-

4   sure after the hearing that I'm okay with the order and the

5   form of notice, which I was on an initial read, and you all

6   can  coordinate and just quickly get to my courtroom deputy

7   with proposed objection and hearing dates that you think are

8   going to be mutually agreeable, and that'll be fine.

9           Unless, Mr. Pintarelli, that concerns you for any

10  reason.

11          MR. PINTARELLI:  No.  I mean, we're happy to

12  accommodate reasonable requests with respect to that.

13          THE COURT:  Yeah, I'm assuming a world in which you

14  don't get any kind of lack of reasonable cooperation.  You both

15  seem --

16          MR. PINTARELLI:  Yeah.  Okay.

17          THE COURT:  -- like you're on a fine path, and if

18  there's a problem, you're not going to be stuck with --

19          MR. PINTARELLI:  Yeah.

20          THE COURT:  -- me endorsing an unreasonably long slow

21  boating of this or anything --

22          MR. PINTARELLI:  Okay.

23          THE COURT:  -- like that.  But I don't think you're

24  going to be confronted with that.

25          MR. PINTARELLI:  Okay.

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

13

1          THE COURT:  Okay.   So yeah, maybe we can turn back to

2    your main application.

3          I do want to say I meant what I said at the top, which

4    is that I appreciate hearing on a quick turnaround basis from

5    SPGK.  It's always very helpful to have the interested

6    counterparty present.  I appreciate the lack of objection, is

7    the terminology you used, as opposed to consent to the relief

8    sought, subject to the modifications that you sought in the

9    proposed order.

10         I actually was pretty much fine with those.  I know,

11   Mr. Pintarelli, you talked about maybe talking off-line and

12   then submitting a modified proposed order.  I already sort of

13   did a markup.  And so if -- thinking I might just be entering

14   something, or I didn't know if you all were going to be arguing

15   what the order ought to say.

16         So if you don't mind, I'm just going to orally share

17   with you what I've got as a starter, and then you can each let

18   me know if you have any problems with it, that way you'll

19   already know that I'm okay with the outcome.  And this is not

20   to tie your hands and preclude any other tweaks you want to do.

21         So the first -- I assume you have the order.  What I'm

22   looking at is docket number 7(a).  It's the proposed order

23   attached to the motion for emergency relief -- or excuse me, an

24   emergency request for provisional relief pursuant to Sections

25   1519 and 105(a) of the Bankruptcy Code.

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

14

1        So the first paragraph that SPGK noted was --

2    actually, they didn't note it.  I noted it.  Paragraph (f) of

3    your proposed order, it struck me that there hasn't been

4    meaningful engagement on the substance of that paragraph, which

5    is a proposed finding that there's a substantial likelihood

6    that petitioners will successfully demonstrate that the Cayman

7    proceeding is a foreign main proceeding.

8        So my thought is, if it's okay with you, Mr.

9    Pintarelli, is just to -- and not a reason not to, is to insert

10   at the start of that finding, "Based on the evidence now before

11   the Court," comma, "there is a substantial likelihood", and

12   then I'm fine with the rest of it.  But since we're proceeding

13   on three days' notice, and at the inception of the case, I feel

14   like -- I feel there hasn't been a meaningful opportunity to

15   fully engage on that question.  So I agree with the substance

16   of the finding based on what I've seen, but I don't want to

17   preclude someone from raising issues later if they exist.

18       Is that workable for you?

19       MR. PINTARELLI:  John Pintarelli from Pillsbury, Your

20   Honor.  Yes, I have no problem with your adding that language.

21       THE COURT:  Okay.  Great.  So we'll want to -- so I'll

22   just ask you to insert that, and you can submit a proposed

23   order in modified form, I guess, in redline and clean for us in

24   Word after this.  As is implicit in what I just said, I do

25   anticipate emerging from this entering a version of the order,

21-11854-dsj    Doc 63-1    Filed 09/01/23    Entered 09/01/23 19:58:55    Exhibit 1
Pg 16 of 36
**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

15

1  so you'll be fine.

2         Okay.  Then onto finding paragraph (g).  SPGK, this is

3  the one that I think -- the limited objection noted, and Mr.

4  Pintarelli, you noted as well that you wanted to correct the

5  statement that SPGK has refused to deposit funds into the grand

6  court.  I guess really the issue is "and has sought to have the

7  funds transferred outside the U.S."

8         You can make an appropriate modification.

9         MR. PINTARELLI:  Yes.

10         THE COURT:  I had thought it you could just say that,

11  "The petitioners' contend that SPGK", and then continue with

12  your sentence, and then add a sentence that SPGK has appeared

13  and denies that it sought to transfer the funds and represents

14  that it's instructed Planet Payment to preserve the status quo.

15  I guess since you're standing down and not contending that

16  they've sought to have the funds transferred, you can do some

17  sort of updated language that's mutually acceptable, and

18  that'll be fine.

19         Does that make sense to both of you?

20         MR. PINTARELLI:  Okay.  Yes, Your Honor.

21         THE COURT:  Okay.

22         MR. MINTZ:  Yes, Your Honor.

23         THE COURT:  Okay.  Thanks.

24         In paragraph (h), I was fine with that.  That's the

25  paragraph beginning, "Protection of Ascentra's assets in the

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

16

1   United States is appropriate to preserve stakeholder rights."

2   I think it would be worth noting, just tacking on to the end of

3   the sentence, comma, "and SPGK does not oppose such relief on

4   an interim basis," and you can even cite ECF number 15 at

5   paragraph 2.  I think that just memorializes the lack of

6   opposition, which would be helpful.

7        Then the next thing raised by SPGK was in paragraph 5,

8   where they wanted just an insertion of, "or any other party-in-

9   interest", before the words, "rights to object in accordance

10  with the applicable procedural rules".  That seemed fair and

11  appropriate to me.

12       Is that okay with you, Mr. Pintarelli?

13       MR. PINTARELLI:  That is okay.  I just have one

14  clarification on that, Your Honor.  I'm assuming that that is

15  only in connection where the discovery that we're seeking

16  relates to SPGK.  So for example, if there is a -- if we're

17  seeking discovery from another party in which Ascentra had a

18  contract, I don't see the basis for which SPGK would have a

19  right to object in that instance.

20       THE COURT:  Yeah, I'll let you speak to that, Mr.

21  Mintz.

22       MR. MINTZ:  That may be true, Your Honor.  Without

23  knowing what the discovery is and whether it affects our

24  rights, I can't sit here today and say yes or no.  I think all

25  the language does is preserve the right of any party-in-

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

17

1  interest to object, and if we don't have standing or an

2  interest, presumably we wouldn't do so.  But if we did, Mr.

3  Pintarelli would say we have no standing or basis to do so at

4  that time.

5        THE COURT:  Yeah.  Yeah, what I'd suggest is this --

6  or I guess I get to direct now, so I'll direct -- is just,

7  right after the word "rights", so go with the insert proposed

8  by SPGK, and then the next word immediately following it is

9  "rights".  And then immediately following "rights", just

10  insert, comma, "if any," comma, because my intention in the

11  order is to not create a right that anybody has that they

12  wouldn't otherwise have but for the order.  But it's also not

13  to prejudice any right that anybody may have to respond to

14  whatever discovery you undertake.  And then we can sort it all

15  out later.

16        MR. PINTARELLI:  I'm fine with that, Your Honor.

17        THE COURT:  Okay.  Great.  And I think the rest of the

18  order was fine.

19        Now, I want to ask you one legal question that I don't

20  think necessarily calls for modification of the order.  But

21  having reviewed the papers and quickly looked at the law, it

22  seems that typically courts apply the preliminary injunction

23  standard, which includes a finding of irreparable harm, absent

24  the stay.  And we're in an odd circumstance where SPGK denies

25  any intention to relocate the funds you want to keep

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

18

1    immobilized.  That is not a guarantee, but if they mean what

2    they say, you're not meaningfully at risk of irreparable harm.

3          Does that undermine entitlement to preliminary

4    injunctive relief?  I was thinking a fallback might be inherent

5    powers of the Court to preserve the status quo pending

6    litigation.  But I'm not sure if it reframes the legal basis

7    for the order.

8          What's your thought on that?

9          MR. PINTARELLI:  Oh, look, I think I -- look, my view

10    is that if they have no objection to it and they say that

11    they're going to keep it that there's no issue with entering

12    the order.  And because we -- and just playing devil's advocate

13    here, there are other accounts in the United States, and there

14    may be other accounts in which SPGK has control over.  That's

15    one of the reasons why we're seeking discovery.

16          THE COURT:  Right.  Right.

17          MR. PINTARELLI:  Just because they might not --

18    they've indicated on the record that they have no intention of

19    moving money out of the Planet Payments account doesn't mean

20    that there might be other accounts in the U.S. in which we have

21    a claim and they are -- and they might seek to transfer it.  So

22    I think under 105(a) you have the ability to enter the order,

23    irregardless of whether they say they have no intention of

24    doing it.

25          And I would hope that -- and for example, again,

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

19

1  playing devil's advocate, if the wire transfer request was

2  already submitted to that third-party and we didn't get the

3  stay, in the order, that party could just transfer the funds

4  because there's no stay preventing them from doing so.  So I

5  think out of an abundance of caution, we would prefer to have

6  the stay entered.  And then if they did transfer it and it was

7  found out to be a -- then that transfer would be void.

8       THE COURT:  Okay.  Thanks.  Yeah, I want to reassure

9  you, and I think you got this.  I fully intend to enter the

10  order, and it's really a question of -- it's a curiosity

11  question on my part of whether the degree of consent you've got

12  and the representation you've got sort of, as a formal matter,

13  lessens your showing of irreparable harm.

14       I do think that the potentially irretrievable transfer

15  out of the U.S. of assets that you claim an entitlement to

16  would satisfy the irreparable harm clause.  And in

17  circumstances, it completely makes sense to preserve the status

18  quo.  So whether the theoretical basis is that that's an

19  adequate showing of irreparable harm, to meet that standard,

20  the preliminary injunction standard, or it's an exercise of the

21  Court's inherent authority, I'm fine either way.

22       So I hope I'm not creating a unnecessary muddle.  I

23  guess I'll let SPGK speak to that if they want to, or else you

24  can just sit quietly and observe my ruminations but say, it

25  doesn't matter.  At the end of the day, we're going to have the

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

20

1    order.

2         So do you want to add anything?

3         MR. MINTZ:  Your Honor, we talked about that very

4    issue when we were framing our response, and we considered

5    whether we should go a step further and say, there isn't really

6    a need for an order to be entered.  But I think that led us

7    into more complicated questions.  So we kind of opted to just

8    let it be for a lot of the reasons that have been discussed by

9    Your Honor and Mr. Pintarelli.

10        THE COURT:  Okay.  So the reason I went into this

11   partly is just simple, genuine curiosity.  But the other part

12   is that I wanted to make clear orally on the record, in a way

13   that I think doesn't need to be reflected in the order, that in

14   the alternative, I would consider this an appropriate order to

15   enter based on the Court's inherent authority to preserve its

16   jurisdiction and ensure efficient advocacy or adjudication of

17   the Chapter 15 petition and the dispute before the Court.  So

18   to the extent anyone ever questions whether the PI standard was

19   adequately met to justify this order, that would be my

20   alternative rationale.

21        Okay.  So I think that brings me to the end of my

22   thinking about what I needed to do today.  If you can make

23   those modifications we discussed and submit the order, again,

24   both in redline and also in clean version in Word, we can

25   manipulate the document easily and get it entered.  And I'd

21-11854-dsj   Doc 63-1   Filed 09/01/23   Entered 09/01/23 19:58:55   Exhibit 1
Pg 22 of 36
**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

21

1   expect that we would do that today.

2          Is there anything else you want to say or do on the

3   record today, either of you?

4          MR. MINTZ:  Your Honor, we had two other points that

5   we raised in our objection, which were more in the nature of

6   reservation of rights.  I'm not wedded to them necessarily

7   being added to the order, but I would want them to be

8   understood as part of the record that is being made today

9   and --

10          THE COURT:  Sure.  Go ahead and identify them.

11          MR. MINTZ:  Yeah.  So the first was in paragraph 3 of

12   our response.  And we were concerned that the order and the way

13   it was framed suggested that it was prejudging the issue and

14   that the debtors do indeed have a property interest in the

15   funds that are at issue.  We certainly understand that they've

16   claimed that right and asserted that.

17          But we ask that the order include a statement to the

18   following effect, "Nothing contained in this order shall

19   constitute a finding or determination regarding the existence

20   or validity of the debtors' claims to our property interest in

21   the Planet Payment funds or any other assets or property in

22   which the debtors have asserted a claim or interest."  I don't

23   think that's a controversial point, but I do want to make that

24   clear.

25          THE COURT:  Yeah.  Thank you, Mr. -- thank you, Mr.

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

22

1  Mintz.  It's Judge Jones again.

2          Let me say, I put brackets around that in my printout

3  of your response and wrote in the margin, "Okay with me.

4  Petitioners okay."  So if you want to add that language, it's

5  fine with me.  If you're happy without it, having made that

6  statement, that's fine too.  I do think that correctly captures

7  my intention in approving what I'm being asked to approve

8  today.

9          MR. PINTARELLI:  Your Honor, John Pintarelli, again.

10  We have no -- we have no issue with that.  Our whole issue was

11  preserving the status quo and either reaching a consensual

12  resolution or adjudication somewhere else.

13          THE COURT:  Okay.

14          MR. PINTARELLI:  And to that point, we don't have a

15  problem with the language Mr. Mintz suggested in paragraph 4 of

16  this (indiscernible).

17          THE COURT:  Okay.  So let's go ahead and insert it so

18  that people don't have to have any question about that and

19  people who aren't here today know that that's the intention.  I

20  don't read your order as inconsistent with that, but it's a

21  fine clarification to have.

22          Mr. Mintz, I think that was thing 1 of thing 2 that

23  you wanted to raise.  So what's thing 2?

24          MR. MINTZ:  Thing 2, I think Mr. Pintarelli was just

25  referring to, which is what we raised in paragraph 4, which was

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

23

1   the notion that where the dispute ultimately gets litigated

2   regarding ownership may not be in the United States.  It may be

3   in another forum.  And we had proposed language that says

4   parties are not -- we weren't restricted from commencing action

5   in non-U.S. forum on these issues.

6          And nothing in the order constitutes a determination

7   that the bankruptcy court or another U.S. court is the proper

8   forum for adjudication.  It may be, but we didn't think the

9   Court was going at that far at this point and think it's an

10  issue for a later point in time.

11         THE COURT:  Yeah.  Mr. Pintarelli, go ahead.  You want

12  to respond on that point.

13         MR. PINTARELLI:  Yeah.  I mean, honestly, that's not

14  the purpose of Chapter 15.  Chapter 15 is an ancillary

15  proceeding.  So the stay only applies within the United States.

16  Doesn't apply to parties outside the United States.

17         But and having said that, I don't have an issue with

18  adding that language.

19         THE COURT:  Okay.  So if there is an agreement about

20  language implementing the concern stated in paragraph 4 of the

21  limited objection and reservation of rights, that's going to be

22  fine with me.  I didn't have a problem with the concept, unless

23  there was going to be a material dispute between you that I

24  would have to decide about that.  So if not, you can include

25  whatever sort of wording on that point you think is

21-11854-dsj   Doc 63-1   Filed 09/01/23   Entered 09/01/23 19:58:55   Exhibit 1
Pg 25 of 36
**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

24

1  appropriate.  That's fine with me.

2         MR. PINTARELLI:  Yeah, I'm probably going to take out

3  that parenthetical that just says, "recognizing that the

4  proposed order restrains the transfer of the Planet Payment

5  funds".  It's basically anything that we have a claim to, so

6  again, if there's other accounts.  But I'll work that out with

7  Mr. Mintz before we submit --

8         THE COURT:  Great.

9         MR. PINTARELLI:  -- the order to yourself.

10        THE COURT:  Okay.

11        MR. PINTARELLI:  Thank you.

12        THE COURT:  As long as you're on the same page and it

13  addresses the conceptual concern, I'll be fine.

14        MR. PINTARELLI:  Okay.

15        THE COURT:  So Mr. Mintz, I'm sorry.  I may have given

16  you a little bit of short shrift by working through all my own

17  language thoughts with Mr. Pintarelli first.  So let me make

18  sure you've got another opportunity to say anything else you

19  want to say or call anything to my attention you want to.

20        MR. MINTZ:  Thank you.  I appreciate that, and no need

21  to apologize.  All of my issues have been covered now by Your

22  Honor and these last couple of points that I've raised.

23        THE COURT:  Okay.  Now you're going to hear my little

24  dog.  Sorry, I'm doing this from home.

25        Let me ask, can I ask you too for some foreshadowing,

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

25

1   to the extent you're in position to provide it yet, about what

2   do you anticipate happening next?  I know we're going to have

3   the recognition hearing.  Any other things you anticipate

4   bringing to me or anything I ought to know about as we go

5   forward?

6          MR. PINTARELLI:  At this point, Your Honor, we

7   anticipate, just right now, just the recognition order.  We

8   don't necessarily foresee at this point in time commencing

9   adversary proceedings, although that's subject to the

10  conclusion of the foreign representatives' investigation.

11  There may be some litigation targets in the U.S., but the

12  devil's in the details, and one of the issues is not having

13  sufficient documentation to come to any sort of conclusion

14  there.  But we may have some additional information to share

15  with Your Honor at the time of the recognitioning hearing.

16         THE COURT:  Okay.  That's fine.  Thanks.  Yeah, I

17  mean, I ask people questions that sometimes they don't want to

18  be asked yet, and you always have a invitation to tell me,

19  gosh, I don't want to talk about that yet, thanks very much,

20  Your Honor, and I will be okay standing down.  But I like to --

21  I'm a curious person, so I like to know to the extent possible

22  what's coming my way.

23         Okay.  So I think we've covered what we need today.

24  And to just recap, you're going to work together on the

25  modifications of the order we just discussed.  That's the

**ASCENTRA HOLDINGS, INC. AND GRAHAM ROBINSON AND IVY CHUA**

26

1   provisional relief order.  And then you're also just going to

2   coordinate and then talk to me about a recommended objection

3   deadline keyed to a hearing date on the recognition hearing.

4   And then we'll get that order dealing with the form of notice

5   and the scheduling in place as well.

6           Does that sounds like my correct to-do list and what

7   you expect to come of today?

8           MR. PINTARELLI:  Yes, Your Honor.  That's fine with

9   me, and after speaking with Mr. Mintz, I'll obviously copy him

10  on communications with chambers, but we will include that

11  information regarding a hearing date and objection deadline --

12          THE COURT:  Okay.

13          MR. PINTARELLI:  -- in the email with the proposed

14  order.

15          THE COURT:  Okay.  That's great.  Thanks very much.

16          And I'll look forward to seeing you all in future

17  dates.  And we're adjourned for today.  Take care.

18          MR. PINTARELLI:  Thank you very much, Your Honor.

19  Have a great day.

20          THE COURT:  You too.

21          MR. MINTZ:  Thank you.

22      (Whereupon these proceedings were concluded at 11:32 AM)

23

24

25

27

1

2                                I N D E X

3    RULINGS:                                        PAGE   LINE

4    Foreign representatives' motion for             20     22

5    provisional relief is granted with

6    modifications, as noted on the record

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

28

1

2                    C E R T I F I C A T I O N

3

4   I, River Wolfe, certify that the foregoing transcript is a true

5   and accurate record of the proceedings.

6

7

8

9   _____

10  River Wolfe (CDLT-265)

11  TTA-Certified Digital Legal Transcriber

12

13  eScribers

14  7227 North 16th Street, Suite #207

15  Phoenix, AZ 85020

16

17  Date:  July 19, 2023

18

19

20

21

22

23

24

25

## A

**ability (1)**
18:22
**able (1)**
12:2
**absent (1)**
17:23
**abundance (1)**
19:5
**acceptable (1)**
15:17
**accommodate (1)**
12:12
**accommodating (1)**
6:10
**accordance (1)**
16:9
**account (3)**
8:18;9:9;18:19
**accounts (4)**
18:13,14,20;24:6
**action (1)**
23:4
**actively (2)**
5:11,13
**actual (1)**
9:21
**actually (3)**
10:6;13:10;14:2
**add (3)**
15:12;20:2;22:4
**added (1)**
21:7
**adding (2)**
14:20;23:18
**addition (2)**
6:20;9:6
**additional (1)**
25:14
**additions (1)**
8:24
**address (1)**
8:1
**addresses (1)**
24:13
**adequate (1)**
19:19
**adequately (1)**
20:19
**adjourned (1)**
26:17
**adjudication (3)**
20:16;22:12;23:8
**admittedly (1)**
10:12
**advance (1)**
5:6
**adversary (1)**
25:9
**advocacy (1)**
20:16

**advocate (2)**
18:12;19:1
**affects (1)**
16:23
**Again (6)**
8:9;18:25;20:23;
22:1;9;24:6
**agree (4)**
9:2,12,15;14:15
**agreeable (1)**
12:8
**agreement (2)**
11:24;23:19
**ahead (4)**
6:6;21:10;22:17;
23:11
**Akuffo (1)**
6:20
**alert (1)**
8:1
**alternative (2)**
20:14,20
**although (1)**
25:9
**always (2)**
13:5;25:18
**ancillary (1)**
23:14
**anticipate (5)**
11:13;14:25;25:2,3,
7
**anticipated (1)**
10:24
**apologize (2)**
9:3;24:21
**appear (1)**
7:10
**appearance (1)**
7:3
**appearances (3)**
5:6,19,22
**appeared (1)**
15:12
**applicable (2)**
8:17;16:10
**application (4)**
8:6;9:7;10:4;13:2
**applies (1)**
23:15
**apply (2)**
17:22;23:16
**appointed (1)**
6:14
**appreciate (6)**
5:12;6;11;7:1;13:4,
6;24:20
**appropriate (6)**
11:11;15:8;16:1,11;
20:14;24:1
**approve (2)**
11:4;22:7
**approving (3)**
11:5,14;22:7

**arguing (1)**
13:14
**ARNOLD (1)**
4:10;7:6
**around (1)**
22:2
**Ascentra (5)**
5:4;6:1,14;9:8;
16:17
**Ascentra's (1)**
15:25
**asserted (2)**
21:16,22
**assets (4)**
9:8;15:25;19:15;
21:21
**assume (1)**
13:21
**assuming (2)**
12:13;16:14
**attached (1)**
13:23
**attention (1)**
24:19
**Attorneys (2)**
4:3,11
**authority (2)**
19:21;20:15
**authorization (1)**
9:7
**autopilot (1)**
10:19
**available (1)**
11:10

## B

**back (1)**
13:1
**background (1)**
7:21
**bad (1)**
11:18
**Bankruptcy (4)**
8:16,17;13:25;23:7
**Based (3)**
14:10,16;20:15
**basically (1)**
24:5
**basis (7)**
10:25;13:4;16:4,18;
17:3;18:6;19:18
**beginning (1)**
15:25
**behalf (4)**
6:13;7:8;8:11,12
**bench (1)**
10:14
**BENJAMIN (2)**
4:15;7:6
**bit (1)**
24:16
**boating (1)**

12:21
**both (3)**
12:14;15:19;20:24
**brackets (1)**
22:2
**bringing (1)**
25:4
**brings (1)**
20:21
**business (1)**
9:19

## C

**call (1)**
24:19
**calls (1)**
17:20
**cameras (1)**
5:12
**CAMPBELLS (2)**
4:2;6:21
**can (17)**
7:24;8:21;10:6;
11:19;12:6;13:1,17;
14:22;15:8,16;16:4;
17:14;19:24;20:22,
24;23:24;24:25
**captures (1)**
22:6
**care (2)**
11:25;26:17
**careful (1)**
11:14
**case (6)**
5:3,4,4,9;6:5;14:13
**caution (1)**
19:5
**Cayman (4)**
4:5;20:6;22:1;14:6
**certain (1)**
9:17
**certainly (1)**
21:15
**chambers (2)**
11:20;26:10
**chance (2)**
11:7,16
**Chapter (8)**
5:4;9:22;10:5,10,
13;20:17;23:14,14
**Chua (1)**
6:13
**circulate (1)**
9:14
**circumstance (1)**
17:24
**circumstances (1)**
19:17
**cite (1)**
16:4
**claim (4)**
18:21;19:15;21:22;

24:5
**claimed (1)**
21:16
**claims (1)**
21:20
**Claire (1)**
6:19
**clarification (2)**
16:14;22:21
**clarify (2)**
6:4;11:1
**clause (1)**
19:16
**clean (3)**
6:1;14:23;20:24
**clear (3)**
5:17;20:12;21:24
**client (1)**
11:6
**Code (3)**
8:16,17;13:25
**colleagues (3)**
6:16;19:9;15
**coming (2)**
7:22,24;25:22
**comma (4)**
14:11;16:3;17:10,
10
**commencing (2)**
23:4;25:8
**communications (1)**
26:10
**completely (1)**
19:17
**complicated (1)**
20:7
**concept (1)**
23:22
**conceptual (1)**
24:13
**concern (2)**
23:20;24:13
**concerned (1)**
21:12
**concerns (3)**
7:25;11:7;12:9
**concluded (1)**
26:22
**conclusion (2)**
25:10,13
**conduct (2)**
9:8,17
**confronted (1)**
12:24
**connection (1)**
16:15
**consensual (1)**
22:11
**consent (2)**
13:7;19:11
**consider (1)**
20:14
**considered (1)**

21-11854-dsj    Doc 63-1    Filed 09/01/23    Entered 09/01/23 19:58:55    Exhibit 1
ASCENTRA HOLDINGS, INC.& GRAHAM ROBINSON v. IVY CHUA
Pg 31 of 36

November 1, 2021

20:4
**consistent (1)**
11:11
**constitute (1)**
21:19
**constitutes (1)**
23:6
**contained (1)**
21:18
**contend (1)**
15:11
**contending (1)**
15:15
**continue (1)**
15:11
**contract (1)**
16:18
**control (1)**
18:14
**controversial (1)**
21:23
**cooperation (1)**
12:14
**coordinate (3)**
11:9;12:6;26:2
**copy (1)**
26:9
**correctly (1)**
22:6
**counsel (3)**
6:22,25;8:25
**counterparty (1)**
13:6
**couple (3)**
5:10,20;24:22
**COURT (46)**
5:2;6:23;7:9;9:23;
10:12,23;11:3,23;
12:3,13,17,20,23;
13:1;14:11,21;15:6,
10,21,23;16:20;17:5,
17;18:5,16;19:8;
20:10,17;21:10,25;
22:13,17;23:7,7,9,11,
19;24:8,10,12,15,23;
25:16;26:12,15,20
**courtroom (2)**
11:9;12:6
**courts (1)**
17:22
**Court's (3)**
8:23;19:21;20:15
**covered (2)**
24:21;25:23
**COWAN (2)**
4:7;6:21
**create (1)**
17:11
**creating (1)**
19:22
**Crowe (1)**
4:20
**cues (1)**

11:12
**curiosity (3)**
8:5;19:10;20:11
**curious (1)**
25:21

**D**

**date (6)**
11:10,18,19;12:1;
26:3,11
**dates (2)**
12:7;26:17
**day (2)**
19:25;26:19
**days' (1)**
14:13
**deadline (3)**
12:1;26:3,11
**dealing (1)**
26:4
**debtors (2)**
21:14,22
**debtors' (1)**
21:20
**decide (1)**
23:24
**declarations (1)**
7:17
**degree (2)**
7:22;19:11
**demonstrate (1)**
14:6
**denies (2)**
15:13;17:24
**deposit (1)**
15:5
**deputy (2)**
11:9;12:6
**details (1)**
25:12
**determination (2)**
21:19;23:6
**develop (1)**
7:11
**devil's (3)**
18:12;19:1;25:12
**different (2)**
5:25;6:3
**differentiation (1)**
6:4
**direct (2)**
17:6,6
**direction (1)**
8:22
**discovery (7)**
9:8,17;16:15,17,23;
17:14;18:15
**discussed (3)**
20:8,23;25:25
**dispute (3)**
20:17;23:1,23
**docket (2)**

8:14;13:22
**document (1)**
20:25
**documentation (1)**
25:13
**dog (1)**
24:24
**double- (1)**
12:3
**down (3)**
9:16;15:15;25:20
**duly (1)**
6:13

**E**

**easily (1)**
20:25
**ECF (2)**
7:16;16:4
**effect (1)**
21:18
**effectively (1)**
10:3
**efficient (1)**
20:16
**eight (1)**
10:14
**either (3)**
19:21;21:3;22:11
**else (7)**
6:4;7:10,12;19:23;
21:2;22:12;24:18
**email (1)**
26:13
**emergency (5)**
6:10;7:16;8:13;
13:23,24
**emerging (1)**
14:25
**encountered (1)**
5:8
**end (3)**
16:2;19:25;20:21
**endorsing (1)**
12:20
**engage (1)**
14:15
**engagement (1)**
14:4
**ensure (1)**
20:16
**enter (6)**
9:20,24;10:9;18:22;
19:9;20:15
**entered (3)**
19:6;20:6,25
**entering (3)**
13:13;14:25;18:11
**entitlement (2)**
18:3;19:15
**envision (1)**
9:11

**ERIC (2)**
4:16;7:7
**ESQ (3)**
4:7,15,16
**even (2)**
11:4;16:4
**everyone (1)**
5:2
**evidence (1)**
14:10
**ex (1)**
10:3
**exactly (1)**
5:24
**example (2)**
16:16;18:25
**except (1)**
5:14
**excuse (1)**
13:23
**exercise (1)**
19:20
**exist (1)**
14:17
**existence (1)**
21:19
**expect (2)**
21:1;26:7
**experience (1)**
10:13
**extent (3)**
20:18;25:1,21

**F**

**fair (1)**
16:10
**fallback (1)**
18:4
**far (1)**
23:9
**feel (3)**
9:11;14:13,14
**file (3)**
10:3,7,7
**filed (2)**
7:19;8:14
**filing (1)**
10:4
**finding (6)**
14:5,10,16;15:2;
17:23;21:19
**fine (20)**
10:24;11:15;12:8,
17;13:10;14:12;15:1,
18,24;17:16,18;
19:21;22:5,6,21;
23:22;24:1,13;25:16;
26:8
**firm (3)**
5:23;6:3;7:7
**first (5)**
10:24;13:21;14:1;

21:11;24:17
**Floor (1)**
4:4
**folks (1)**
5:23
**following (3)**
17:8,9;21:18
**foreign (7)**
6:2,15,17;8:11,12;
14:7;25:10
**foresee (1)**
25:8
**foreshadow (1)**
8:5
**foreshadowing (1)**
24:25
**form (5)**
9:21;11:5;12:5;
14:23;26:4
**formal (1)**
19:12
**formally (1)**
10:17
**forth (1)**
10:9
**forum (1)**
23:3,5,8
**forward (4)**
9:16;11:2;25:5;
26:16
**found (1)**
19:7
**framed (2)**
8:2;21:13
**framing (1)**
20:4
**fully (2)**
14:15;19:9
**funds (11)**
8:17;9:3;15:5,7,13,
16;17:25;19:3;21:15,
21;24:5
**further (1)**
20:5
**future (1)**
26:16

**G**

**genuine (1)**
20:11
**George (1)**
4:5
**gets (1)**
23:1
**given (1)**
24:15
**giving (1)**
11:6
**Good (4)**
5:2;6:8,23;7:5
**gosh (1)**
25:19

**GRAHAM (3)**
4:20;6:13,20
**Grand (2)**
4:5;15:5
**Great (6)**
7:9;14:21;17:17;
24:8;26:15,19
**greater (1)**
10:13
**guarantee (1)**
18:1
**guess (6)**
8:4;14:23;15:6,15;
17:6;19:23
**GUY (2)**
4:7;6:21

**H**

**half (1)**
10:14
**hands (1)**
13:20
**happening (1)**
25:2
**happy (2)**
12:11;22:5
**harm (5)**
17:23;18:2;19:13,
16,19
**hear (2)**
6:6;24:23
**heard (1)**
9:10
**hearing (18)**
5:3;6:10;9:22,25;
10:4,16,17;11:10,18;
12:1,4,7;13:4;25:3,
15;26:3,3,11
**held (1)**
8:17
**helpful (2)**
13:5;16:6
**Holdings (3)**
5:4;6:1,14
**home (1)**
24:24
**honestly (1)**
23:13
**Honor (24)**
6:8;7:5,8;8:9,21;
9:16,20;10:8;14:20;
15:20,22;16:14,22;
17:16;20:3,9;21:4;
22:9;24:22;25:6,15,
20;26:8,18
**Honor's (1)**
11:24
**hope (2)**
18:25;19:22
**House (1)**
4:4
**housekeeping (1)**

5:10

**I**

**identified (1)**
11:25
**identify (1)**
21:10
**images (1)**
5:13
**immediate (1)**
8:6
**immediately (2)**
17:8,9
**immobilized (1)**
18:1
**implementing (1)**
23:20
**implicit (1)**
14:24
**inadvertently (1)**
9:5
**Inc (2)**
5:4;6:14
**inception (1)**
14:13
**include (3)**
21:17;23:24;26:10
**includes (1)**
17:23
**including (3)**
7:17;8:16;11:6
**inconsistent (1)**
22:20
**inconvenient (1)**
11:19
**incorporate (1)**
9:14
**indeed (1)**
21:14
**independent (2)**
10:18,18
**indicated (1)**
18:18
**indiscernible (1)**
22:16
**information (2)**
25:14;26:11
**inherent (3)**
18:4;19:21;20:15
**initial (2)**
11:15;12:5
**injunction (2)**
17:22;19:20
**injunctive (1)**
18:4
**insert (5)**
14:9,22;17:7,10;
22:17
**insertion (1)**
16:8
**instance (1)**
16:19

**instructed (1)**
15:14
**intend (1)**
19:9
**intended (1)**
6:4
**intention (6)**
17:10,25;18:18,23;
22:7,19
**interest (6)**
16:9;17:1,2;21:14,
20,22
**interested (3)**
11:5,13;13:5
**interim (1)**
16:4
**into (4)**
9:14;15:5;20:7,10
**introduce (2)**
5:7,16
**investigation (1)**
25:10
**invitation (1)**
25:18
**irregardless (1)**
18:23
**irreparable (5)**
17:23;18:2;19:13,
16,19
**irretrievable (1)**
19:14
**Islands (1)**
6:22
**issue (9)**
15:6;18:11;20:4;
21:13,15;22:10,10;
23:10,17
**issues (4)**
14:17;23:5;24:21;
25:12
**Ivy (1)**
6:13

**J**

**John (4)**
6:12;8:10;14:19;
22:9
**joint (3)**
6:14,21,22
**Jones (2)**
5:3;22:1
**Judge (2)**
5:2;22:1
**jurisdiction (1)**
20:16
**justify (1)**
20:19

**K**

**KAYE (2)**
4:10;7:6

**keep (5)**
5:14,17,25;17:25;
18:11
**keeping (1)**
5:12
**keyed (1)**
26:3
**kind (2)**
12:14;20:7
**knowing (1)**
16:23
**Kwame (1)**
6:20
**KY1-9010 (1)**
4:5

**L**

**lack (3)**
12:14;13:6;16:5
**language (14)**
8:24;9:1,5,13,15;
14:20;15:17;16:25;
22:4,15;23:3,18,20;
24:17
**last (1)**
24:22
**later (4)**
7:11;14:17;17:15;
23:10
**law (1)**
17:21
**lawyers (1)**
6:3
**lead (1)**
6:6
**led (1)**
20:6
**left (2)**
9:1,5
**legal (2)**
17:19;18:6
**lessens (1)**
19:13
**likelihood (2)**
14:5,11
**limited (8)**
7:1,18,23;8:3,20;
10:13;15:3;23:21
**line (1)**
11:9
**liquidation (1)**
6:15
**liquidators (2)**
6:14,21
**liquidators' (2)**
6:22;8:13
**list (1)**
26:6
**litigated (1)**
23:1
**litigation (2)**
18:6;25:11

**little (2)**
24:16,23
**LLP (3)**
4:2,10;6:21
**long (3)**
10:8;12:20;24:12
**look (3)**
18:9;9;26:16
**looked (1)**
17:21
**looking (1)**
13:22
**looks (1)**
11:15
**lot (1)**
20:8
**Ltd (1)**
4:20

**M**

**main (2)**
13:2;14:7
**maintained (1)**
8:19
**makes (2)**
11:12;19:17
**making (1)**
8:16
**manipulate (1)**
20:25
**manner (1)**
9:21
**margin (1)**
22:3
**markup (1)**
13:13
**material (1)**
23:23
**materials (1)**
7:17
**matter (2)**
19:12,25
**may (10)**
11:4;16:22;17:13;
18:14;23:2,2,8;24:15;
25:11,14
**maybe (2)**
13:1,11
**mean (5)**
12:11;18:1,19;
23:13;25:17
**meaningful (2)**
14:4,14
**meaningfully (1)**
18:2
**meant (1)**
13:3
**meet (1)**
19:19
**memorializes (1)**
16:5
**mentioned (1)**

9:7
**met (1)**
    20:19
**might (5)**
    13:13;18:4,17,20,
    21
**mind (1)**
    13:16
**MINTZ (24)**
    4:15;7:6;9:15;
    10:23,25;11:1,17,21,
    24;15:22;16:21,22;
    20:3;21:4,11;22:1,15,
    22,24;24:7,15,20;
    26:9,21
**modification (2)**
    15:8;17:20
**modifications (2)**
    13:8;20:23;25:25
**modified (2)**
    13:12;14:23
**money (1)**
    18:19
**months (1)**
    10:15
**more (4)**
    5:20;11:14;20:7;
    21:5
**morning (6)**
    5:2;6:9,23;7:5,19;
    8:21
**motion (7)**
    7:16;9:1,4;10:3,3,7;
    13:23
**moving (1)**
    18:19
**much (7)**
    6:5;7:9;8:23;13:10;
    25:19;26:15,18
**muddle (1)**
    19:22
**muted (1)**
    5:14
**mutually (2)**
    12:8;15:17

**N**

**name (2)**
    6:12;8:18
**nature (1)**
    21:5
**necessarily (3)**
    17:20;21:6;25:8
**need (7)**
    5:18;7:11;9:11;
    20:6,13;24:20;25:23
**needed (1)**
    20:22
**New (2)**
    4:13;5:4
**next (6)**
    8:5;9:12,19;16:7;

17:8;25:2
**non-US (1)**
    23:5
**normal (1)**
    10:18
**normally (2)**
    10:2,6
**note (4)**
    7:2;8:20,24;14:2
**noted (5)**
    7:8;14:1,2;15:3,4
**notes (1)**
    5:10
**notice (10)**
    6:11;7:2;10:5,9,25;
    11:5,11;12:5;14:13;
    26:4
**notices (1)**
    10:11
**noting (1)**
    16:2
**notion (1)**
    23:1
**number (4)**
    5:5;8:15;13:22;
    16:4
**NY (1)**
    4:13

**O**

**object (4)**
    10:6;16:9,19;17:1
**objection (14)**
    7:1,23;8:3,20;
    11:19;12:1,7;13:6;
    15:3;18:10;21:5;
    23:21;26:2,11
**objections (1)**
    9:18
**observe (1)**
    19:24
**obviously (3)**
    9:12,17;26:9
**o'clock (1)**
    5:3
**October (1)**
    8:14
**odd (1)**
    17:24
**off (2)**
    5:12;6:7
**official (5)**
    6:14,15,21,22;8:13
**off-line (1)**
    13:11
**offshore (1)**
    9:3
**One (9)**
    5:22;6:20;7:13,14;
    15:3;16:13;17:19;
    18:15;25:12
**only (3)**

11:25;16:15;23:15
**onto (1)**
    15:2
**opportunity (2)**
    14:14;24:18
**oppose (1)**
    16:3
**opposed (1)**
    13:7
**opposition (2)**
    7:18;16:6
**opted (1)**
    20:7
**orally (2)**
    13:16;20:12
**order (51)**
    7:23;8:22,25;9:5,
    14,19,20;10:7,9,19,
    25;11:5,14,21;12:4;
    13:9,12,15,21,22;
    14:3,23,25;17:11,12,
    18,20;18:7,12,22;
    19:3,10;20:1,6,13,14,
    19,23;21:7,12,17,18;
    22:20;23:6;24:4,9;
    25:7,25;26:1,4,14
**Otherwise (2)**
    11:8;17:12
**ought (2)**
    13:15;25:4
**out (11)**
    8:4;9:1,4;10:11;
    17:15;18:19;19:5,7,
    15;24:2,6
**outcome (1)**
    13:19
**outset (1)**
    8:21
**outside (2)**
    15:7;23:16
**over (4)**
    5:20;7:14;8:7;
    18:14
**oversight (1)**
    9:4
**overstate (1)**
    11:22
**own (1)**
    24:16
**ownership (1)**
    23:2

**P**

**page (1)**
    24:12
**papers (6)**
    8:3;9:10,22;10:5,
    10;17:21
**paragraph (12)**
    14:1,2,4;15:2,24,
    25;16:5,7;21:11;
    22:15,25;23:20

parenthetical (1)
    24:3
**part (5)**
    9:25;10:17;19:11;
    20:11;21:8
**parte (1)**
    10:3
**participate (1)**
    5:8
**participating (2)**
    5:12,13
**particular (2)**
    7:25;9:9
**particularly (1)**
    5:23
**parties (4)**
    10:5;11:6;23:4,16
**parties' (1)**
    9:18
**partly (1)**
    20:11
**party (2)**
    16:17;19:3
**party-in- (2)**
    16:8,25
**path (1)**
    12:17
**payment (6)**
    8:18,19;9:9;15:14;
    21:21;24:4
**Payments (1)**
    18:19
**pending (1)**
    18:5
**people (4)**
    5:13;22:18,19;
    25:17
**person (1)**
    25:21
**petition (2)**
    7:15;20:17
**petitioners (9)**
    5:21;6:2,7,15,18;
    8:8,15;14:6;22:4
**petitioners' (1)**
    15:11
**Petitioners/Foreign (1)**
    4:3
**PI (1)**
    20:18
**Pillsbury (5)**
    5:23;6:3,12;8:10;
    14:19
**PINTARELLI (44)**
    6:8,12;7:5,14;8:8,9,
    10;10:2,22;12:9,11,
    16,19,22,25;13:11;
    14:9,19,19;15:4,9,20;
    16:12,13;17:3,16;
    18:9,17;20:9;22:9,9,
    14,24;23:11,13;24:2,
    9,11,14,17;25:6;26:8,
    13,18

**Pittman (2)**
    6:13;8:10
**place (2)**
    12:2;26:5
**plan (1)**
    7:10
**Planet (6)**
    8:19;9:9;15:14;
    18:19;21:21;24:4
**planning (1)**
    7:12
**players (1)**
    11:13
**playing (2)**
    18:12;19:1
**please (1)**
    5:23
**point (8)**
    21:23;22:14;23:9,
    10,12,25;25:6,8
**points (2)**
    21:4;24:22
**PORTER (2)**
    4:10;7:6
**position (1)**
    25:1
**possible (1)**
    25:21
**potentially (1)**
    19:14
**powers (1)**
    18:5
**preclude (2)**
    13:20;14:17
**prefer (1)**
    19:5
**prejudging (1)**
    21:13
**prejudice (1)**
    17:13
**preliminaries (1)**
    5:19
**preliminary (3)**
    17:22;18:3;19:20
**prepared (1)**
    7:22
**PRESENT (2)**
    4:19;13:6
**preserve (6)**
    15:14;16:1,25;18:5;
    19:17;20:15
**preserving (1)**
    22:11
**presumably (1)**
    17:2
**pretty (2)**
    8:2;13:10
**preventing (1)**
    19:4
**printout (1)**
    22:2
**probably (2)**
    5:11;11:25;24:2

**problem (4)**
12:18;14:20;22:15;
23:22
**problems (1)**
13:18
**procedural (1)**
16:10
**procedurally (2)**
9:25;10:2
**procedures (1)**
10:8
**proceed (1)**
10:25
**proceeding (4)**
14:7,7,12;23:15
**proceedings (2)**
25:9;26:22
**process (1)**
10:19
**processing (1)**
8:18
**proper (1)**
23:7
**properly (1)**
10:1
**property (3)**
21:14,20,21
**propose (1)**
9:13
**proposed (17)**
7:23;8:25;9:13,14;
10:7;11:21;12:7;13:9,
12,22;14:3,5,22;17:7;
23:3;24:4;26:13
**Protection (1)**
15:25
**provide (2)**
10:9;25:1
**provisional (5)**
7:16;8:14,15;13:24;
26:1
**purpose (1)**
23:14
**pursuant (1)**
13:24
**put (1)**
22:2

**Q**

**quick (1)**
13:4
**quickly (2)**
12:6;17:21
**quietly (1)**
19:24
**quo (4)**
15:14;18:5;19:18;
22:11

**R**

**raise (1)**

22:23
**raised (4)**
16:7;21:5;22:25;
24:22
**raising (1)**
14:17
**rationale (1)**
20:20
**reaching (1)**
22:11
**read (8)**
7:15,18,22;9:10;
11:14,15;12:5;22:20
**ready (1)**
7:13
**really (5)**
6:11;11:6;15:6;
19:10;20:5
**reason (3)**
12:10;14:9;20:10
**reasonable (2)**
12:12,14
**reasonably (1)**
7:20
**reasons (2)**
18:15;20:8
**reassure (1)**
19:8
**recap (1)**
25:24
**receive (1)**
10:5
**recognition (6)**
9:22;10:6;11:2;
25:3,7;26:3
**recognitioning (1)**
25:15
**recognizing (1)**
24:3
**recommended (1)**
26:2
**record (8)**
5:17;6:1;7:3,11;
18:18;20:12;21:3,8
**redline (2)**
14:23;20:24
**reference (1)**
6:1
**referring (1)**
22:25
**reflected (1)**
20:13
**reframes (1)**
18:6
**refused (1)**
15:5
**regarding (3)**
21:19;23:2;26:11
**reiterate (1)**
9:11
**relates (1)**
16:16
**relief (10)**

7:16;8:14,15;9:6;
13:7,23,24;16:3;18:4;
26:1
**relocate (1)**
17:25
**remarks (1)**
5:16
**representation (1)**
19:12
**Representatives (5)**
4:3;6:2,16,17;8:11
**representatives' (1)**
25:10
**representatives/joint (1)**
8:13
**representing (4)**
5:24;6:16,17,25
**represents (1)**
15:13
**request (4)**
6:10;8:13;13:24;
19:1
**requested (2)**
9:20;10:17
**requests (1)**
12:12
**reservation (5)**
7:2,18;8:4;21:6;
23:21
**resolution (1)**
22:12
**respect (4)**
9:8,21;11:2;12:12
**respond (2)**
17:13;23:12
**response (3)**
20:4;21:12;22:3
**rest (2)**
14:12;17:17
**restrains (1)**
24:4
**restricted (1)**
23:4
**review (1)**
10:19
**reviewed (1)**
17:21
**revised (1)**
9:14
**right (10)**
12:2;16:19,25;17:7,
11,13;18:16,16;
21:16;25:7
**rights (11)**
7:2,19;8:4;16:1,9,
24;17:7,9,9;21:6;
23:21
**ripe (1)**
9:24
**risk (1)**
18:2
**ROBINSON (3)**
4:20;6:13,20

**rules (1)**
16:10
**ruminations (1)**
19:24

**S**

**same (1)**
24:12
**satisfy (1)**
19:16
**saw (1)**
8:20
**scheduling (1)**
26:5
**SCHOLER (2)**
4:10;7:6
**screen (2)**
5:14;7:7
**SDNY (1)**
10:14
**second (1)**
7:15
**Section (2)**
8:16,16
**Sections (1)**
13:24
**seeing (1)**
26:16
**seek (4)**
8:15;9:7,17;18:21
**seeking (3)**
16:15,17;18:15
**seem (2)**
11:12;12:15
**seemed (1)**
16:10
**seems (1)**
17:22
**send (1)**
10:11
**sense (3)**
11:12;15:19;19:17
**sentence (3)**
15:12,12;16:3
**sequence (1)**
11:17
**service (1)**
9:21
**set (2)**
10:4,8
**setting (1)**
9:22
**shall (1)**
21:18
**share (3)**
7:24;13:16;25:14
**Shaw (2)**
6:12;8:10
**short (1)**
24:16
**shortened (2)**
6:11;7:2

**showing (2)**
19:13,19
**shrift (1)**
24:16
**signed (1)**
5:24
**simple (1)**
20:11
**sit (2)**
16:24;19:24
**slightly (1)**
5:25
**slow (1)**
12:20
**small (1)**
5:22
**Solutions (1)**
8:19
**someone (1)**
14:17
**sometimes (1)**
25:17
**somewhere (1)**
22:12
**soon (1)**
11:11
**sorry (2)**
24:15,24
**sort (8)**
8:5;10:18;13:12;
15:17;17:14;19:12;
23:25;25:13
**sought (6)**
9:3;13:8,8;15:6,13,
16
**sounds (1)**
26:6
**speak (6)**
5:15;7:10,12;8:8;
16:20;19:23
**speaking (2)**
5:15;26:9
**specify (1)**
5:23
**speed (1)**
7:20
**SPGK (20)**
4:11;6:25;7:8,19;
8:19;9:3;13:5;14:1;
15:2,5,11,12;16:3,7,
16,18;17:8,24;18:14;
19:23
**SPGK's (2)**
8:25;9:13
**stakeholder (1)**
16:1
**standard (4)**
17:23;19:19,20;
20:18
**standing (4)**
15:15;17:1,3;25:20
**start (3)**
5:16;6:9;14:10

ASCENTRA HOLDINGS, INC.& GRAHAM ROBINSON & IVY CHUA

November 1, 2021

**starter (1)**
13:17
**state (2)**
5:22;7:3
**stated (1)**
23:20
**statement (3)**
15:5;21:17;22:6
**States (5)**
16:1;18:13;23:2,15,
16
**status (4)**
15:14;18:5;19:17;
22:11
**stay (5)**
17:24;19:3,4,6;
23:15
**step (1)**
20:5
**steps (2)**
8:5;9:12
**Street (1)**
4:12
**struck (1)**
14:3
**stuck (2)**
11:17;12:18
**subject (4)**
9:17;10:19;13:8;
25:9
**submit (3)**
14:22;20:23;24:7
**submitted (1)**
19:2
**submitting (1)**
13:12
**substance (2)**
14:4,15
**substantial (2)**
14:5,11
**subtractions (1)**
8:24
**successfully (1)**
14:6
**sufficient (1)**
25:13
**suggest (2)**
11:8;17:5
**suggested (2)**
21:13;22:15
**supporting (1)**
7:17
**sure (10)**
5:16,25;8:9;10:15,
23;11:17;12:4;18:6;
21:10;24:18

**T**

**tacking (1)**
16:2
**talk (4)**
8:5;11:9;25:19;

26:2
**talked (2)**
13:11;20:3
**talking (2)**
10:24;13:11
**targets (1)**
25:11
**teed (1)**
10:1
**terminology (1)**
13:7
**terms (1)**
5:25
**Thanks (7)**
6:5,23;15:23;19:8;
25:16,19;26:15
**that'll (2)**
12:8;15:18
**theoretical (1)**
19:18
**therein (1)**
10:9
**thinking (3)**
13:13;18:4;20:22
**third-party (1)**
19:2
**thought (3)**
14:8;15:10;18:8
**thoughts (2)**
7:24;24:17
**three (1)**
14:13
**tie (1)**
13:20
**timing (1)**
11:12
**tinker (1)**
10:16
**today (15)**
6:19;7:11,12;8:12;
10:17;16:24;20:22;
21:1,3,8;22:8,19;
25:23;26:7,17
**today's (2)**
9:25;10:15
**to-do (1)**
26:6
**together (2)**
10:21;25:24
**told (1)**
5:11
**took (1)**
7:2
**top (2)**
5:14;13:3
**touch (1)**
11:19
**Town (1)**
4:5
**track (1)**
10:18
**transfer (9)**
9:3;15:13;18:21;

19:1,3,6,7,14;24:4
**transferred (2)**
15:7,16
**true (1)**
16:22
**turn (4)**
7:14;8:3,7;13:1
**turnaround (1)**
13:4
**turning (1)**
5:20
**tweaks (1)**
13:20
**two (2)**
11:8;21:4
**typically (1)**
17:22

**U**

**ultimately (1)**
23:1
**under (3)**
8:15;9:6;18:22
**undermine (1)**
18:3
**understood (1)**
21:8
**undertake (1)**
17:14
**unexpectedly (1)**
7:11
**unfortunately (1)**
8:25
**United (5)**
16:1;18:13;23:2,15,
16
**universe (1)**
10:13
**Unless (2)**
12:9;23:22
**unnecessary (1)**
19:22
**unreasonably (1)**
12:20
**up (5)**
5:24;7:20;8:23;
10:1;11:9
**updated (1)**
15:17
**used (2)**
10:15;13:7
**using (1)**
5:24

**V**

**validity (1)**
21:20
**version (2)**
14:25;20:24
**video (1)**
6:19

**view (2)**
11:4;18:9
**void (1)**
19:7

**W**

**wants (1)**
6:6
**way (7)**
5:18;7:21;13:18;
19:21;20:12;21:12;
25:22
**wedded (1)**
21:6
**welcome (1)**
7:20
**weren't (1)**
23:4
**West (1)**
4:12
**What's (3)**
18:8;22:23;25:22
**whereby (1)**
8:15
**Whereupon (1)**
26:22
**WHITNEY (2)**
4:16;7:7
**whole (1)**
22:10
**Willow (1)**
4:4
**Winthrop (2)**
6:12;8:10
**wire (1)**
19:1
**wish (1)**
8:22
**within (1)**
23:15
**Without (2)**
16:22;22:5
**Word (4)**
14:24;17:7,8;20:24
**wording (1)**
23:25
**words (1)**
16:9
**work (3)**
11:18;24:6;25:24
**workable (1)**
14:18
**working (1)**
24:16
**works (1)**
11:10
**world (1)**
12:13
**worth (1)**
16:2
**wrote (1)**
22:3

**Wu (1)**
6:19

**Y**

**York (1)**
4:13

**Z**

**zero (1)**
10:14

**1**

**1 (1)**
22:22
**10 (1)**
5:3
**10019 (1)**
4:13
**105a (2)**
13:25;18:22
**11 (1)**
10:10
**11:32 (1)**
26:22
**15 (8)**
5:4;9:22;10:5,13;
16:4;20:17;23:14,14
**1519 (3)**
8:16;9:6;13:25

**2**

**2 (4)**
16:5;22:22,23,24
**21-11854 (1)**
5:5
**250 (1)**
4:12
**28th (1)**
8:14

**3**

**3 (1)**
21:11
**362 (1)**
8:17

**4**

**4 (3)**
22:15,25;23:20
**4th (1)**
4:4

**5**

**5 (1)**
16:7
**55th (1)**

ASCENTRA HOLDINGS, INC.& GRAHAM ROBINSON v. IVY CHUA

November 1, 2021

| 4:12 | | | | |
|---|---|---|---|---|
| **7** | | | | |
| **7 (1)**<br>7:16 | | | | |
| **7a (1)**<br>13:22 | | | | |
| **9** | | | | |
| **9 (1)**<br>8:15 | | | | |