**To:**      Masami Nakano[masami@hec-global.net]
**From:**    Timothy Ashcroft[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=39AC32E5A265494BB8922F97A96DD4CA-TA]
**Sent:**    Mon 3/20/2017 6:28:57 PM (UTC)
**Subject:** Fwd: Urgent Request

Timothy Ashcroft

Begin forwarded message:

**From:** Ted Sanders <tedsanders@hec-global.net>
**Date:** March 20, 2017 at 11:17:45 PDT
**To:** Ryunosuke Yoshida <ryu@tiraworks.com>, Marty Matthews <martymatthews@live.com>
**Cc:** Timothy Ashcroft <ta@hec-global.net>, Yoshio <webdream@abox4.so-net.ne.jp>, Ted Sanders
<ts@ShangPengGaoKe.cn>
**Subject: RE: Urgent Request**

Hi Marty:

Assuming we have 41,700 SPGK accounts (February) and all the accounts buy 25 more tangible product
points, the proposal would cost $197,000 per month and would require an additional 3,450 accounts to offset
the cost. Under current sales and product mix, the cost per point for tangible products is $1.31 exclusive of
freight compared with $1.00 for Teetek increasing the cost per account by $7.75. The following is a
summary:

| | Current Program | | | | Proposed Program | | | | Chang |
|---|---|---|---|---|---|---|---|---|---|
| | TeeTek | Tangible | Total | | TeeTek | Tangible(1) | Total | | |
| Cost per Point | $ 1.00 | $ 1.31 | | | $ 1.00 | $ 1.31 | | | |
| Points | 100 | 25 | 125 | | 75 | 50 | 125 | | |
| Total | 100 | 32.75 | 132.75 | | 75 | 65.5 | 140.5 | | |
| | | | | | | | | | |
| Variable Margin | 54% | 24% | 47% | | 54% | 25% | 41% | | |
| Variable $ per account | $ 54.00 | $ 7.86 | $ 61.86 | | $ 40.50 | $ 16.64 | $ 57.14 | | $ ( |
| | | | | | | | | | |
| Buying Accounts | 41,700 | 41,700 | 41,700 | | 41,700 | 41,700 | 41,700 | | |
| Variable Profit | $ 2,251,800 | $ 327,762 | $ 2,579,562 | | $1,688,850 | $693,763 | $2,382,613 | | $ (196 |
| New Accounts needed | | | | | | | | | 3 |

(1) assumes incremental warehouse expense of $0.70 per account

Best regards,

**Ted Sanders**
1 Park Plaza, Suite 800
Irvine, CA 92614
Tel 949.265.7750 x155

**From:** Ryunosuke Yoshida [mailto:ryu@tiraworks.com]
**Sent:** Sunday, March 19, 2017 11:33 PM

EXHIBIT
6

**To:** Marty Matthews <martymatthews@live.com>
**Cc:** Timothy Ashcroft <ta@hec-global.net>; Ted Sanders <tedsanders@hec-global.net>; Yoshio <webdream@abox4.so-net.ne.jp>; Ted Sanders <ts@ShangPengGaoKe.cn>
**Subject:** Re: Urgent Request

松浦さん

お世話になっております。吉田です。

以下マーティからティムとテッドへのメールになります。

ご確認頂けましたら幸いです。

吉田

On Mon, Mar 20, 2017 at 1:57 PM, Marty Matthews <martymatthews@live.com> wrote:

 Tim and Ted,

ティム、テッド


 I think we URGENTLY need a 'game changer' for SPGK to reverse negative momentum

 and increase new registrations and reactivate existing Agents who are idle.

SPGKのマイナス状況を打破し、新しい登録者を増やし、現在の活動的ではないエージェントを復活させるために、変革を起こす必要があります。


 As soon as my trial testimony was completed on Friday,

 I could make this suggestion to Yoshio who was receptive, but he is cautious

 as he does not have financial clarity.

私の裁判が金曜日に終わったため、この提案を松浦さんにしました。
松浦さんは受け入れてくれてはいますが、慎重になっており、且つ財務面での影響を更に知りたいと思っております。


 Tim now understands this concept and he is supportive.

 I have not told Jessie, as I thought this should be discussed at executive level first.

 I did not want her counting on this announcement as she prepares for tomorrow.

ティムはこのコンセプトを理解しており、支持しています。
ジェシには伝えていません。何故かというと、これはまずエグゼクティブレベルで話し合うべきだと思ったからです。
彼女が明日の準備をするにあたって、本発表に期待をしすぎないようにするべきだと思ったからです。


 Tomorrow we have a critical meeting with all SPGK leaders, as I said, we need a 'game changer'.

明日SPGKリーダー全員と重要な会議があり、申し上げていた通り、変革が必要です。


I propose reducing TeeTek to $75 USD and 75 SV, starting April 1.

The reason is its' perceived value has slipped and some apps have reliability issues with firewall.

This is mainly a factor for the ASRs who are required to buy TeeTek.

(Others don't because they want more than 25 SV in health product each month.)

私の提案は4月1日よりTeeTekを75USDと75SVに下げることです。
理由は、本商品の価値は見合わなくなっており、複数のアプリはファイヤーウォールにより信頼面での問題が発生しているからです。
これはTeeTekの購入を条件とされているASRに対して重要な要点になります。
（他はそうでもありません。何故かというと毎月健康商品で25SV以上ほしいと思っているからです。）


Qualifying SV would remain the same at 125 SV.

So now instead of paying about $100 for TeeTek and $30-$31 for another 25 SV in Health Products = $130-$131 USD

Agents would pay $75 for TeeTek and $60-$62 for another 50 SV in Health Products = $135-$137 USD

達成条件のSVは125SVのまま維持されます。
そのため、TeeTekに100USD払い、健康商品の25SVを獲得するために30ー31USD払うより（この場合支払っている合計金額は約130ー131USD）、
エージェントはTeeTekに75USD払い、健康商品の50SVを獲得するために60ー62USDを払う法を好みます（この場合支払っている合計金額は135ー137USD）。


The extra $5-7 will pay the cost of the health products in the 25 SV.

Actually, even if we assume the IT Apps have $0 cost -

I expect for skin care products we would break even, as skin care items are more profitable.

For nutrition, we would probably lose about $1 (0.75%), since it would take 2 DefendsX or 2 Innergy for 25 SV

and their cost is about $3.50 - under $4.00 each.

多めに入る5ー7USDは、健康商品の25SV分の原価分相当となり、その分を払います。
実際には、もしITアプリのコストを0USDと仮定した場合、
スキンケア商品はブレークイーブンになると思います。それはスキンケアの利益率は高いからです。
栄養商品に関しましては、約１USD（0.75%）の損失になると思います。それは25SVを達成するにはDefendsX及びInnergyが2つ必要となるからです。コストはそれぞれ約3.5〜4USDです。

For Agents buying TeeTek, this would DOUBLE the tangible product they would receive from 25SV to 50SV worth,

for just $5-7 more. This would be very significant.

TeeTekを購入しているエージェントからしたら、5ー7USD多めに払うことにより、25SVから50SV
増額分で、2倍の有形商品が手に入ることになります。
これは大きな違いです。


We can't just keep slashing overhead, marketing, and support services and expect to increase revenues

without any new products to promote.

We need a game changer now.

コスト、マーケティング、サポートサービスの削減を進めても、新しい商品を提案せずに上利上げ
が増加することはありません。
変革が必要です。


Ted, can you quickly confirm my basic thinking for Yoshio, so we can hopefully announce tomorrow?

テッド。私の基本的な考えを、松浦さんのために正しいか確認頂けますか？ そしたら、明日発表
することができるかもしれません。


Thanks, Marty


--
Ryunosuke Yoshida
CEO | Tiraworks Ltd.
Tel: +852-9353-1111 | Email: ryu@tiraworks.com
Skype: ryunosuke425 | LINE: ryuyoshida425