Cc:      Ted Sanders[ts@ShangPengGaoKe.cn]; Marty Matthews[mm@ShangPengGaoKe.cn]
To:      Masami Nakano[masami@ShangPengGaoKe.cn]
From:    Motohiko Homma[homma@restpo.com]
Sent:    Wed 4/4/2018 1:14:09 AM (UTC)
Subject: Re: Ascentra/SPGK cancelation Agreement
Signed Cancelation Agreement.pdf

Masamiさん

お疲れ様です。
サインした書類を添付にて返信します。
宜しくお願い致します。

Homma


iPhoneから送信

2018/04/04 6:13、Masami Nakano <masami@ShangPengGaoKe.cn>のメール:

> 本間さん
> 失礼しました。添付がサイン済のものです。
> よろしくお願いします。諒深
>
> From: Masami Nakano
> Sent: Tuesday, April 3, 2018 2:13 PM
> To: Motohiko Homma <homma@restpo.com>
> Cc: Ted Sanders <ts@ShangPengGaoKe.cn>; 'Marty Matthews' <mm@ShangPengGaoKe.cn>
> Subject: FW: Ascentra/SPGK cancelation Agreement
>
> 本間さん
> お疲れ様です。
> 以下テッドのメールの翻訳です。
> また添付がマーティがサイン済みの契約書です。
> よろしくお願いします。
> 諒深
>
> From: Ted Sanders
> Sent: Tuesday, April 3, 2018 1:20 PM
> To: Masami Nakano <masami@ShangPengGaoKe.cn>
> Cc: Marty Matthews <mm@ShangPengGaoKe.cn>
> Subject: Ascentra/SPGK cancelation Agreement
>
> Homma-San,
> 本間さん
>
> Attached is an agreement drafted by Tom Poletti canceling the original Memorandum of Understanding between Ascentra and Growth Today that we discussed last night. To summarize, the agreement begins by acknowledging that the purpose of the MOU was to establish a separate business for Ascentra's China business and required payments between the two companies. It further acknowledges that the agreement was not followed and the ownership steps were never taken. Therefore, both Ascentra and Growth Today wish to return all assets as if the agreement had not taken place.
> 添付がトム・ポレッティが作成した契約書です。昨日ご説明させていただいたように、これの契約書はアセ

EXHIBIT
6

ントラとグローストゥデイの間で交わされた覚書をキャンセルする内容になります。概要は、覚書の目的はアセントラの中国ビジネスのために別のビジネスを作り、２社間での支払いを条件にしたことを認識することから始まります。そして、契約はその後追及されることなく、オーナーシップの手続きは何も実行されないままでしたという認識が続きます。従いまして、アセントラとグローストゥデイは契約がもともと無かったかのように、すべての資産を返却します。

Both Ascentra and Growth Today agree that MOU was not legally completed; was not legally binding. Homma-San and SPGK agree to return all tangible and intangible assets. Both Ascentra and SPGK agree to cooperate and take actions necessary to cancel the MOU. Let me know of you require a translation. If not, please sign the agreement and I will obtain Marty's signature as well.
アセントラとグローストゥデイは、覚書が法的には完了しなかったので法的効力はないことに同意します。本間さんとSPGKはすべての有形＆無形資産を返却することに同意します。アセントラとSPGKは協力して覚書をキャンセルするのに必要な行動を取ることに同意します。
契約書すべての翻訳が必要でしたらお知らせください。マーティのサインも取得します。

Best regards,

**Ted Sanders**
200 Spectrum Center Drive
Irvine, CA 92618
**Tel 949-466-6050**

<Signed Cancelation Agreement.pdf>