**To:** webdream[webdream@abox4.so-net.ne.jp]; moto h[motox2014x@gmail.com]
**Cc:** Marty Matthews[mm@ShangPengGaoKe.cn]
**From:** Masami Nakano[masami@ever-innovation.com]
**Sent:** Tue 2/5/2019 5:55:00 PM (UTC)
**Subject:** RE: 報告

2 emails (Moto and Yoshio) are translated below.

-----Original Message-----
From: webdream <webdream@abox4.so-net.ne.jp>
Sent: Tuesday, February 5, 2019 5:08 AM
To: moto h <motox2014x@gmail.com>
Cc: Marty Matthews <mm@shangpenggaoke.cn>; Masami Nakano <masami@ever-innovation.com>
Subject: Re: 報告

了解しました。窮地の時にクリスマイナーからの依頼を受け中国に協力ありがとうございました。
引き継ぎが吉田さんなら安心です。

※ちなみに吉田さんのディレクター任命は昨年、12月に役員会議で適任となり承認されました。

Understood. Thank you for your cooperation with regards to China when Chris Miner asked for it.
I am relieved that Ryu has taken over.
* Ryu's appointment to the director was approved at the directors meeting last December.

Yoshio

iPhoneから送信

2019/02/05 20:17、moto h <motox2014x@gmail.com>のメール:

> 各位
>
> この度Growth Todayの全株式を吉田氏に売却しました。
> 受取った売却金はアセントラに充当します。
>
> 私、Motohiko Hommaはアセントラの役員会議において役員を辞任し吉田氏を任命し決定しましたので報告します。
>
> Homma

To all-
This is to inform you that I have sold all my shares of Growth Today to Mr. Yoshida.
The sales proceeds will be provided to Ascentra.
I also would like to let you know that I have resigned the board of Ascentra and appointed Mr. Yoshida.

Homma

