| | |
|---|---|
| **From:** | Luke Yoshida <luke@spgk.com> |
| **Sent:** | Thu, 12 Sep 2019 20:58:16 -0400 (EDT) |
| **To:** | Paul Levine <Paul.Levine@planetpayment.com> |
| **Cc:** | Ray Rafaty <Ray.Rafaty@planetpayment.com> |
| **Subject:** | Re: Travel to Asia |

Dear Paul

I'm confirming Yoshio's schedule. I will get back with you shortly.

Thank you!

Best Regards,

Luke

---

差出人: Paul Levine <Paul.Levine@planetpayment.com>
送信日時: 金曜日, 9月 13, 2019 1:44
宛先: Luke Yoshida
Cc: Ray Rafaty
件名: RE: Travel to Asia

Dear Luke,

Yes, I would like to meet Yoshida that same week too. I have met the rest of the former team including Motohiko so meeting Yoshida and yourself is important for the relationship. Our partnership should be built on mutual trust too and meeting in person helps solidify that. Please let me know if it would be better to meet with Yoshida at the beginning of the week (Tuesday or Wednesday) or the end of the week (Friday). We can meet in Tokyo or elsewhere depending on his schedule.

Thank you for the explanation surrounding Ascentra Group and SPGK. I think that is sufficient at this time and we do not need to see anything further relating to Ascentra Group.

Lastly, thank you for also explaining the issue below and your strategy of being compliant and well managed. As we say in the USA... that is "music to our ears". Long term it is always the best strategy.

Warm regards,

Paul

**From:** Luke Yoshida [mailto:luke@spgk.com]
**Sent:** Thursday, September 12, 2019 5:14 PM
**To:** Paul Levine <Paul.Levine@planetpayment.com>
**Cc:** Ray Rafaty <Ray.Rafaty@planetpayment.com>
**Subject:** Re: Travel to Asia

Dear Paul

Thank you for your email. Noted regarding your visit during 7th October. I will be in Hong Kong that week to meet with you. Unfortunately Yoshio will not be in Hong Kong that week. Will you want to meet him in Japan during the same week?

CONFIDENTIAL

EXHIBIT 13

PLANET_001714

The current status of SPGK is that it is a Spinoff from the Ascentra Group. Therefore it would be better to consider it as a separate entity. Ascentra is a vendor of SPGK to offer certain products (IT, beauty, healthcare products) and services (Customer Service).

I am glad to know that Planet Payment has a strong relationship with CUP. It will be crucial for operating our business.

In regards to the article you shared, thank you for bringing this up. We confirm that this article has been around for years, and we have noticed it has been reposted occasionally. We assume there is somebody with a bad intent to harm the company making such posts through a PR network. As an evidence, you may notice that the same articles are posted on multiple media's around the same period, and the article is referring to events back in 2016 when SPGK was launched (No clear mention of recent events). Below is the same article posted in March, April, May this year with the same contents.
http://baijiahao.baidu.com/s?id=16273447659490611145n
https://www.yumican.com/zmite/vnct/20190410/11789.html
http://www.jiulianbaodeng.com/otigm/spta/20190508/11617.html

We have an internal process to suspend/terminate any suspects that may have spread illegal or untrue information about the company. And we have implemented these measures to control our customers actions, and educate them. We continue to work on implementing more measures to manage such situations. One of the new initiatives has been monitoring of the situation online & offline, additionally we are also planning to hold a compliance training for our leaders so that the right actions are taken.

I hope above gives you sufficient explanation on our intent to be more compliant and well managed.

Best Regards,

Luke

---

差出人: Paul Levine <Paul.Levine@planetpayment.com>
送信日時: 2019年9月12日 22:19
宛先: Luke Yoshida <luke@spgk.com>
CC: Ray Rafaty <Ray.Rafaty@planetpayment.com>
件名: Travel to Asia

Dear Luke,

I reviewed my travel schedule and unfortunately I am not able to travel the week of September 23rd, I have a family commitment preventing such.

My current plan is to be in HK the week of October 7th...knowing that the 7th isChung Yeung Festival...likely arrive Tuesday evening or Wednesday morning. I can stop in Tokyo, Taipei or Singapore either on the way to HK or on the way back to the USA. My preference would be to see you in HK, see your operation, and also meet Yoshio Matsuura...wherever is convenient for him and you. If we meet with Yoshio outside of HK I would prefer if you were there too since my Japanese is lacking :) Planet does have offices in Tokyo and Singapore with employees that can speak multiple languages if necessary.

Attached are previous legal entity organization charts that SPGK supplied in 2017. Based on SPGK prior conversations I believe SPGK had to pay a "royalty" to Ascentra for the China business. We need to know if this is still the case...we are required to understand the money-flows for businesses that we provide UnionPay services for.

Please keep in mind that Planet is the ONLY Acquirer/Processor in the world that is able to process UnionPay transactions for Cayman Islands legal entities. Outside of mainland China we are their most trusted partner so we have to ensure our underwriting process and due diligence are thorough. It can sometimes be "painful" to provide all the necessary documentation up-front however once we have the business documented and approved there are no further hurdles other than providing annual financial information.

Lastly, I sent you over a possible issuehttps://www.sohu.com/a/336076101_120155278 that our risk team became aware of. Planet has risk solutions that monitor social media and search engines on our clients to identify any issues that could affect them and

CONFIDENTIAL                                                                                                                              PLANET_001715

subsequently Planet. We wanted to make you aware of this especially in light of the previous Interush issue that caused so much pain for the company. It may be related to the old issue however thought best for you to review and let us know your thoughts.

We are looking forward to meeting you next month and supporting the evolving business.

Warm regards,

Paul



Paul Levine
SVP, Planet Payment Inc., &
President, Planet Payment Solutions
T561-859-0901
M561-685-2345

 Link

Our new website is now live - please do check it out here

Disclaimer • Registered Companies

CONFIDENTIALITY NOTICE: This e-mail may contain confidential and/or privileged information belonging to the sender and is only to be used by the intended recipient. Unless you are the intended recipient (or authorized to receive on their behalf), you may not: (a) use or act in reliance on this e-mail message or attachments, and/or (b) copy or disclose to anyone this e-mail message or any information contained in or attached to this e-mail message. If you received this in error, please advise the sender by reply e-mail and delete this message and any attachments.

CONFIDENTIAL                                                                                                                    PLANET_001716