**From:** "Paul Levine" <plevine@planetpayment.com> on behalf of Paul Levine <Paul.Levine@planetpayment.com>
**Sent:** Fri, 20 Sep 2019 09:40:59 -0400 (EDT)
**To:** Luke Yoshida <luke@spgk.com>
**Subject:** RE: SPGK Change of Settlement Account

My pleasure.

Hope your week is going well. Any progress on setting a date with Mr. Yoshida and yourself the week of October 7th? I am open to meeting Mr. Yoshida where ever it is convenient for him. I am meeting with UnionPay in Shanghai that week too so trying to finalize dates.

Hope you have a great weekend.

Warm regards,

Paul

**From:** Luke Yoshida [mailto:luke@spgk.com]
**Sent:** Thursday, September 19, 2019 10:50 PM
**To:** Paul Levine <Paul.Levine@planetpayment.com>
**Subject:** RE: SPGK Change of Settlement Account

Hi Paul

Thank you!

Best Regards,

Luke

**From:** Paul Levine <Paul.Levine@planetpayment.com>
**Sent:** Thursday, 19 September 2019 5:02 AM
**To:** Luke Yoshida <luke@spgk.com>
**Subject:** RE: SPGK Change of Settlement Account

Hi Luke,

We should be able to provide a proof of funds document. Let me ask internally and see what is available.

Warm regards,

Paul

**From:** Luke Yoshida [mailto:luke@spgk.com]
**Sent:** Tuesday, September 17, 2019 6:42 AM
**To:** Paul Levine <Paul.Levine@planetpayment.com>
**Subject:** Re: SPGK Change of Settlement Account

Hi Paul

Please find the bank wire instruction document from Shanghai Commercial & Savings Bank from Taiwan.

I am still working on the letter from the banks.

Separately, DBS is asking for supporting documents for proof of funds. Do you have any suggestions on what documents could be provided?

Best Regards,

CONFIDENTIAL

EXHIBIT 14

PLANET_002383

Luke

送信元: Paul Levine <Paul.Levine@planetpayment.com>
日付: 2019年9月16日 月曜日 23:19
宛先: Luke Yoshida <luke@spgk.com>
件名: RE: SPGK Change of Settlement Account

Hi Luke,

Hope you had a nice weekend.

Please find attached an Planet "About Us" that you may find helpful with the banks in Singapore, Cayman Islands and Taiwan.

I am working this week with our accounting department on getting the regions approved for payment and how we can manage volume between the different banks.

Warm regards,

Paul

**From:** Luke Yoshida [mailto:luke@spgk.com]
**Sent:** Friday, September 13, 2019 12:51 AM
**To:** Paul Levine <Paul.Levine@planetpayment.com>
**Cc:** Winnie Lo <winnie@hec-global.net>; Masami Nakano <masami@ever-innovation.com>; Ray Rafaty <Ray.Rafaty@planetpayment.com>
**Subject:** Re: SPGK Change of Settlement Account

Dear Paul

Please find below bank wire information from DBS Singapore:
https://www.dbs.com.sg/personal/support/bank-general-swift-code-details.html

Yes. I will be available at 7:30PM HKT. Lets talk via Whatsapp.

Best Regards,

Luke

差出人: Paul Levine <Paul.Levine@planetpayment.com>
送信日時: 金曜日, 9月 13, 2019 1:57
宛先: Luke Yoshida
Cc: Winnie Lo; Masami Nakano; Ray Rafaty
件名: RE: SPGK Change of Settlement Account

Dear Luke,

Please send over one of the bank website's information for the wire instructions and I will see if it will suffice.

Does 7:30PM HK / 7:30AM USA work for you tomorrow?

Warm regards,

CONFIDENTIAL                                                                                              PLANET_002384

Paul

**From:** Luke Yoshida [mailto:luke@spgk.com]
**Sent:** Thursday, September 12, 2019 4:38 PM
**To:** Paul Levine <Paul.Levine@planetpayment.com>
**Cc:** Winnie Lo <winnie@hec-global.net>; Masami Nakano <masami@ever-innovation.com>; Ray Rafaty <Ray.Rafaty@planetpayment.com>
**Subject:** Re: SPGK Change of Settlement Account

Dear Paul

Thank you for your reply.

Upon succession of the business, we have setup a Singapore entity to locate Singapore as the operational headquarter.

For the wire instructions, I will try to obtain this from the banks. Will a website be ok as well? Or does it have to be in a letter format?

Lets talk on Friday evening my time. Let me know when is the most convenient for you.

Thank you.

Best Regards,

Luke

---

差出人: Paul Levine <Paul.Levine@planetpayment.com>
送信日時: 2019年9月12日 21:09
宛先: Luke Yoshida <luke@spgk.com>
CC: Winnie Lo <winnie@hec-global.net>; Masami Nakano <masami@ever-innovation.com>; Ray Rafaty <Ray.Rafaty@planetpayment.com>
件名: RE: SPGK Change of Settlement Account

Dear Luke,

Thank you very much for the information. I am currently in-flight from Europe to USA so do not have access to the existing SPGK file. It appears that there are new legal entities that were created with the change of ownership (please correct me if I am mistaken). With that being said we will need to have you fill out a Merchant Application for each legal entity that you would like us to deposit funds to.

Ray, would you please send Luke a UnionPay Merchant Application with the processing details completed so that he can complete the Company and Personal information.

CONFIDENTIAL

PLANET_002385

Luke, although there are wire instructions included we will need that same information on Bank Letterhead with contact information. The Bank Letterhead should include the wire instructions, business "Legal" and "Doing Business As (DBA)" names, and signatory's on the account. Since we are dealing with multiple banks it is highly unlikely they will have similar format however please request a Bank Letter for Compliance Purposes and they should be able to give you their standard format. It does not have to be in English...we have offices throughout Asia and will have it translated for our risk and accounting teams.

I will be back in the office this Friday so perhaps we can have a call early Friday morning, early evening your time?

Thank you again for providing the information and Planet is looking forward to partnering with you.

Warm regards,

Paul

**From:** Luke Yoshida [mailto:luke@spgk.com]
**Sent:** Thursday, September 12, 2019 8:26 AM
**To:** Paul Levine <Paul.Levine@planetpayment.com>
**Cc:** Winnie Lo <winnie@hec-global.net>; Masami Nakano <masami@ever-innovation.com>; Ray Rafaty <Ray.Rafaty@planetpayment.com>
**Subject:** Re: SPGK Change of Settlement Account

Dear Paul

I have attached
1. the Articles of Incorporation & Company Documents
2. Corporate Structure + Wire Information for Singapore & Taiwan Bank

The Letter from DBS is currently under process.

Thank you.

Best Regards,

Luke

送信元:Paul Levine <Paul.Levine@planetpayment.com>
日付:2019年9月10日 火曜日 0:56
宛先:Luke Yoshida <luke@spgk.com>
Cc: Winnie Lo <winnie@hec-global.net>, Masami Nakano <masami@ever-innovation.com>, Ted Sanders <ts@ShangPengGaoKe.cn>, Ray Rafaty <Ray.Rafaty@planetpayment.com>
件名:RE: SPGK Change of Settlement Account

Dear Luke,

CONFIDENTIAL                                                                                                               PLANET_002386

It is nice to meet you by way of email. In order for Planet to approve the change of bank settlement we will need the following:

1. Articles of Incorporation and complete corporate documents showing ownership and percentages.
2. Wire instructions from the Bank in Singapore.
3. Letter from Bank in Singapore with Business Name/Account Owner, Account Number and Contact Name and Phone Number for verification.

I am based in Florida, USA however am traveling in EU this week. I am checking email and can be reached on my mobile too.

Warm regards,

Paul



Paul Levine
SVP, Planet Payment Inc., &
President, Planet Payment Solutions
T561-859-0901
M561-685-2345 

Our new website is now live – please do check it out here

Disclaimer • Registered Companies

---

**From:** Ray Rafaty
**Sent:** Monday, September 9, 2019 2:32 PM
**To:** Luke Yoshida <luke@spgk.com>
**Cc:** Winnie Lo <winnie@hec-global.net>; Masami Nakano <masami@ever-innovation.com>; Ted Sanders <ts@ShangPengGaoKe.cn>; Paul Levine <Paul.Levine@planetpayment.com>
**Subject:** RE: SPGK Change of Settlement Account

Hi Luke,

It is nice to meet you as well, I am copying Paul Levine who is the person responsible for assisting with this.

Paul will be in contact with you shortly.

Best regards,
Ray

CONFIDENTIAL                                                                                              PLANET_002387



Ray Rafaty
Director &
VP, Global
Commerce
T 561-859-0903
M 954-695-3331



Our new website is now live – please do check it out here

Disclaimer • Registered
Companies

**From:** Luke Yoshida [mailto:luke@spgk.com]
**Sent:** Monday, September 9, 2019 6:05 AM
**To:** Ray Rafaty <Ray.Rafaty@planetpayment.com>
**Cc:** Winnie Lo <winnie@hec-global.net>; Masami Nakano <masami@ever-innovation.com>; Ted Sanders <ts@ShangPengGaoKe.cn>
**Subject:** SPGK Change of Settlement Account

Dear Ray

Nice meeting you. I am Luke Yoshida, the director of Shang Peng Gao Ke Inc SEZC and the sole owner.
Thank you for your continuous support.

I would like to ask you to help me change the settlement account of Shang Peng Gao Ke payment processing.
We have recently opened an account with a bank in Singapore, called DBS. And we would like to settle the payments there.

May I know the process to proceed with this?

Thank you.

Best Regards,

Luke Yoshida

 

CONFIDENTIALITY NOTICE: This e-mail may contain confidential and/or privileged information belonging to the sender and is only to be used by the intended recipient. Unless you are the intended recipient (or authorized to receive on their behalf), you may not: (a) use or act in reliance on this e-mail message or attachments, and/or (b) copy or disclose to anyone this e-mail message or any information contained in or attached to this e-mail message. If you received this in error, please advise the sender by reply e-mail and delete this message and any attachments.

CONFIDENTIAL                                                                                           PLANET_002388