**Planet** PAYMENT

# New Location/Account Request

**Instructions:**
Fields marked with an asterisk (*) are required.
Ensure that the form is properly completed and signed.
Send the form to MerchantServices@planetpayment.com or fax to (302) 689-4510.

## MERCHANT INFORMATION

| Merchant Name: | SPGK PTE. LTD. | | | | |
|---|---|---|---|---|---|
| Merchant ID (MID) | | iPAY Number | | ☑ Credit Card ☐ ACH | |

### NAME & ADDRESS

| *Contact Name | Luke Yoshida | Phone Number | +85293531111 | | |
|---|---|---|---|---|---|
| *Corporate Name | SPGK PTE. LTD. | | | | |
| Address | UNIT 703, BLOCK B, HARBOURFRONT HORIZON, 8 HUNG LUEN ROAD, HUNG HOM | | | | |
| City/District | HONG KONG | State | | Country | Postal Code |

### NEW ACCOUNT INFORMATION

| *DBA Name (If different than corporate name) | SPGK PTE. LTD. | | | | | |
|---|---|---|---|---|---|---|
| *DBA Address | 600 NORTH BRIDGE ROAD, #05-01 PARKVIEW SQUARE | | | | | |
| *DBA City/District | | *State | | *Country | SINGAPORE | *DBA Postal Code |
| *Customer Service Phone Number | 852-69706628 | *Federal Tax ID | N/A | | | |
| *Website URL | www.spgk.com | | | | | |
| Average Monthly Volume | $1 million USD | High Monthly Volume | $5 million USD | Average Ticket | $175 | High Ticket | $500.00 |

### PRODUCT INFORMATION

☐ Pay in Your Currency (PYC)    ☑ Shop in Your Currency (SYC)    ☐ Domestic Processing

Method of Processing    ☐ Card Present    ☐ MOTO    ☑ E-Commerce

Currencies
☑ USD ☐ AUD ☐ CAD ☐ EUR ☐ GBP ☐ JPY ☑ SGD ☐ CHF ☑ TWD ☑ HKD ☐ MXN ☐ KRW ☐ NZD ☐ BRL ☐ COP
☑ Other RMB    ☐ Other    ☐ Other

| Bank Account Information | Are the funds and fees to be deposited to and withdrawn from the same account as the one currently on file for your account? ☐ Yes ☑ No<br>If no, supply a copy of a voided check for the account the funds and fees are to be deposited to and withdrawn from. |
|---|---|
| Types of Products/Service provided/Reason for account | SPGK is adding additional Bank in Taiwan to receive funding |
| Comments | See supporting documentation from Risk & Compliance approving new Bank Account. |

| Printed Name | RYUNOSUKE YOSHIDA | | |
|---|---|---|---|
| Signature | *[signature]* | Date | 10/22/20 |

PP_OP M25

CONFIDENTIAL

Copyright © 2013 Planet Payment Inc. All Rights Reserved

PLANET_000759


EXHIBIT 16

# Paul Levine

| | |
|---|---|
| From: | Winnie Lo <winnie@spgk.com> |
| Sent: | Thursday, October 8, 2020 1:07 AM |
| To: | Paul Levine |
| Cc: | Ray Rafaty; SPGK Management; Luke Yoshida |
| Subject: | RE: Additional |

Hi Paul,

Please see the below bank account under SPGK name, thanks

| SCSB-SPGK | |
|---|---|
| Beneficiary Name (As per Bank Account) : | SPGK PTE LTD |
| Bank Account Number : | 27108000458517 USD |
| Bank Name : | THE SHANGHAI COMMERCIAL & SAVING BANK LTD. |
| Payer address in | 5/F, NO.303, XINYI ROAD, SEC 4, DA'AN DISTRICT, TAIPEI, TAIWAN, R.O.C.10681 |
| Bank Branch Code: | 027 |
| Swift Code: | SCSBTWTP027 |
| Bank address | NO.2 SEC 1, MIN CHUAN EAST ROAD, TAIPEI, TAIWAN, R.O.C. |

Regards,
Winnie

CONFIDENTIAL                                                                 PLANET_000760