**Shang Peng Gao Ke, Inc. SEZC**
(an exempted company incorporated in the Cayman Islands with company number: 312457)
(the "**Company**")

---

**WRITTEN RESOLUTIONS OF THE DIRECTORS OF THE COMPANY**
**DATED                                   2020**

---

1. **SHARE TRANSFER**

    1.1. **THE DIRECTORS NOTED** that they had received a duly executed share transfer certificate (the "**Share Transfer**") in order to transfer one (1) share in the capital of the Company (the "**Share**") from Growth Today Inc. to Mr. Yoshio Matsuura ("**Transferee**") for a consideration of US$1.00.

2. **APPROVAL OF SHARE TRANSFER**

    2.1. Having considered the Share Transfer and the share transfer provisions in the Company's Articles of Association, **THE DIRECTORS HEREBY RESOLVE** that:

        2.1.1. it is in the best interests of the Company to approve the Share Transfer;

        2.1.2. the Share Transfer be and is hereby approved by the Directors, in accordance with the Company's Articles of Association;

        2.1.3. the original share certificate held by Growth Today Inc., if any, be cancelled and, if requested by the Transferee, the Directors be and are hereby authorised to execute and deliver a new share certificate to the Transferee in respect; and

        2.1.4. the Company's Cayman Islands' registered office agent be and is hereby instructed and authorised to update the Register of Members of the Company in order to reflect completion of the registration of the Share Transfer and to file all necessary forms and documents, as required by Cayman Islands law.

3. **GENERAL AUTHORISATION**

    **IT IS RESOLVED** that, in connection with the actions contemplated by the foregoing resolutions, the Directors be and hereby are, authorised, in the name and on behalf of the Company, to do such further acts and things as either shall deem necessary or appropriate in connection with, or to carry out the actions contemplated by, the foregoing resolutions, including to do and perform (or cause to be done and performed), in the name and on behalf of the Company, all such acts and to make, execute, deliver, issue or file (or cause to be made, executed, delivered or filed) with any person including any governmental authority or agency, all such agreements, documents, instruments, certificates, consents and waivers, and all amendments to any such agreements, documents, instruments or certificates, and to pay, or cause to be paid, all such payments, as he may deem necessary or advisable to carry out the intent of the foregoing resolutions, the authority for the taking of any such action and the execution and delivery of such of the foregoing to be conclusively evidenced thereby.

4. **RATIFICATION OF PRIOR ACTIONS**

    **IT IS RESOLVED** that any and all actions of the Company, or of the Directors of the Company or such other persons as are authorised by either Directors, taken in connection with the actions contemplated by the foregoing resolutions prior to the execution hereof be and hereby are ratified, confirmed, approved and adopted in all respects as fully as if such action(s) had been presented to for approval, and approved by, the Directors prior to such action being taken.

1


EXHIBIT
19

Signed by the Directors of the Company:

_____
**Theodore Sanders**
Director
Date:


_____
**Ryunosuke Yoshida**
Director
Date:

2