**To:**     Ryunosuke Yoshida[ryu@tiraworks.com]; Luke Yoshida[luke@spgk.com]
**From:**   WEBDREAM[webdream@abox4.so-net.ne.jp]
**Sent:**   Thur 12/31/2020 3:07:34 PM (UTC)
**Subject:** Re: ご相談

5月には辞めたいくらいでしたので早くの退任話を尊重して勧めてきました。
リュウの移行が遅いために九月にも間に合わないしなんか急いでいるように見えないです。
リュウの20%ってなんのことなのか？
そんな約束は退任する人お金を没収されるかもわからぬ中、普通に退職してもらうのは当然です。
途中で投げ出して、昨年末から何も前に向かう仕事もせず、辞めたいとの人に30ミリオンなんてとんでもありません。
株売却以外で私自身が今まで16年間に取った報酬全部でも20ミリオンにも満たないです。
昨年売り上げが上がったのは上場などのおかしな情報を把握しなかっただけであり、今もなんともわかりません。こんなに売り上げが上がることも望んではいません。
少なくとも今年、メンバーケアを何もしないで売り上げが上がっているのでなんの努力もありません。
SOPも中途半端に辞めることになるし売り上げに関わっているのは安藤の商品くらいです。
また、リスクを取っていると言いますが、今のところリュウは私や本間、目黒のような問題に一度もなっていません。
リュウは新しく起こる問題が怖くて辞める決断をしたので3月からは新しい事にはタッチせず、今までの引き継ぎと処理だけをするように指示しました。
今年3月にはすぐに株主やディレクターを変更したいという履歴もあり5月は無理だから9月にしようと言う事になっています。
安藤のEPがなかなか取れないので2020末で私が一時預かることにしました。
今年の9月過ぎの報酬についてもかなり譲歩しました。
ちゃんとしてください。
iPhoneから送信

Due to Ryu's slow transition, we won't even make it to September and it doesn't look like he's in any kind of hurry.

What do you mean by 20% of the Iu?

Such a promise is not surprising, as we don't know who is stepping down, who might forfeit the money, and who would normally be asked to retire.

$30MM is outrageous for someone who threw up in the middle of a project, has not done any work moving forward since the end of last year, and wants to quit.

I myself have received less than $20MM in compensation over the past 16 years, not including stock sales.

The only reason sales went up last year was because I didn't keep track of the listing and other crazy information, and I still don't know what's going on. I don't want sales to go up this much either.

At least this year, there is no effort as sales are up without doing anything to take care of members.

SOP will quit halfway and the only thing that is involved in sales is Ando's products.

Also, you say you are taking risks, but so far Ryu has never had a problem like mine, Homma's, or Meguro's. Ryu is afraid of new problems.

Ryu made the decision to quit because he was afraid of new problems that would arise, so I instructed him not to touch anything new from March, but only to take over and handle what he has been doing.

This March, he also has a history of wanting to change shareholders and directors immediately, and since he can't do it in May, we are going to try September.

I will be taking temporary custody of the company at the end of 2020 as it is very difficult to get an EP for Ando.

I have also made a lot of concessions regarding compensation past September of this year.

Please make it right.

Translated with www.DeepL.com/Translator (free version)

EXHIBIT
21

2020/12/31 20:35、Ryunosuke Yoshida <ryu@tiraworks.com>のメール:

松浦さん

お疲れ様です。

ギリギリにこのようなメールをお送りし申し訳ございません。SPGK株式の件について、移行前に私から松浦さんにお願いがあります。

それは、私の退職に伴う報酬についてです。私から申し出た退職ではございますが、長い期間お世話になったSPGK、HECとの関係を可能な限り良好な形で終わらせることで、今後の人生においても松浦さん、会社の皆さんと、交流していきたいという気持ちが強くあります。

今後の関係を良くするために、双方が納得感のある内容で合意できればと思います。その上で私の考えをまとめさせていただきます。

これまでの経緯を総合的に考慮して頂けましたら幸いです。

まず、株式についてですが、SPGKの株式を本間さんから私に譲渡頂いた際の事を振り返ると、松浦さんのご自宅で開かれた忘年会の時に会話がされたと覚えています。内容としては、SPGKのリーダー及び株主として私が事業リスクを背負う、その為に私が本間さんから株式を買い取るというお約束をさせて頂いたと認識しています。その時、躊躇しましたが、皆様からの後押しにより引き受けさせて頂きました。以降、私はSPGKの事業リスクを背負いつつ、成長に向けて努力をしてきました。

この時の会話に付随して、その他のマネージメントの方々の株式も私が一旦代理で保有する事も了承させて頂きました。

その後、今年の年始、私の方からSPGKのリーダーを退任させて頂きたいとお願いをさせていただきました。これが、私の身勝手なお願いであったことも重々承知しておりますが、在任中私が事業リスクを引き受けていたのは事実だと思います。

この間の成果については、私が着任後、SPGKとアセントラは赤字会社から過去最高売上の約615M USDの売上の会社になりました。

HEC及びSPGKのプレジデント就任は松浦さんから私にご依頼頂いたことがきっかけでした。私も長年お世話になっている松浦さんと、この会社の方々に貢献したいと思い、リスクがありながらも引き受けました。就任後、会社の売上と財務が大きく回復した事は大変嬉しく思います。

しかし、その後立ち止まって考えた際に事業の成功と引き換えに、今後の私の人生にとって、回復不可能なリスクや危険、恐怖が生まれてしまいました。現在の中国の状況を踏まえますと、今後私が中国に入国するのは非常に危険だと考えています。中国と協定がある国々も同様です。正直にとても怖いです。これは中国が主役になる今後の世界で大きな障壁となります。常に怯える要因が出来てしまいました。

そして、育った香港も中国化が加速しており、長期的視点では住むのが安全ではないと考えております。

松浦さんや会社に貢献出来た事は大変嬉しく誇りに思っています。松浦さん、皆さんと過ごす時間の中で人間として、大きく成長する事ができました。その引き換えに育った香港に安心して住めなくなることを含めて、色々と慎重になる必要が生じました。

大変、恐縮な内容ではございますが、これらの点についてご考慮頂き、事前に退職金を配当または臨時報酬の支給を取り決めさせて頂けましたら幸いです。

金額は、私の勝手な希望ながら、以前株の配分の話をさせて頂いた際に、私の保有する割合が約20%というお話をしたかと思います。そのため、2020年度のSPGKの税引後利益の20%を提案させて頂けましたら幸いです。

この希望に基づく報酬額の概算ですが、2020年度の想定売上が614M USDと仮定し、想定純利益率を30%とすると、税引前純利益は184.5M USDです。

税引(17%)後は153.14M USDです。
その20%は30.62M USDとなります。

頂きました報酬は、今後本件に関連して私に危険があった場合に自分と家族を守る為の備えにしたいと考えております。突然逮捕される事もあるかもしれないと考えております。同時に、一部はこれからの人生で、取り組む事業の元手にもしたいと思います。

冒頭にも書きましたが、私は松浦さん、皆さんと、引き続き良い関係を維持したいと考えています。その前提の提案であることを強調させて下さい。

金銭についてここまで希望をストレートに書いたことは初めてですが、本心を書いたつもりです。ご検討頂けましたら幸いです。

引き続き宜しくお願い申し上げます。

吉田
--
Ryunosuke Yoshida

**CEO | Tiraworks Ltd.**

Tel: +852-9353-1111 | Email:  ryu@tiraworks.com

Subsequently, at the beginning of this year, I asked to step down as leader of SPGK. I am well aware that this was a selfish request on my part, but I believe it is true that I assumed the business risk during my tenure.

As for the achievements during this period, since my arrival, SPGK and Ascentra have gone from a loss-making company to a company with record sales of approximately 615M USD.

My appointment as President of HEC and SPGK was triggered by Mr. Matsuura's request to me. I accepted the position despite the risk, because I wanted to contribute to Mr. Matsuura and the people of this company, to whom I have been indebted for many years. After assuming the position, I was very pleased to see a significant recovery in the company's sales and finances.

However, when I stopped to think about it afterwards, in exchange for the success of the business, irreversible risks, dangers, and fears were created for my future life. Given the current situation in China, I consider it very dangerous for me to enter China in the future. The same goes for countries that have agreements with China. I am honestly very scared. This will be a big barrier in the future world where China will be the main player. It has created a constant source of fear.

And Hong Kong, where I grew up, is also becoming increasingly Chinese, and from a long-term perspective, I do not think it is safe to live there.

I am very happy and proud to have been able to contribute to Mr. Matsuura and the company. I have grown a lot as a human being in the time I have spent with Mr. Matsuura and everyone. In exchange, I have had to be very careful in many ways, including the fact that I no longer feel safe living in Hong Kong, where I grew up.

I am very sorry to have to say this, but I would appreciate it if you could consider these points and arrange for the distribution of severance pay or the payment of extra compensation in advance.

As for the amount, it is my own wish, but when we discussed the distribution of shares previously, I believe I mentioned that my shareholding would be approximately 20%. Therefore, I would be happy to propose 20% of SPGK's after-tax profit for FY2020.

As a rough estimate of the amount of compensation based on this request, assuming an estimated revenue of 614M USD for FY2020 and an estimated net profit margin of 30%, the net profit before tax would be 184.5M USD.

After tax (17%), it would be 153.14M USD.

20% of that is 30.62M USD.

I would like to use the compensation received to protect myself and my family in the event that I am in danger in connection with this case in the future. I am aware that I may suddenly be arrested. At the same time, I would like to use part of it as a source of funds for projects that I will work on in the future.

As I mentioned at the beginning of this letter, I would like to continue to maintain a good relationship with you, Mr. Matsuura, and with all of you. Let me emphasize that this proposal is based on that premise.

This is the first time I have written so straightforwardly about my wishes regarding money, but I think I have written my true feelings. I hope you will consider my proposal.

Thank you for your continued support.

Translated with www.DeepL.com/Translator (free version)