PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019-6131
Telephone: 212-858-1000
Facsimile:  212-858-1500
John A. Pintarelli
Hugh M. McDonald
Kwame O. Akuffo

PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: 213-488-3655
Facsimile:  213-629-1033
Claire K. Wu (admitted *pro hac vice*)

*Attorneys for Foreign Representatives*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 15 |
| | : | |
| | : | Case No. 21-11854 (DSJ) |
| Ascentra Holdings, Inc. (In Official Liquidation)[1] | : | |
| | : | **Related Docket No. 64** |
| | : | |
| Debtor in a Foreign Proceeding. | : | |
| | : | |

**DECLARATION OF JOHN A. PINTARELLI IN SUPPORT OF FOREIGN**
**REPRESENTATIVES' OBJECTION TO MOTION OF SHANG PENG GAO**
**KE INC. SEZC AND SPGK PTE LTD. PURSUANT TO 11 U.S.C. §§ 1517(D)**
**AND 1520(C) FOR AN ORDER TERMINATING THE RECOGNITION ORDER**

Pursuant to 28 U.S.C. § 1746, I, John A. Pintarelli, declare under penalty of perjury under

the laws of the United States of America that the foregoing is true and correct:

1.      I am a partner at the law firm of Pillsbury Winthrop Shaw Pittman LLP, counsel to

Graham Robinson and Ivy Chua Suk Lin, the duly appointed joint official liquidators and foreign

---

[1]   The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

representatives of Ascentra Holdings, Inc. (In Official Liquidation), a company in official liquidation in the Cayman Islands.

2.      I am duly admitted to practice before the United States District Court for the Southern District of New York.

3.      I submit this declaration in support of the *Foreign Representatives' Objection to Motion of Shang Peng Gao Ke Inc. SEZC and SPGK Pte Ltd. Pursuant to 11 U.S.C. §§ 1517(d) and 1520(c) For An Order Terminating The Recognition Order* [ECF No. 64].

4.      Attached as **Exhibit 1** is a true and correct copy of the Supervision Order dated September 17, 2021.

5.      Attached as **Exhibit 2** is a true and correct copy of the Joint Official Liquidators' Certificate (Solvency/Insolvency) (O.8, r.1) dated September 23, 2021.

6.      Attached as **Exhibit 3** is a true and correct copy of the Statement of Affairs of Ascentra Holdings Inc. filed by Ryunosuke Yoshida dated November 9, 2021.

7.      Attached as **Exhibit 4** is a true and correct copy of the August 8, 2023 Deposition Transcript of Katharine Lucy Bladen Pearson (with exhibits).

8.      Attached as **Exhibit 5** is a true and correct copy of the *Declaration of James Eldridge as Cayman Islands Counsel to Debtor and Foreign Representative in Support of Verified Petition for Recognition of Foreign Main Proceeding and Certain Related Relief* filed in *In re Ascot Fund Limited*, Case No. 19-10594 (DSJ) (Bankr. S.D.N.Y.) dated February 20, 2019.

9.      Attached as **Exhibit 6** is a true and correct copy of the *Declaration of Katharine Lucy Bladen Pearson in Support of Verified Petition for Recognition of Foreign Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 1515, 1517, and 1520* filed in

*In re TCA Global Credit Fund Ltd.*, Case No. 21-11513 (RAM) (Bankr. S.D. Fla.) dated February 16, 2021.

10.    Attached as **Exhibit 7** is a true and correct copy of *In re Hadar Fund Ltd. (In Voluntary Liquidation)* – FSD 94/13, Grand Court (unreported) Jones J, 13 August 2013.

11.    Attached as **Exhibit 8** is a true and correct copy of *In Re Herald Fund SPC (In Official Liquidation)* – FSD 27/13, Grand Court (unreported) Jones J, 28 January 2014.

Dated: September 1, 2023                          */s/ John A. Pintarelli*
      New York, New York                          John A. Pintarelli