# **Exhibit 2**

Joint Official Liquidators' Certificate of Solvency



CWR Form 15

Official Liquidator's Certificate (Composition of Liquidation Committee) (O.9, r.1)

THE COMPANIES LAW

JOINT OFFICIAL LIQUIDATORS CERTIFICATE

COMPOSITION OF LIQUIDATION COMMITTEE

Ascentra Holdings, Inc – In Official Liquidation

Grand Court Cause No: 189 of 2021 (DDJ)

The Joint Official Liquidators hereby certifies that a liquidation committee has been constituted on the basis that he has determined the Company to be **solvent** for the purposes of section 110(4) of the Companies Law and CRW Order 9 and that the following shareholders have been appointed.

1. Martin Matthews representing INTL Media Holdings, LLC C/O Po Box 1015, 70 Rainbow Bend Rd, Ketchum ID, USA 83340
   martinjmatthews@outlook.com

2. Jeffrey Boshears of 46250 Cameron Toad, Temecula, CA 92590 jlb@pbs-llc.com

3. Ryan Kojima of 203 Reef Ct, Santa Barbara, CA 93109 raspberrypark@gmail.com

**Dated this 29th day of October 2021**                Crowe Cayman Ltd.
                                                       PO Box 30851
                                                       Camana Bay
                                                       George Town, KY1-1204
                                                       Grand Cayman, Cayman Islands

_signature_

**Graham Robinson**                                    Telephone: (345) 814 2428
Joint Official Liquidator                              E-mail: graham.robinson@crowe.com