**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Ascentra Holdings, Inc. (In Official Liquidation),<br><br>Debtor in a Foreign Proceeding.[1] | Case No. 21-11854 (DSJ)<br><br>Chapter 15 |

### SCHEDULING ORDER REGARDING SPGK DEPOSITION NOTICE

Upon a status conference held on September 12, 2023, on the *Notice of Deposition of Ascentra Holdings, Inc.* (the "**Deposition Notice**") issued by Shang Peng Gao Ke, Inc. SEZC and SPGK Pte Ltd (collectively, "**SPGK**"); and the Court having considered the respective submissions of SPGK and Graham Robinson and Ivy Chua Suk Lin, the duly appointed joint official liquidators and foreign representatives (the "**Foreign Representatives**") of Ascentra Holdings, Inc. (In Official Liquidation) [ECF Nos. 58 and 59];

1. The following briefing schedule and deadlines shall apply to the Deposition Notice:

    a. **September 20, 2023**: Foreign Representatives shall file and serve an opening letter brief regarding the Deposition Notice (the "**Opening Brief**").

    b. **September 27, 2023**: SPGK shall file and serve a letter brief in opposition to the Opening Brief (the "**Opposition Brief**").

    c. **October 4, 2023**: Foreign Representatives shall file and serve a letter brief in reply to the Opposition Brief (together with the Opening Brief and Opposition Brief, the "**Letter Briefs**").

    d. **October 19, 2023 at 10: 00 a.m.**: Court shall hold a hearing on the Letter Briefs.

---

[1] The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

2

2. The parties shall adhere to this Court's Chambers Rules regarding any requested adjustment to this schedule.

**IT IS SO ORDERED**.

Dated: New York, New York
      September 18, 2023

                                                *s/ David S. Jones*
                                        Honorable David S. Jones
                                        United States Bankruptcy Judge