UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>ASCENTRA HOLDINGS, INC. (in Official Liquidation),<br><br>Debtor in a Foreign Proceeding.[1] | Case No. 21-11854 (DSJ)<br><br>Chapter 15 |

## SECOND ORDER MODIFYING MOTIONS DEADLINES AND SETTING DISCOVERY DEADLINES AND HEARING DATE

With the consent of all parties, the Court hereby modifies its prior *Order Modifying Motions Deadlines and Setting Discovery Deadlines and Hearing Date* (ECF No. 51) (the "Prior Order") governing two motions filed by Shang Peng Gao Ke, Inc. SEZC and SPGK Pte. Ltd. (together, "SPGK") (ECF Nos. 37 and 42) (together, the "Motions"):

1. SPGK's reply briefing on the Motions will be adjourned to two (2) weeks after the earlier of (a) the completion of Ascentra's/Mr. Robinson's deposition or (b) the Court's entry of an order denying the deposition, with such date adjusted as appropriate to account for any intervening holidays.

2. The hearing date on the Motions set forth in the Prior Order (*i.e.*, November 9, 2023) will be adjourned without a date; the parties will contact the Court for a new hearing date as soon as practicable after (a) Ascentra's/Mr. Robinson's deposition is complete or (b) the Court enters an order denying the deposition.

---

[1] The Debtor's company registration number is 283719.  The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

3. Each of the parties reserves the right to seek an adjustment of the dates set forth herein upon to parties' agreement or upon good cause shown after reasonable notice.

4. Except as specifically modified herein, the Prior Order remains in full force and effect.

It is so ordered.

Dated: New York, New York
   October 11, 2023

                                                   *s/ David S. Jones*
                                      HONORABLE DAVID S. JONES
                                      UNITED STATES BANKRUPTCY JUDGE