UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                            :   Case No. 21-11854-DSJ
                                                 :
ASCENTRA HOLDINGS, INC.                          :   Chapter 15
(in Official Liquidation),[1]                    :
                                                 :
    Debtor in a Foreign Proceeding.            :
---------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I, Jeffrey M. Dine, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On January 30, 2024, I served a true and correct copy of the *Amended Notice of Deposition of Ascentra Holdings, Inc.* via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**.

Dated: January 30, 2024                                      */s/ Jeffrey M. Dine*
                                                                                                       Jeffrey M. Dine

---

[1] The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

# EXHIBIT 1

**Via Electronic Mail**

Pillsbury Winthrop Shaw Pittman LLP
Attn: John A Pintarelli, Hugh M. McDonald, Kwame Akuffo
31 West 52nd Street
New York, NY 10019
john.pintarelli@pillsburylaw.com
hugh.mcdonald@pillsburylaw.com
kwame.akuffo@pillsburylaw.com

Pillsbury Winthrop Shaw Pittman LLP
Attn: Claire K. Wu
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
claire.wu@pillsburylaw.com