UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Case No. 21-11854-DSJ
                                                               :
ASCENTRA HOLDINGS, INC.                                        :    Chapter 15
(in Official Liquidation),[1]                                  :
                                                               :
      Debtor in a Foreign Proceeding.                         :
---------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I, Janice G. Washington, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP.  I am not a party to the within action; my business address is 10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067.

On March 8, 2024, I served a true and correct copy of the letter to The Honorable David S. Jones, United States Bankruptcy Judge, United States Bankruptcy Court - Southern District of New York, One Bowling Green, New York, New York 10004-14 [Dkt. No. 86]  via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**.

Dated: March 8, 2024                          */s/ Janice G. Washington*
                                                                 Janice G. Washington

---

[1]     The Debtor's company registration number is 283719.  The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

# EXHIBIT 1

**Via Electronic Mail**

| | |
|---|---|
| Pillsbury Winthrop Shaw Pittman LLP<br>Attn: John A Pintarelli, Hugh M. McDonald, Kwame Akuffo<br>31 West 52nd Street<br>New York, NY 10019<br>john.pintarelli@pillsburylaw.com<br>hugh.mcdonald@pillsburylaw.com<br>kwame.akuffo@pillsburylaw.com | Pillsbury Winthrop Shaw Pittman LLP<br>Attn: Claire K. Wu<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017<br>claire.wu@pillsburylaw.com |