UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :     Case No. 21-11854-DSJ
                                                               :
ASCENTRA HOLDINGS, INC.                                        :     Chapter 15
(in Official Liquidation),[1]                                  :
                                                               :
      Debtor in a Foreign Proceeding.                         :
---------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I, Jeffrey M. Dine, am over the age of eighteen years, and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is 780 Third Avenue, 34th Floor, New York, New York 10017-2024.

On March 14, 2024, I served a true and correct copy of each of the following documents via electronic mail upon the parties set forth on the service list annexed hereto as **Exhibit 1**:

- *Reply Memorandum Of Law In Further Support Of Motion Of Shang Peng Gao Ke Inc. SEZC And SPGK PTE LTD. Pursuant To 11 U.S.C. §§ 1517(D) And 1520(C) For An Order Terminating The Recognition Order*

- *Reply Declaration Of Jeffrey M. Dine In Further Support Of Motion Of Shang Peng Gao Ke Inc. SEZC And SPGK PTE LTD. Pursuant To 11 U.S.C. §§ 1517(D) And 1520(C) For An Order Terminating The Recognition Order*

Dated: March 14, 2024                    */s/ Jeffrey M. Dine*
                                                                                              Jeffrey M. Dine

---

[1] The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

# **EXHIBIT 1**

**Via Electronic Mail**

Pillsbury Winthrop Shaw Pittman LLP
Attn: John A Pintarelli, Hugh M. McDonald, Kwame Akuffo
31 West 52nd Street
New York, NY 10019
john.pintarelli@pillsburylaw.com
hugh.mcdonald@pillsburylaw.com
kwame.akuffo@pillsburylaw.com

Pillsbury Winthrop Shaw Pittman LLP
Attn: Claire K. Wu
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
claire.wu@pillsburylaw.com