**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Ascentra Holdings, Inc. (In Official Liquidation),<br><br>Debtor in a Foreign Proceeding.[1] | Case No. 21-11854 (DSJ)<br><br>Chapter 15<br><br>**Related Dkt. No. 95** |

## CERTIFICATE OF SERVICE

I, John A. Pintarelli, am a Partner at Pillsbury Winthrop Shaw Pittman LLP. I hereby certify that on March 20, 2024, I caused a true and correct copy of the following document to be served by email on counsel for Shang Peng Gao Ke Inc. SEZC and SPGK Pte Ltd.

- *Letter Regarding Leave to File Sur-Reply* ECF No. 95.

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2024             */s/ John A. Pintarelli*
                                                       John A. Pintarelli

---

[1] The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.