UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Case No. 21-11854 (DSJ) |
| ASCENTRA HOLDINGS, INC. (in Official Liquidation), | Chapter 15 |
| Debtor in a Foreign Proceeding.[1] |  |

### STIPULATION AND ORDER AUTHORIZING THE FILING OF A SUR-REPLY BRIEF IN CONNECTION WITH THE MOTION TO TERMINATE THE RECOGNITION ORDER

**WHEREAS**, the Court held a status conference in this proceeding on March 21, 2024;

**WHEREAS**, the Court entered an order on March 25, 2024 (ECF No. 98), directing the parties to meet and confer as to the matter addressed herein;

**WHEREAS**, the parties have met and conferred in accordance with the Court's order,

**IT IS HEREBY STIPULATED AND AGREED** between the parties that the schedule governing consideration of the pending *Motion for an Order Terminating the Recognition Order* (the " Recognition Termination Motion," ECF No. 37) is hereby modified as follows:

1. Ascentra Holdings, Inc. ("Ascentra") may submit a sur-reply brief on or before April 5, 2024 on the Recognition Termination Motion. Ascentra's sur-reply shall be limited to seven (7) substantive pages and shall address only paragraphs 17–34 of SPGK's reply brief on the Recognition Termination Motion (ECF No. 91).

---

[1]    The Debtor's company registration number is 283719. The Debtor's registered office is c/o JTC (Cayman) Ltd., 94 Solaris Avenue, Second Floor, Camana Bay, PO Box 30745, Grand Cayman, Cayman Islands, KY1-1203.

2. Ascentra withdraws its request to depose Mr. Andrew Johnstone but reserves the right to seek to compel his testimony and/or cross-examine Mr. Johnstone during the evidentiary hearing on the Recognition Termination Motion.

3. Ascentra also reserves the right to request leave to file a sur-reply in response to SPGK's reply brief in support of its Motion to Terminate Restraint (ECF No. 42).

Dated: March 28, 2024

**PILLSBURY WINTHROP
SHAW PITTMAN LLP**

By: */s/ Hugh M. McDonald*
John A. Pintarelli
Hugh M. McDonald
Kwame O. Akuffo
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1000
Facsimile: (212) 585-1500
john.pintarelli@pillsburylaw.com
hugh.mcdonald@pillsburylaw.com
kwame.akuffo@pillsburylaw.com

Claire K. Wu
725 South Figueroa Street, Suite 36th Floor
Los Angeles, CA 90017
Telephone (213) 488-7100
Facsimile: (213) 629-1033
claire.wu@pillsburylaw.com

*Counsel to the Foreign Representatives*

**PACHULSKI STANG ZIEHL
& JONES LLP**


By: /s/ *John A. Morris*
Robert J. Feinstein
Bradford J. Sandler
John A. Morris
Jeffrey M. Dine
Beth Levine
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
rfeinstein@pszjlaw.com
bsandler@pszjlaw.com
jmorris@pszjlaw.com
jdine@pszjlaw.com
blevine@pszjlaw.com


*Counsel to Shang Peng Gao Ke, Inc. SEZC and
SPGK Pte Ltd*


**SO ORDERED:**


Dated: New York, New York
        March 28, 2024

                            *s/ David S. Jones*
                            HONORABLE DAVID S. JONES
                            UNITED STATES BANKRUPTCY JUDGE