

Jeffrey M. Dine

April 26, 2024

212.561.7735
jdine@pszjlaw.com

**LOS ANGELES**
10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

**NEW YORK**
780 THIRD AVENUE, 34TH FL.
NEW YORK, NEW YORK 10017-2024
212.561.7700

**WILMINGTON**
919 NORTH MARKET STREET, 17TH FLOOR,
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

**HOUSTON**
700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

**SAN FRANCISCO**
ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

**MEMORANDUM ENDORSED ORDER**

Scheduling request approved. Hearing scheduled for August 28-29, 2024.

So ordered.

Dated: 4/29/24           *s/ DSJ*, USBJ

Via PACER and E-mail

The Honorable David S. Jones
United States Bankruptcy Judge
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   **In re Ascentra Holdings, Inc. No. 21-11854(DSJ)**

Dear Judge Jones:

We represent movants Shang Peng Gao Ke, Inc. SEZC and SPGK Pte. Ltd. (together, "SPGK") in the above captioned matter. We write jointly with counsel for the Joint Official Liquidators of Ascentra Holdings, Inc. to request that the hearing in the two pending motions in the matter (ECF# 37 and ECF# 42) be scheduled for August 28-29, 2024.

The parties make this request because the Court was unavailable to hear the motions on the parties' proposed dates of July 10-11, 2024, and, after conferring, these are the earliest dates when the parties, the witnesses, and counsel are available.

Respectfully submitted,

*/s/ Jeffrey M. Dine*

Jeffrey M. Dine

cc:   John Pintarelli, Esq.
      Hugh McDonald, Esq.
      Claire Wu, Esq.
      Kwame Akuffo, Esq.

4889-2427-6409.2 78263.001

WWW.PSZJLAW.COM